JUDGE ROBERT S. LASNIK

1

2  Stephen P. Connor, WSBA No. 14305
   Anne-Marie E. Sargent, WSBA No. 27160
3  CONNOR & SARGENT PLLC
   999 Third Avenue, Suite 3000
4  Seattle WA 98104
   (206) 654-5050
5

6

7              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
8                      AT SEATTLE

9  MARVIN MANN, on his own behalf and on          CLASS ACTION
   behalf of a CLASS OF SIMILARLY
10 SITUATED EMPLOYEES OF                           No.  2:15-cv-01507-RSL
   DEFENDANT,
11                                                 **PLAINTIFF'S RENEWED MOTION
                                                   FOR CLASS CERTIFICATION**
12            Plaintiffs,
                                                   **NOTED FOR HEARING
13       v.                                        OCTOBER 14, 2016
                                                   WITHOUT ORAL ARGUMENT**
14 THE BOEING COMPANY, a Delaware
   corporation,
15
              Defendant.
16

17                      **I.  INTRODUCTION**

18       Plaintiff filed his motion for class certification on April 14, 2016.  (Dkt. #26).  The

19 Court ruled on that motion on August 23, 2016, denying the motion without prejudice and

20 inviting Plaintiff to file a renewed motion with a revised class definition.  (Dkt. #46).  This

21 motion follows.

22                     **II.  PERTINENT FACTS**

23       Plaintiff incorporates by reference the facts outlined in his original motion (Dkt. #26)

24 and reply (Dkt. #44).  Plaintiff requests that the court consider his motion for class

25 certification with a revised class definition as follows:

PLAINTIFFS' RENEWED MOTION FOR CLASS              **CONNOR & SARGENT** PLLC
CERTIFICATION - 1                                    999 Third Avenue, Suite 3000
                                                        Seattle  WA 98104
                                                   (206) 654-5050 • FAX (206) 340-8856

Boeing Job DAKU-K employees at its Everett facility directly supervising IAM members engaged directly in the assembly of 777 (but not the 777X) aircraft in the Everett factory, excluding employees whose principal supervisory responsibilities were related to training, tooling, staffing, quality control or who held Boeing Production System positions or other positions involving cross operational initiatives including Tactical Manager positions.

### III.  ARGUMENT AND AUTHORITY

**A.      Plaintiff Incorporates By Reference His Prior Arguments, As They Apply To The Current Class Definition.**

Plaintiff hereby incorporates by reference his original Motion for Class Certification, (Dkt. #26), including the law and arguments cited therein. The law and arguments under presented in Plaintiff's original motion also apply to his revised class definition.

This court can revise the class definition or revisit certification at a later time if confusion and complexities continue.  As the court noted in its Order, the task of defining Plaintiff's class is "made more difficult by the complex nature of Boeing's job classifications and terminology." If this complexity continues despite the revised class definition, it may again be appropriate to permit Plaintiff to redefine the class as appropriate. "Rule 23 provides district courts with broad authority at various stages in the litigation to revisit class certification determinations and to redefine or decertify classes as appropriate. *Armstrong v. Davis*, 275 F.3d 849, 871 n.28 (9th Cir. 2001), *abrogated on other grounds by Johnson v. California*, 543 U.S. 499, 504-05, 125 S. Ct. 1141, 160 L. Ed. 2d 949 (2005).

### IV.  CONCLUSION

Based on the foregoing, including pleadings referenced herein, Plaintiff's renewed motion for class certification should be granted.

**CONNOR & SARGENT** PLLC
999 Third Avenue, Suite 3000
Seattle  WA 98104
(206) 654-5050 • FAX (206) 340-8856

DATED September 12, 2016, at Seattle, Washington.

CONNOR & SARGENT PLLC

By *s/ Stephen P. Connor*
Stephen P. Connor, WSBA No. 14305
CONNOR & SARGENT PLLC
999 Third Avenue, Suite 3000
Seattle, WA 98104
Email: steve@cslawfirm.net
Telephone: (206) 654-5050

By *s/ Anne-Marie Sargent*
Anne-Marie E. Sargent, WSBA No. 27160
CONNOR & SARGENT PLLC
999 Third Avenue, Suite 3000
Seattle, WA 98104
Email: aes@cslawfirm.net
Telephone: (206) 654-5050

Attorneys for Plaintiff and the Putative Class

PLAINTIFFS' RENEWED MOTION FOR CLASS
CERTIFICATION - 3

**CONNOR & SARGENT** PLLC
999 Third Avenue, Suite 3000
Seattle  WA 98104
(206) 654-5050 • FAX (206) 340-8856

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day a true and correct copy of this document was served on the party of record as stated below in the manner indicated:

Chelsea Dwyer Petersen
Charles N. Eberhardt
Jeffrey A. Hollingsworth
William B. Stafford
Emily A. Bushaw

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

Attorneys for Defendant The Boeing Company

***VIA CM/ECF SYSTEM***

I declare under penalty of perjury under the laws of the state of Washington, that the foregoing is true and correct.

DATED at Seattle, Washington on September 12, 2016.

*s/ Rosanne M. Wanamaker*

Rosanne M. Wanamaker, Legal Assistant
CONNOR & SARGENT PLLC
999 Third Avenue, Suite 3000
Seattle, WA 98104
Email: rosanne@cslawfirm.net
Telephone: (206) 654-5050

PLAINTIFFS' RENEWED MOTION FOR CLASS
CERTIFICATION - 4

**CONNOR & SARGENT** PLLC
999 Third Avenue, Suite 3000
Seattle  WA 98104
(206) 654-5050 • FAX (206) 340-8856