THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

    Plaintiff,

  v.

THE BOEING COMPANY,

    Defendant.

No. 2:15-cv-01507 RSL

COMPENDIUM OF DECLARATIONS IN SUPPORT OF DEFENDANT BOEING'S OPPOSITION TO SECOND MOTION FOR CLASS CERTIFICATION

Defendant The Boeing Company respectfully submits the following potential class member declarations in support of its Opposition to Plaintiff's Second Motion for Class Certification:

|  | EXHIBIT | PAGE NO. |
|---|---|---|
| Declaration of Brett Allanson | 1 | 5 |
| Second Declaration of Daniel Barker | 2 | 10 |
| Declaration of Darryl Berg | 3 | 21 |
| Declaration of Michael Brenberger | 4 | 26 |
| Declaration of Doug Butner | 5 | 34 |
| Second Declaration of Chen-En Chen | 6 | 42 |
| Second Declaration of Russell DeVries | 7 | 49 |
| Declaration of Pam Dittberner | 8 | 56 |

SECOND COMPENDIUM OF
DECLARATIONS
(NO. 2:15-cv-01507 RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| | EXHIBIT | PAGE NO. |
|---|---|---|
| Declaration of Chuck Dunbar | 9 | 64 |
| Second Declaration of Troy Ensey | 10 | 70 |
| Declaration of Susan Erickson | 11 | 77 |
| Second Declaration of Randall Everson | 12 | 82 |
| Second Declaration of Jack Hake | 13 | 90 |
| Declaration of Matthew Hamblen | 14 | 97 |
| Declaration of Darin Hein | 15 | 102 |
| Second Declaration of Richard Jacobs | 16 | 108 |
| Second Declaration of Hong Le | 17 | 118 |
| Second Declaration of Anthony Logan | 18 | 125 |
| Declaration of Cory McGill | 19 | 137 |
| Second Declaration of Kyle Miller | 20 | 146 |
| Declaration of Catherine Oh | 21 | 155 |
| Declaration of Bill Schultz | 22 | 161 |
| Declaration of Steve Swiney | 23 | 167 |
| Declaration of Todd Weideman | 24 | 173 |
| Declaration of Tyson Wheat | 25 | 180 |
| Declaration of Jim Whitton | 26 | 184 |
| Declaration of Melanie Willis | 27 | 192 |

SECOND COMPENDIUM OF
DECLARATIONS
(NO. 2:15-cv-01507 RSL) – 2

03002-2602/92072082.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

2    DATED: October 10, 2016

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

By: s/ Charles N. Eberhardt
By: s/ Chelsea Dwyer Petersen
By: s/ Jeffrey A. Hollingsworth
By: s/ William B. Stafford
By: s/ Emily A. Bushaw
Charles N. Eberhardt #18019
Chelsea Dwyer Petersen #33787
Jeffrey A. Hollingsworth #11853
William B. Stafford #39849
Emily A. Bushaw #41693
Attorneys for Defendant The Boeing Company
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CEberhardt@perkinscoie.com
CDPetersen@perkinscoie.com
JHollingsworth@perkinscoie.com
BStafford@perkinscoie.com
EBushaw@perkinscoie.com

SECOND COMPENDIUM OF
DECLARATIONS
(NO. 2:15-cv-01507 RSL) – 3

03002-2602/92072082.1

1

**CERTIFICATE OF SERVICE**

2      On October 10, 2016, I caused to be served upon counsel of record, at the address stated

3   below, via the method of service indicated, a true and correct copy of the foregoing document.

4      **COMPENDIUM OF DECLARATIONS IN SUPPORT OF DEFENDANT**

5   **BOEING'S OPPOSITION TO SECOND MOTION FOR CLASS CERTIFICATION**

6

7   Stephen P. Connor                        ☐ By U.S. Mail, First Class
    Anne-Marie E. Sargent                    ☐ By Overnight Mail
8   Connor & Sargent PLLC                    ☐  By Messenger
    999 Third Avenue, Suite 3000             ☐ By Facsimile
9   Seattle, WA 98104                        ☑ By E-Filing
                                             ☐ By Email
10  steve@cslawfirm.net
    aes@cslawfirm.net
11

12  Attorneys for Plaintiff

13     I certify under penalty of perjury under the laws of the State of Washington that the

14  foregoing is true and correct.

15     DATED this 10th day of October, 2016.

16
                          By:   _s/ William B. Stafford_____
17                              William B. Stafford, WSBA No. 39849
                                WStafford@perkinscoie.com
18                              **Perkins Coie LLP**
                                1201 Third Avenue, Suite 4800
19                              Seattle, WA  98101-3099
                                Telephone:  206.359.8000
20                              Facsimile:  206.359.9000

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(NO. 2:15-cv-01507 RSL) – 1

03002-2602/92072082.1

# Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

               Plaintiff,

    v.

THE BOEING COMPANY,

               Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF BRETT ALLANSON

15

16

17

18

19

20

21

22

23

24

25

26

    I, Brett Allanson, do hereby state as follows:

    1.    I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

    2.    I was hired by Boeing in October 2010 as an IAM mechanic.  I was promoted to Level K manager in June 2012.  From June 2012 to December 2015, I managed the "Rear Spar and ASAT (Automated Spar Assembly Tool)" crew.  In October 2015, I took on the additional role of staffing focal for Spars and Panels.  In December 2015, I took on the role of quality and tactical manager for Spars and Panels.   In February 2016, I took on managing the Gemcor crew in addition to my role as quality and tactical manager and staffing focal.  As of May 2016, I have also been filling in as the PCL (Level L).  As such, currently I am the Gemcor crew manager on the 777 program, staffing focal, quality and tactical manager, and the acting PCL on first shift.

DECLARATION OF BRETT ALLANSON
(NO. 2:15-cv-01507 RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92072073.2

3.      As the quality and tactical manager, my job is to work with management to develop and implement quality initiatives aimed at improving the build.  As a part of this effort, I review all of the quality issues each day to determine their causes and whether there is a trend.  I then brainstorm solutions and oversee implementation of those solutions.  This may mean going to the Level K who is managing the crewmember who had the quality issue to discuss the concern and a possible solution.  In this role, I also prepare a PowerPoint presentation for my PCL's use at her management meetings (or at my meetings, since I am the acting PCL).

4.      As the staffing focal, my responsibility is to determine the level of staffing needed to accomplish the work and stay within budget.  In this role, I collect information from each Level K manager and then insert the relevant data into an Excel spreadsheet that I created, which allows me to evaluate the staffing needs of the different shops.  I also attend staffing meetings where I represent the needs of the different departments.  As a part of this process, many times I decide which shops will get the newly hired crew members based on my evaluation of the shops' needs.

5.      As the acting PCL, I oversee all of the Level K managers in Spars and Panels.  My role is to get the status from the Level K managers regarding the health of their shop, including whether the work is being performed on time and within budget.  As acting Level L manager, I try to have teaching moments with the other Level K managers to help improve their management.  If I see a concern, I will take them aside to discuss the concern and provide possible solutions.  But ultimately, Level K managers are expected to exercise discretion and judgment and make their own decisions about how to manage their statement or work, overtime, traveled work, discipline, safety, quality, training, performance, and personnel issues.

6.      As a Level K manager, I have to exercise more oversight and management when managing the Rear Spar and ASAT team because there are more people on the crew, the statement of work varies, and the crew is less experienced.  Conversely, the Gemcor team does the same work (installing rivets and bolts), yet the most junior crew member has approximately

DECLARATION OF BRETT ALLANSON
(NO. 2:15-cv-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92072073.2

1   26 years' experience.  Further, I have a very strong team lead in Gemcor who helps assign work.

2   When I was managing the Rear Spar and ASAT crew, I had to assign the work, set expectations

3   and check on the crew more often.  I did not have a strong team lead.

4         7.     Part of the job of a Level K manager is also managing personality disputes among

5   team members and mediating those disputes.  I regularly have to interview crew members and

6   have tough conversations about how to move forward, get along, and work as a team.

7         8.     I have also participated in hiring events for Boeing.  I provide input guiding who

8   Boeing ultimately selects for certain positions.

9         9.     I am also responsible for determining what training is needed by my crew and

10   making sure they have the opportunity to get that training.  In addition, Level K managers are

11   expected to manage their crew's performance.  I have never had to put someone from my own

12   crew on a performance improvement plan, but I have provided guidance to other Level K

13   managers about this process.

14        10.    As a Level K manager, I am also responsible for issuing discipline to my crew.  It

15   is my decision to issue corrective action, not HR's decision or the PCL's decision.  In one

16   instance, I had a crew member who made multiple quality errors and as a result, the PCL wanted

17   me to issue formal written corrective action.  I made the decision not to issue him formal

18   corrective action because although he had made quality errors, they occurred because there was a

19   problem with the tool.

20        11.    I evaluate my team leads' performance at least annually.  I meet with them and

21   review what I think they have done well and what areas I think they can improve in.  I give them

22   performance ratings based on the following criteria: meets, exceeds, or does not meet standards.

23   I have full discretion to issue the ratings.

24        12.    I am also responsible for creating a plan for overtime work.  I typically get input

25   from my team lead, but I am ultimately responsible for determining how many employees we

26   need in order to work and what work will be performed.

DECLARATION OF BRETT ALLANSON
(NO. 2:15-cv-01507 RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92072073.2

1

2    I hereby declare that the above statement is true to the best of my knowledge and belief,

3    and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

4

5    Dated this 4th day of October, 2016 in Everett, Washington.

6

7    _____

     BRETT ALLANSON

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF BRETT ALLANSON
(NO. 2:15-cv-01507 RSL) – 4

03002-2602/92072073.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# Exhibit 2

1

2

3

4

5

6

7

8

9

10

11

12

13

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

                    Plaintiff,

        v.

THE BOEING COMPANY,

                    Defendant.

No. 2:15-cv-01507 RSL

SECOND DECLARATION OF DANIEL
BARKER

14    I, Daniel Barker, do hereby state as follows:

15    1.    I have personal knowledge regarding the facts stated in this declaration, and I am

16    competent to testify to the matters stated in this declaration.

17    2.    I am a second level manufacturing manager (DAKU-L) in Boeing's 777 program.

18    Prior to being promoted to second level manager in 2013, I was a first level manufacturing

19    manager (DAKU-K) in the Wings Manufacturing Business Unit (MBU) in the 777 program for

20    several years.

21    3.    Since I took over as Level L (or second level) manager of Wing Majors and Wing

22    Laydown in the Wings MBU, I have twice re-staffed the majority of the Level K (or first level)

23    managers working under me because they were not doing their jobs. For example, several of my

24    first level managers did not hold their mechanics accountable for safety, quality, and

25    workmanship issues, which managers must do to run an effective production team and keep

26    the build on schedule. Some of my Level K managers also failed to stay on schedule for various

SECOND DECLARATION OF DANIEL
BARKER
(NO. 2:15-CV-01507 RSL) – 1
03002-2602/92071675.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    reasons, including because they did not hold their crews accountable to the schedule, they did not

2    take the initiative to analyze and creatively solve problems that arose during the build, and they

3    did not collaborate effectively with their counterpart managers on other shifts. One result of this

4    lack of leadership was tension, discord, and finger-pointing during transitions between shifts.

5    Some of my Level K managers also neglected their responsibility to ensure that their crews

6    complied with the Federal Aviation Administration (FAA) standards.

7         4.      Although it was frustrating to have to re-staff my fleet of Level K managers

8    twice, it was not surprising that I had to do so.  Around the time that I re-staffed, many of the

9    most experienced and most effective Level K managers in the Wings MBU were asked to move

10   to 777X, which is Boeing's next plane (and part of the 777 program) and the 767 Tanker (which

11   is a military airplane). Because of this, the Wings MBU had to back-fill its Level K positions,

12   and many of these positions were filled by IAM mechanics with no management experience.

13   Many of these newly-promoted managers were simply not able or willing to take on the

14   leadership responsibilities required of a Level K manager.

15        5.      I currently have about 450 reports, including twelve Level K managers. (There are

16   twenty-two managers total, but ten of them are managed by my counterpart Level L manager.)

17        6.      Currently, I have no Level K managers on third shift; I only have Level K

18   managers on first shift and second shift.

19        7.      About twenty-five percent of the Level K managers that I manage have additional

20   leadership responsibilities in addition to their hourly crew management responsibilities. For

21   example, one of my managers was assigned to be the safety manager. Some of his safety

22   manager duties are to make sure all SHEARS (a safety action item) are completed on time, run a

23   SHEAR meeting on Wednesdays, keep all hazard reports up-to-date, and run a specific safety

24   process. This is a lot of work. On top of this, he runs a production crew of eight or nine people.

25   Some of my other Level K managers have special assignments having to do with quality,

26

SECOND DECLARATION OF DANIEL
BARKER
(NO. 2:15-CV-01507 RSL) – 2
03002-2602/92071675.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   staffing, automation, and inventory management. All of these people also run hourly production

2   crews.

3        8.        When considering whether to give a Level K manager additional leadership

4   responsibilities (in addition to his/her production department and crew), I consider several

5   factors. First, I consider the manager's aptitude for handling extra responsibility, which not all

6   managers demonstrate. I do not give someone extra responsibility unless he/she has shown me

7   that he/she can handle it. Second, I tend to give extra responsibilities to managers assigned to

8   first shift, for the simple, logistical reason that most meetings occur during first shift, so it is

9   more difficult (though not impossible) for first level managers on second and third shift to take

10  on additional responsibility.  Third, I consider the size of a manager's crew and the complexity

11  of his/her work statement. Managers with larger crews or more complex work statements tend to

12  have more work and more stress, which might cause me not to give that person an extra

13  assignment, to avoid burning them out. That said, these factors are just considerations; I have, on

14  many occasions, given special assignments to managers with large crews and difficult work

15  statements.

16       9.        Regardless of whether I have given a Level K manager an extra role, I expect all

17  my Level K managers to do more than just implement his or her statement of work. Specifically,

18  I expect my level K managers to be constantly streamlining their processes. For example, if a

19  Level K manager has a job on his/her bar chart that takes a mechanic two hours to perform, I

20  expect the manager to figure out how to decrease the length of that job (or at least attempt to do

21  so).

22       10.       I also expect all Level K managers to find ways to increase their crew members'

23  productivity by, for example, improving their mechanics' toolkits, so that mechanics have

24  everything they need to perform their work and do not waste time looking for a particular part,

25  tool, or chemical. This principle of "lean" manufacturing, which Boeing emphasizes heavily, is

26  called "point of use tooling" and requires that mechanics be treated like surgeons, insofar as

SECOND DECLARATION OF DANIEL
BARKER
(NO. 2:15-CV-01507 RSL) – 3
03002-2602/92071675.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   surgeons do not run across the operating room to grab a scalpel. If Boeing is going to build

2   airplanes efficiently and safely, it cannot have its mechanics running around the factory looking

3   for a tool, hoarding tools, or using different tools to perform the same job—all of which were

4   prevalent prior to the introduction of point-of-use tooling. Under the point-of-use tooling

5   methodology, it is the responsibility of the first level manager to collaborate with his/her

6   mechanics to determine exactly which tools each mechanic needs and to put together a business

7   plan for the purchase of new tools and toolkits, which can cost tens of thousands of dollars.

8        11.    As a general rule, the 777 program only uses third shift for work that cannot be

9   performed safely or efficiently on first or second shift. As a result, many process centers do not

10   have any third shift employees. If third shift does exist in a particular process center, it is usually

11   quite small in terms of headcount.

12        12.    My areas (Wing Majors and Wing Laydown) within the Wings MBU do not

13   currently have first level managers on third shift.  I have, however, had third shift managers in

14   the past.  The opportunity to take on special assignments like safety manager or quality manager

15   is usually not available to managers on the third shift. Third shift is the last shift of the day. It

16   starts at about 10:00 pm and ends at about 6:00 am. Most Boeing resources are not available

17   during this part of the day. For the most part, meetings occur during the first and second shifts.

18   So, third shift managers usually cannot take on additional responsibilities that would require

19   them to attend meetings and coordinate with other teams. There is no safety manager on third

20   shift, for example, so when I have a third shift, it is in charge of all their own SHEARS.

21        13.    I don't micromanage my managers. My job as second level manager is to make

22   sure the first level managers are staying on track and upholding Boeing's policies and

23   procedures. Other than the budget, which I handle, my Level K managers have autonomy to

24   manage, and I expect them to do so (hence the fact that I've already re-staffed my entire fleet of

25   Level K managers twice). I don't tell Level K managers what decisions they should make. If they

26   make a bad decision, they have to learn from it and recover from it.

SECOND DECLARATION OF DANIEL
BARKER
(NO. 2:15-CV-01507 RSL) – 4
03002-2602/92071675.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

14.     Level K managers make important decisions by themselves on a daily basis. A good example is in Wing Laydown (the area of which I am currently a Level L manager). Wing Laydown is where the wing is laid down flat on the ground, cleaned, presented to the customer for approval, and sealed. After this is done, the wing is picked up and moved to the Majors Structures Delivery Center for paint, then it comes back to Service Ready Wing, then it goes to Wing Body Join, where it's attached to the airplane. When the wing is in Laydown, the first shift and sometimes second shift Level K manager has to interface with the customer or customer coordinator. (Third shift managers do not go through this process, because customers are not around on third shift.) If the customer has concerns about the wing, the Level K manager has to address those concerns. The manager also has authority to make the decision to continue the "shake" process (which means to keep it moving through the process so that it can be sealed and the build can continue). The Level K manager has to determine whether the customer can be overridden based on the terms of the purchase order that the customer signed and based on scheduling constraints. If the customer disagrees with the manager, this can be a difficult conversation, but it's the manager's responsibility to keep the build moving and shake the wing if needed. After this, the Level K manager then has to sign a form stating that the wing is ready and explaining any exceptions. An exception is basically an area of open work on the wing that wasn't finished and that they will need to come back to.

15.     It is also the job of a Level K manager to decide, among other things, when the build schedule requires him/her to assign overtime, when to schedule training so that it will least affect the build, which mechanics to assign to which jobs, when the build requires him/her to order new parts or replacement parts, and when to direct industrial engineering (IE) to make changes to the bar chart. Level K managers have the authority to direct IE to make any change to the bar chart that does not affect another Level K manager's crew. If a change will affect another manager's crew, the affected Level K managers must work together to figure out how to change the bar chart in a way that will work for everyone who is impacted.

SECOND DECLARATION OF DANIEL
BARKER
(NO. 2:15-CV-01507 RSL) – 5
03002-2602/92071675.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

16.     If a Level K manager will be on leave or vacation, he or she must select someone to provide coverage. Sometimes managers will choose a person from their crew to serve as a temporary manager to give that person a chance to get a taste of management and see how they like it. When the manager chooses someone, he/she sends me and HR a note saying that they want to put someone in for a temp manager for a certain amount of time. Then I approve it. The manager does the paperwork and I just ratify it. Only once or twice in my entire career have I said no to a selection. When there are long term vacancies in a first level position, I am in charge of that hiring process, but I always get feedback from other first level managers as to who would be a good fit. If I am promoting an hourly employee to a first level manager position, I have to be very careful who I choose. I have found that there is a wide range of competence among first level managers. This is why I have had to re-staff twice. Some people who are promoted from hourly production jobs cannot handle the level of responsibility that a first level manager has to juggle.

17.     First level managers are expected to do reviews of their team leader at least every 6 months, or every month if there is a problem with the team leader. If a team leader is not doing a good job, the manager will sit them down and tell them that they have been deselected as team leader. Usually HR is in the room to support the Level K manager through the process, but HR's approval is not necessary to deselect a team leader. The manager has the discretion to make the decision as to whether to deselect the team leader.

18.     First level managers are also in charge of corrective action on their crew. It is their decision whether to deal with a problem themselves or elevate it to a disciplinary issue. They decide whether to push it through or not, and it is their responsibility to perform corrective action where it is needed. This is especially true for workmanship problems. Level K managers are required to call employees on workmanship problems, because no one else will. First level managers also have to discipline for attendance violations. The only discipline of production crew members that I am involved in is discharges that go to ECARB (which stands for

SECOND DECLARATION OF DANIEL
BARKER
(NO. 2:15-CV-01507 RSL) – 6
03002-2602/92071675.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  "Employee Corrective Action Board"), but before I vote on an ECARB discharge, I always talk

2  to my first level manager and get his/her input on the employee at issue. Additionally, I

3  frequently bring the first level manager to the ECARB meeting as a non-voting member, so that

4  he/she can provide input on why the person should or should not be fired.

5       19.     I have put two of my first level managers on a performance improvements plan

6  (PIP) for not acting like a manager. One of them was on a PIP because, among other things, he

7  was not taking care of Federal Aviation Administration (FAA) compliance issues. FAA

8  compliance is a major part of a first level manager's job. Boeing has a certification plan with the

9  FAA. Level K managers are responsible for implementing parts of that certification plan by

10  doing things like audits. If a Level K doesn't implement the certification plan, it can cause big

11  certification problems for The Boeing Company.

12       20.     Prior to being promoted to Level L manager in November 2013, I had several

13  other jobs at Boeing. From when I was hired in 1988 to 2004, I was a mechanic in Wing Majors

14  and Wing Body Join in the 777 Program. In 2004, I was promoted to Level J manager in Wing

15  Body Join. I also worked as a manager for two years in the 767 Program. In 2012, I was

16  transferred back to the 777 Program as a Level K manager in Wing Body Join. I was a Level K

17  until I was promoted to Level L in Wing Laydown in November 2013.

18       21.     The essence of my job as a first level manager was to make decisions that upheld

19  Boeing's policies and procedures and remove roadblocks in the production schedule to ensure

20  that the build remained on schedule.

21       22.     When I first became a Level K manager in Wing Body Join, I was on the third

22  shift. I stayed on third shift for about four months before I was moved to first shift. I was on first

23  shift until I took the Level L job that I am currently in.

24       23.     The job of a Level K manager can vary significantly based on shift. There were

25  not as many resources available to me on third shift, so I had to figure a lot of it out on my own

26

SECOND DECLARATION OF DANIEL
BARKER
(NO. 2:15-CV-01507 RSL) – 7
03002-2602/92071675.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   with little to no direction. There are no second level managers on third shift.  If there is a

2   problem, I had to dig up the procedure, pull up the specs, and figure it out myself.

3        24.     Many times, when I was the first level manager on third shift, I had to take people

4   and move them around to hit critical milestones. Also, if I was making changes to the bar chart, I

5   would have to get the IE's buy-off after-the-fact, because there are no IEs around on third shift.

6   So I would have to set up a meeting at the end of third shift to get an IE to validate the plan at the

7   beginning of IE's first shift. This meant I already would have made the changes to the bar chart

8   when IE was approving them. So I had to be very careful what changes I made before getting IE

9   approval. Before making changes to the bar chart, I would move the jobs around on the giant

10  Velcro bar chart that we created and hung on the wall. Each job in the production sequence was

11  stuck to an individual piece of Velcro so that we could move the pieces around on the bar chart.

12  When I needed a change made, I would move the Velcro pieces around and then give the new,

13  rearranged bar chart to IE the next morning to make the changes. IE never questioned my

14  changes.

15       25.     As the first level manager, I also dealt with a lot of overtime issues on third shift.

16  The majority of loads and joins are done on the third shift. (For example, Wing Body Join joins

17  the wings on third shift.) But often we would get our parts late on third shift, which would delay

18  our ability to get started. I would have to decide who would work overtime and how long they

19  would need to stay. I had to work within the limits of the overtime preference rules in the

20  collective bargaining agreement (CBA). The team leader could not make overtime suggestions or

21  decisions; this was not within the team leader's guidelines. It was my call. Overtime decisions

22  are important. In addition to having production schedule requirements that they have to meet,

23  first level managers also have overtime budgets that they are not supposed to exceed. First level

24  managers have to figure out how to both stay on schedule and stay within budget. So, they have

25  to be strategic in when they assign overtime, and who they assign it to. And the whole time, they

26  are applying the rules in the CBA.

SECOND DECLARATION OF DANIEL
BARKER
(NO. 2:15-CV-01507 RSL) – 8
03002-2602/92071675.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

26.     Third shift also doesn't have a support cell. A support cell can be thought of as a team of production "paramedics" that tracks and responds to alerts issued by a production crew that an issue arose during the build with which they need help. For example, if a backshop crew didn't complete a portion of their work because there was an issue (like a missing part) that prevented them from doing so, their team leader would issue one of these alerts, so that the crew could continue on with the rest of their work. Then the support cell would respond to the alert. Since I didn't have a support cell on third shift, I couldn't issue these requests for help, and I had to figure out more problems by myself.

27.     On both third shift and first shift, it was my responsibility as the first level manager to work with other managers to borrow employees to cover employee absences. To trade employees, I had to evaluate whether the employees being traded performed similar work and were qualified to perform the work they were being traded for.

28.     I had many other responsibilities when I was first level manager. In a mass evacuation, it was my responsibility to make sure everyone got out. For confined space work, it was my responsibility to be confined space certified, because employees doing confined space work have to use a manager's ID number to check out a radio while doing the work.

29.     It was also my responsibility to handle situations where I suspected that an employee was under the influence. If I thought that an employee was acting distraught for any reason, and at risk of hurting him/herself or other crew members, I had to decide whether to send the employee home and whether the employee would have to use sick time.

30.     I also had to deal with problems with the illustrated plan (IP) when I was first level manager. The IP is the plan that the mechanics work from that tells them the sequence of the work – what you're going to do, in what area, at what time. If something was wrong with the sequence of the IP, as first level manager, I would evaluate the problem and decide whether to initiate an alert to request help from a support cell to fix the problem. If I decided to issue the

SECOND DECLARATION OF DANIEL
BARKER
(NO. 2:15-CV-01507 RSL) – 9
03002-2602/92071675.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

SECOND COMPENDIUM OF
DECLARATIONS
(NO. 2:15-cv-01507 RSL) – 19

1   alert, I would direct my team leader to do it. Team leaders did not have the authority to initiate

2   an alert requesting help without authorization from me, the first level manager.

3       *I hereby declare that the above statement is true to the best of my knowledge and belief,*

4   *and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

5   Dated this 3ʳᵈ day of OCT, 2016 in Everett, Washington.

6

7                    DANIEL BARKER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SECOND DECLARATION OF DANIEL
BARKER
(NO. 2:15-CV-01507 RSL) – 10
03002-2602/92071675.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

SECOND COMPENDIUM OF
DECLARATIONS
(NO. 2:15-cv-01507 RSL) – 20

# Exhibit 3

1                             THE HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7                 UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
                      AT SEATTLE

8

9 MARVIN MANN,

                             No. 2:15-cv-01507 RSL

10             Plaintiff,

                         DECLARATION OF DARRYL BERG

11      v.

12 THE BOEING COMPANY,

13             Defendant.

14       I, Darryl Berg, do hereby state as follows:

15       1.     I have personal knowledge regarding the facts stated in this declaration, and I am

16 competent to testify to the matters stated in this declaration.

17       2.     I have worked for Boeing since 1991. Over the years, I have worked as an hourly

18 production worker and a manufacturing manager on the 777 program, as an employee

19 development specialist, as a manufacturing manager (DAKU-K) supporting new hire training

20 and compliance, and, since the end of 2013, as a second-level (or "senior") manufacturing

21 manager (DAKU-L) for the 777 program. I started out a senior manager for Systems Installation,

22 then Final Assembly, both on second shift. I am currently senior manager for Final Body Join,

23 all three shifts. Final Body Join has 343 total employees, including 18 Level-K managers.

24       3.     There are significant differences between the responsibilities of my Level K

25 managers ~~the~~ on* first, second, and third shifts. The first shift managers have a lot more

26 responsibility and accountability. They act as the "locomotive of the train" for all three shifts.

DECLARATION OF DARRYL BERG
(NO. 2:15-cv-01507 RSL) – 1
03002-2602/92057266.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  They have to not only build the airplane, but they have to report to leadership, go to meetings,

2  and put together safety, quality, and compliance plans. They have many more administrative

3  responsibilities than second shift managers.  On second shift, Level K managers have much more

4  freedom to go out and work with their teams because they are not sitting in meetings a portion of

5  the day, as first shift Level K managers are. At the same time, second shift managers do not have

6  as many support organizations available to them because many support organizations are first

7  shift only. Third shift Level K managers have even more freedom. Third shift managers have

8  even fewer administrative responsibilities than second shift managers, but they have more

9  responsibility to make decisions because there is no second level manager present on third shift.

10  Level K managers on third shift rarely put together safety or quality plans and presentations.

11  Instead, their job is to concentrate on building the airplane.

12        4.       I have both a daily and a weekly staff meeting, where my first level managers

13  update me on their groups' work and performance against milestone. If there is a problem, and

14  the managers know they are not going to meet a milestone, they are expected to propose a

15  recovery plan. I also frequently send my first level managers to induction meetings, where the

16  status of the airplanes is discussed with other stakeholders, and to higher-level recovery

17  meetings, where management builds plans to get back on schedule and discusses the status of

18  those plans.

19        5.       My first level managers have discretion to – and do – assign people to work

20  overtime. I do not monitor my first level managers' designation of overtime unless a first level

21  manager isn't doing his or her job. Assigning overtime is part of what a first level manager is

22  hired to do. If a production team's "health" is struggling (meaning it is behind schedule and not

23  bouncing back), it is the first level manager's responsibility to come up with a plan to make the

24  team healthy again.  They can do so by assigning overtime, but effective mangers also find other

25  ways to catch up, and excessive overtime can be an indication that the manager is not managing

26  the crew in a way that gets the most out of non-overtime hours.

DECLARATION OF DARRYL BERG
(NO. 2:15-cv-01507 RSL) – 2
03002-2602/92057266.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1       6.     My first level managers are also expected to handle grievances. When an

2  employee has a grievance, he or she is required to discuss it first with his or her first level

3  manager. Sometimes an employee goes to HR or to me first without going to the first level

4  manager as required. When this happens, the employee is referred back to the first level

5  manager. All of my first level managers also have had tough conversations with shop stewards.

6  Usually those conversations revolve around overtime assignments. The IAM collective

7  bargaining agreement has rules governing overtime, but also allows plenty of room for

8  management discretion, and first level managers make these discretionary decisions on their

9  own.  I encourage my first level managers to stick to their guns and not back down when union

10  representatives challenge their discretionary decisions.

11       7.     I have encouraged my first level managers to help with Boeing's hiring events,

12  where they interview candidates and make hiring recommendations.  Some do and some don't.

13  At least one of my first level managers is very active in the hiring process.

14       8.     Several of my first level managers have special assignments in addition to their

15  production roles. For example, I have a Level K manager who, in addition to managing an hourly

16  production crew, also serves as the safety manager. I also have a Level K manager who, in

17  addition to managing an hourly crew, runs a quality council that analyzes quality metrics to

18  identifies the top drivers of our quality problems and build plans to improve quality.

19       9.     I also have two managers (one on first shift and one on second shift) who, in

20  addition to managing their hourly production crew, serve as "tactical managers." A tactical

21  manager is typically an experienced manager that has the skills to deal with problems with the

22  airplane build that affect multiple departments and crews. Tactical managers have to talk to the

23  crews on all three shifts and are expected to have a broader perspective to know what happens

24  across all three shifts. They also have to work with downstream customers about problems that

25  come up during the build, and they act as my surrogate if something needs to be elevated and I

26  am not available.

DECLARATION OF DARRYL BERG
(NO. 2:15-cv-01507 RSL) – 3
03002-2602/92057266.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone: 206.359.8000
Fax:  206.359.9000

1       10.     I also have a DAKU-K manager who serves as a Boeing Production Systems

2    (BPS) manager. He represents the Final Body Join area at meetings that plan future changes to

3    the 777 build process and reports back to the rest of the Final Body Join managers. He also helps

4    manage Boeing's "Flextrack" automation initiative and represents Final Body Join for 777X

5    planning, to ensure that our group has a voice in how the 777X is built.  (The 777X is the next

6    version of the 777 and is still in development.)

7       11.     Sometimes we ~~sometimes~~ assign hourly employees as temporary managers to

8    cover for managers *who* are on vacation. This allows hourly employees who may be interested  in

9    pursuing a management career to "test drive" the management role, and gives management an

10   opportunity to identify potential future managers.  In these situations, Level K managers select

11   their own temporary manager replacements, or all of the Level K managers and I select the

12   temporary managers as a group. This is valuable information because not everyone is cut out for

13   management, and we have occasionally promoted hourly employees into management only to

14   learn that he or she lacs *k* the skills, the drive, or the temperament to be a successful manager.

15      *I hereby declare that the above statement is true to the best of my knowledge and belief,*

16   *and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

17      Dated this _4_ day of _MAY_ , 2016 in _EVERETT_____ , Washington.

18

19                                          _____

20                                          DARRYL BERG

21   *Correction of typographical error made after declaration was signed.

22

23

24

25

26

DECLARATION OF DARRYL BERG
(NO. 2:15-cv-01507 RSL) – 4
03002-2602/92057266.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# Exhibit 4

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

Plaintiff,

v.

THE BOEING COMPANY,

Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF MICHAEL
BRENBERGER

I, Michael Brenberger, do hereby state as follows:

1.     I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.     I am a Manufacturing Manager (DAKU-K) Level K at Boeing. I have worked for Boeing for approximately ten years. I began my career at Boeing as an assembly mechanic and in November 2012, I was promoted to a Level K position in the Final Body Join process center of the 777 program, which is a part of the Final Assembly Manufacturing Business Unit ("MBU"). As a Level K manager, I have managed production crews of IAM represented hourly employees in four different assembly areas: Lower Join and Upper Join (which are both part of Final Body Join), and Join Team and Mid-Body Systems Installation (which are both part of the Wing Body Join process center).

3.     I started as a Level K manager in the Lower Join area of the Final Body Join process center on first shift. In Final Body Join, the airplane arrives in three different pieces (the

DECLARATION OF MICHAEL
BRENBERGER (NO. 2:15-CV-01507 RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

03002-2602/92071423.2

1    wing, forward section and aft section) and it is our department's job to join these parts together

2    and put on the wheels, landing gear, and other accessory parts to make it an airplane.  Lower Join

3    is specifically responsible for assembling the bottom half of the airplane, which includes the

4    cargo area.  I had about 42 people on my crew at this time who were broken up into four

5    subgroups—lower forward, lower aft, seal team, and fairing team.

6         4.     Surprisingly, the crew of 42 in Lower Join was actually one of the easiest crews I

7    had to manage in terms of the production process because of my knowledge of the area, the

8    crew's experience, and the type of work performed.  I had been a mechanic on that crew prior to

9    becoming a Level K manager so I understood the build and had two really strong Team Leaders

10   and a secondary backup lead.  This made it easier for me to know which jobs to prioritize and

11   how to trouble shoot problems.  Most of the crew members were also seasoned mechanics and

12   the work statement (i.e. the jobs we needed to complete every day) was pretty straightforward

13   and easy to accomplish because it included mostly light structure and secondary work, which

14   tends to be simpler to complete than major structures work.  In addition, Lower Join is in the

15   cargos and there is not much work left to do in the cargo area of the plane after it leaves Lower

16   Join so it was not a major issue if we did not complete a job on time.  As a result, I was able to

17   spend more time on administrative duties, such as ensuring my crew members were up to date on

18   trainings, organizing and maintaining employee involvement projects, and solving four-squares

19   for safety issues.  Although the actual build process was easier to run, I had to handle a

20   significant amount of personality issues on this crew and spent a substantial amount of time

21   mediating and handling discipline issues.

22        5.     After about a year, I moved to the Upper Join department, which is broken into

23   three groups—upper forward, upper aft, and a fairing panel team.  My crew there was about 38

24   mechanics and I rotated between first and second shift every three months.  In Upper Join, the

25   top half of the airplane is assembled, which includes the passenger cabins, and the statement of

26   work tends to be more complicated than it is in Lower Join.  Because of the complexity of the

DECLARATION OF MICHAEL
BRENBERGER (NO. 2:15-CV-01507 RSL) – 2

03002-2602/92071423.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    work, we encountered more issues with the airplane build in Upper Join than in Lower Join.

2    When something goes wrong in Upper Join and a job is held up, there is a greater impact on the

3    rest of the production process because any problems with assembling the passenger cabins also

4    affects whether systems installation can occur.  Systems installation involves many different

5    tasks, such as installing electricity, plumbing, and air conditioning, which often require

6    specialized job codes to complete.  Therefore, if I had to send work out or "travel" it in Upper

7    Joins because we got behind, it may cause significant delays for other departments.  When I

8    managed this group, I spent most of my time and energy on preventing and fixing quality issues

9    to avoid sending "traveled" work to other departments.  I was under a lot of pressure to stay on

10   schedule.

11        6.        After Upper Joins, I moved to the Join Team in Wing Body Join, which is where

12   the wings are attached to the center section of the plane.  I was on first shift in this department

13   and had a crew of about 18 mechanics.  In Wing Body, I treated my crew as a team rather than as

14   my subordinates and it worked well for me.  I had two union stewards on my team and there

15   were no issues.  The mechanics in Wing Body were also more skilled than in Final Body Join,

16   but encountered more defects because the work they are doing is more difficult.  This meant that

17   I focused more on quality improvement projects.  I took the concerns of my crew members and

18   worked with the engineering team to design improvements for them.

19        7.        My current crew is in Mid-Body Systems Installation, which is where the wiring,

20   plumbing, air-conditioning ducts, and insulation blankets, among other systems, are installed.  I

21   work first shift and my crew is only 14 mechanics.  With this group, I also changed my

22   management style because it's a smaller crew and less stressful than Final Body Join.  In other

23   words, I do not have to be as strict as I did when was in Final Body Join.  This allows me to

24   spend more time on designing, implementing, and tracking safety projects because I have a

25   secondary role as a "safety champion" for Wing Body Join.

26

DECLARATION OF MICHAEL
BRENBERGER (NO. 2:15-CV-01507 RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071423.2

8.      There are huge differences in my job depending on which assembly area I am managing and where that area is on the production assembly line.  Wing Body Join is in the middle of assembly line whereas Final Body Join is towards the end, right before Final Assembly.  Final Assembly is the last step before the airplane goes out to the field.  Mid-systems installation comes right before Wing Body Join so it's a little closer to the back shop.  In Final Body Join, it would be really rare that we would find something that would really impact my work.  The structure I worked on was so critical that everyone would make sure it gone done before it got to us.  Therefore, we did not have as much traveled work.  Generally, Mid-Body Systems Installation does not have much traveled work and is fairly easy to manage.  Recently, however, our new automated build process (mid-body future build or "MBFB") has caused slow-downs in production.  In MBFB, certain build processes are done with robots instead of people.  As a result of slow-downs in MBFB, there has been an increase in traveled work in mid-systems installation.  Because we are still trying to figure out how to best implement the automated build system, more jobs are left incomplete, which impacts mid-systems installation because parts are not finished when it gets to us.

9.      The management styles of my Level L managers definitely influences how I manage my own crew and the tasks that I prioritize as a manager.  For example, when I was in Final Body Join, my Level L manager was focused on getting our work statement done on time even if it did not make sense to do things in a particular order.  As a result, I was harsher with my crew and spent most of my time trying to improve efficiency and avoiding traveled work.  I also had less flexibility in how I scheduled work for the week because we had to make sure that daily status goals were met.  This was particularly challenging in Final Body Join because we had the floor package in Upper Join, which is the last thing that needs to be done before the plane can move on to the next part of the assembly process.  Nobody likes to do it because it involves tedious work to ensure that the passenger cabin is spotless.  To make matters worse, we would often find production or assembly issues from other areas of the shop during this step, which

DECLARATION OF MICHAEL
BRENBERGER (NO. 2:15-CV-01507 RSL) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071423.2

1   would hold up the assembly process and put our status behind schedule.  It was also tough

2   because I knew the guys I worked with.  I had to designate overtime often and had many one-on-

3   one conversations with crew members to coach them to get the work done on time.  By contrast,

4   in Wing Body Join, my Level L gave me more freedom in deciding how to get the work package

5   complete, which allowed me to be more creative in how I prioritized work and assigned

6   overtime.  He simply told me to look at my job loss (i.e. the jobs we were not able to complete

7   on time), figure out why it was happening, and come up with a plan to fix it or designate

8   overtime for my team accordingly.

9       10.     In all areas, I am responsible for building the overtime plan for my crew.  In my

10  current position, for example, I work in conjunction with other Level K managers in my

11  department to develop this plan.  We discuss the status of our work statement and set up goals

12  based on our historical weekend overtime numbers.  We are always trying to do what we can to

13  do reduce overtime and stay within our budget.

14      11.     As a Level K manager, I have authority to discipline my employees as needed.  I

15  have issued corrective action (or a "CAM") to employees for all kinds of things, including

16  attendance infractions and inappropriate behavior.  Human Resources provides guidance if I seek

17  out their assistance, but I ultimately make the decision on what to do.  It's not HR's decision.  I

18  also do a lot of informal mediating and counseling because personality conflicts often arise on

19  the crew.  I have also overridden a decision by HR to issue corrective action to employee when I

20  felt that it was not deserved.  When I was on vacation, one of my crew members received a CAM

21  for not completing his work even though the was directed to do it.  I met with the employee and

22  his union stewards and he had a legitimate story and excuse about having problems getting out to

23  the location of his job.  I pulled the CAM and gave him a verbal warning instead.  Human

24  Resources was involved in the process and helped with documentation, but it was ultimately my

25  decision.

26

DECLARATION OF MICHAEL
BRENBERGER (NO. 2:15-CV-01507 RSL) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071423.2

12.     My level of involvement with the union has varied depending on which union steward is on my crew.  In Final Body Join, I had a very argumentative union steward who was constantly checking what I said with the union contract.  Explaining my decisions to him took up a lot of my time and actually made me harsher with how I managed my crew.  I oftentimes had to go to HR to explain or clarify what I said based on what the union steward told them I said.  On a daily basis, I had to have direct conversations with the union steward over the proper interpretation of the collective bargaining agreement and what was allowed.  By contrast, I now have two union stewards in Wing Body Join who have not raised any concerns thus far and our relationship is much more collaborative rather than hostile.

13.     Ensuring that my crew members are properly trained and up to date on their trainings is my responsibility as a Level K manager.  If a performance or quality issue arises with an employee, I decide how to address it.  I may choose to give the crew member on-the-spot training or send him to a training at the skills enhancement center if the problem is recurrent (i.e. the crew member cannot drill straight holes).

14.     I conduct performance evaluations for my Team Leaders about every six months.  They have to meet a certain Boeing standard, but I also expect more out of them.  I give them certain priorities that I want them to focus on for our department.  It is up to me how I choose to evaluate them.  We use a rubric as a guide, but the scores are my choice.  When I have experienced Team Leaders, I do not evaluate them as frequently.

15.     When I was in Upper Join, I served an extra quality function for about a year and a half while simultaneously managing my crew.  I reviewed all of the tags and quality problems we had for all of Final Body Join.  Tags occur when somebody makes a mistake and there is a defect on the plane.  It was my responsibility to go through and review the paperwork for each tag, investigate the problem, and design a plan of how build around or fix the defect and prevent it from happening again.  If it was a performance problem rather than a problem with a part or a supplier, I would create a Performance Improvement Plan ("PIP") for the employee.  I also did

DECLARATION OF MICHAEL
BRENBERGER (NO. 2:15-CV-01507 RSL) – 6

03002-2602/92071423.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  department-wide analysis to pinpoint and solve any recurring problems. I would read through

2  the data, sort it, and then discuss any issues with the manager of the crew. For instance, I might

3  say, "You've had the same tag for four airplanes in a row, what is going on? Do we need to

4  build a project around it or get the quality investigation team because it's a vendor issue?"

5  Essentially, I brainstormed with the other Level K manager to come up with the best solution. I

6  also explained these trends in quality issues to upper management, which typically included the

7  Level L and Level M managers and sometimes even more senior representatives.

8         16.    While managing my current crew in Wing Body Join, I also serve in a secondary

9  "safety champion" role for all of Wing Body Join. I handle all of the safety issues and projects

10 in the department, including assisting other Level Ks in managing and staying up to date on

11 accomplishing their safety projects. A major part of this is assessing the number of SHEARs we

12 have and deciding how to solve them. A SHEAR is a documented safety issue that requires

13 outside help (i.e. from quality or engineering) to complete. I hold about four meetings per week

14 for the managers where I explain how many SHEARs are outstanding in each department, ask

15 the managers to update me on the status, and provide any assistance they may need to resolve the

16 SHEAR more quickly. It is my job to trouble shoot with the managers and coordinate who they

17 should contact for help. I also look at overall trends to assess whether we are seeing similar

18 safety issues across Wing Body Join.

19        I hereby declare that the above statement is true to the best of my knowledge and belief,

20 and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

21

22 Dated this  3  day of  October  , 2016 in  Everett  , Washington.

23

24

                                    MICHAEL BRENBERGER

25

26

DECLARATION OF MICHAEL
BRENBERGER (NO. 2:15-CV-01507 RSL) – 7

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071423.2

# Exhibit 5

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

                          Plaintiff,

          v.

THE BOEING COMPANY,

                          Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF DOUG BUTNER

I, Doug Butner, do hereby state as follows:

1.      I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.      I am a Level L manufacturing manager on Boeing's 777 program and have worked for Boeing for 29 years. I started as an assembly mechanic and eventually worked my way up to becoming a Level L manager in 2007. From 2011 to 2013, I worked as a Level L manager in the Final Assembly Manufacturing Business Unit (MBU) on second shift. From 2013 to 2014, I oversaw four Level K managers who managed production crews in the Systems Installation process center of Final Assembly. In September 2015, I was loaned to FAUB ("Fuselage Automated Upright Build") as a Level L on second shift for six months. At this time, I also continued to manage my Level K direct reports in Systems Installation. FAUB is Boeing's manufacturing program that uses robots (instead of people) to build the fuselage of the airplane.

DECLARATION OF DOUG BUTNER
(NO. 2:15-CV-01507 RSL) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

03002-2602/92071431.1

1   In March 2016, I was officially transferred to FAUB where I currently manage Level K

2   managers who manage production crews.

3       3.      I set high expectations for the Level K managers who work for me.  Each Level K

4   is responsible for managing his or her own business.  Level K managers need to constantly think

5   creatively to solve problems.  I cannot possibly make all of the decisions throughout the day so I

6   expect Level K managers to exercise discretion and make independent decisions.  They have to

7   run their shop and they have the authority to do so.

8       4.      Level K managers are responsible for managing their work package.  In essence,

9   this is their business.  Within that, it is their responsibility to hold their people accountable.  I

10  often tell them that they need to "serve and protect," which means that they need to serve the

11  people and protect the company.  They serve their crew by removing roadblocks, listening to

12  their needs, and constantly problem solving to make their jobs easier.  To protect the company,

13  they sometimes need to discipline people or address quality or performance issues, which can be

14  difficult for some managers, but it is a key part of the job.

15      5.      I teach my Level K managers to be self-sufficient.  If managers come to me with a

16  problem, I ask them how they would solve it and then send them to get it done by themselves.

17  As a result, if a problem arises in the future, they should reach out to any support group or

18  resource needed to fix a problem first before calling me.  Today, for instance, we are in the

19  process of loading an airplane and a door broke.  The Level K manager made the decision on his

20  own to call facilities and get them out there to see if and how we can fix the door.  Then he

21  called me to give me an update on his plan.  He did not call me and say, "I need help because the

22  door is broken."  If he had, then I would have told him to come up with a solution himself.  If we

23  are not able to fix the door today, then it will be the manager's responsibility to adjust the work

24  package for the day.  This may require him to move around jobs or travel work, depending on

25  how the broken door affects his work statement.  He also has the authority to order any special

26  part or tool that may be needed.

DECLARATION OF DOUG BUTNER
(NO. 2:15-CV-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071431.1

6.      I empower my Level K managers to use discretion throughout the day in how to manage their crews. For example, they have the authority to assign overtime and weekend work to mechanics if necessary to meet production milestones. It is their job to analyze which jobs and skillsets will be needed to complete the work package on time and assign the work accordingly. In this capacity, Level K managers are also responsible for making any adjustments to the "bar chart," which is the plan for the build schedule in their departments. The Level K managers generally coordinate any changes amongst themselves to make sure that each shift is covered properly and that the process works for everyone sequentially based on staffing and jobs that need to be completed. Although industrial engineering (IE) is responsible for entering the bar char into the system, Level K managers have final sign off authority. This means that a bar chart does not go out until a Level K approves it. We do not usually get pushback from IE because they understand that we need to make adjustments sometimes.

7.      A major part of a Level K manager's job is to protect the company. This means that managers are expected to hold people accountable to quality, production, attendance, and any behavior issues that may arise. For quality issues, the Level K needs to spot the problem and come up with how to fix it, which might be through paired training or sending him to a class for additional training or to the process center to assess the issue. Our goal is to have good employees and try to help them improve. Sometimes a Level K manager may decide that a quality issue is not the crew member's fault. For example, if an employee slips off of a rivet and damages the airplane, the manager has to make a judgment call. If it is the first time this has happened, then the manager may cut him some slack and counsel him. If the employee slipped multiple times, however, the manager may discipline him and send him to additional training.

8.      To protect the company, managers also need to ensure that their crew members are heard with respect to safety. If an employee encounters a safety issue, he can issue a "SHEAR," which is essentially saying that an item cannot be done safely. It is my responsibility

DECLARATION OF DOUG BUTNER
(NO. 2:15-CV-01507 RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071431.1

1   to make sure that a SHEAR is completed, which requires coordinating with different support

2   groups to come up with an effective and efficient solution.

3        9.      I have noticed that there are differences between FAUB and systems installation

4   that affect Level K managers' job duties.  Although each Level K manager is ultimately

5   responsible for managing a piece of the production system, the work packages look totally

6   different among the departments.  In my experience, systems installation is specialized and

7   requires a variety of different kinds of work and job codes, including light structure mechanics,

8   interiors specialists, electricians, and plumbers.  Because the work is so specialized, this crew

9   tends to be more experienced than crews in other areas.  This dynamic requires Level K

10  managers to keep track of the different kinds of jobs that need to be done and the different skill

11  sets available to them.  If additional electrical work is needed, for example, only the electricians

12  can do this, so the manager needs to figure out how to move jobs around to get this done.

13  However, the work itself in systems installation tends to be more basic.  In other words, the work

14  is generally easier to complete on time and without major problems.

15       10.     Although the work is not as diverse in FAUB as it is in systems installation, the

16  system is new so there are often more problems that arise because we have not yet mastered this

17  build process.  Consequently, the Level K manager's job tends to be more complex because there

18  is more "traveled work" to make up for any work that is off schedule.  Traveled work essentially

19  means that the manager must send out jobs within his statement of work into another manager's

20  area.  The traveled work from FAUB goes to systems installation, meaning that if systems

21  installation cannot complete their scheduled work then they fall behind and work overtime.  This

22  might happen if an electrician needs to connect a bracket but it has yet to be installed, so he

23  cannot finish this job and there is nobody else with the proper skillset available to install the

24  missing bracket.  If the electrician cannot do anything else for the day in Systems Installation,

25  then the manager needs to figure out how to get the bracket installed (i.e. where to find a person

26  with that skillset) and places the electrician on traveled work to help out in other areas so he is

DECLARATION OF DOUG BUTNER
(NO. 2:15-CV-01507 RSL) – 4

03002-2602/92071431.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  used most effectively.  Managers have to track traveled work and follow-up to make sure it is

2  complete.  When so much work is being traveled, that process can take up a significant portion

3  of the manager's day.

4       11.    I have also noticed differences for Level K managers between shifts.  The Level

5  K managers on first shift have more overall visibility in the company and the position tends to

6  attract managers who want to build their careers and move up.  As a Level L, I try to make sure

7  that if a Level K wants greater visibility then I will give them an opportunity to be on first shift.

8  Second shift tends to be less stressful for managers because they do not have to go to so many

9  meetings.  Instead, second shift Level Ks can focus more on problem solving and trouble

10  shooting  and elevate any items that need help.  They tend to be on the floor more often and

11  collaborate with their team.  Crews on second shift are generally less experienced than those on

12  first shift, which can actually be easier for managers.  In my experience, junior crew members

13  are more coachable and have better attitudes.  On third shift, there are no meetings and even

14  fewer support structures in place. This means that managers are basically on their own out there

15  solving problems.  For example, because there is very little support for tool engineering for third

16  shift, it may take more time for an issue to get fixed.  When this happens, the manager must

17  figure out how to reprioritize jobs within his statement of work to ensure that he does not get

18  behind in the build process before first shift takes over again.

19       12.    Some, but not all, of my Level K managers have special functions that they

20  perform while running their crews.  For instance, one manager is a safety focal in system

21  installations and he is responsible for running safety counsels on second shift.  In this role, he

22  also goes to the accident investigations and helps monitor SHEARs for Aft Systems, which are

23  safety issue that cannot be resolved quickly.  Another manager performs tactical functions in

24  system installations, which requires him to coordinate between different areas and their suppliers

25  to address production issues and major milestones, such as getting aircraft ready for "power on."

26

DECLARATION OF DOUG BUTNER
(NO. 2:15-CV-01507 RSL) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071431.1

1    13.    In FAUB, the majority of Level K managers on first shift have customer

2    interaction. This tends to be less true, however, of second and third shifts. When I moved to

3    second shift, I asked the Vice President of Qatar Airways, who has been my customer since

4    2007, if we could hold the customer meeting on second shift so that my managers could get that

5    experience. I think this is important for Level K managers to have the opportunity to interface

6    with customers. Now there is a customer meeting once a week during second shift where a

7    Level K from each area of the build reports out to the customer the status of the build in their

8    department and explains how we plan to address any problems. If the customer has any

9    concerns, the manager takes these action items back to the team. The Level K then develops a

10   plan for how to solve the action items and helps coordinate with other departments to get the

11   plan implemented.

12    14.    In FAUB, most of the Level K managers also have opportunities to interact with

13   higher-level directors and Vice Presidents on the production floor because the company is

14   putting so much focus on the automated build process right now. As a result, Level K managers

15   often make recommendations to upper management about how things can be improved and

16   update them on how things are progressing. Their input is highly valued because they have the

17   ground level experience and it is applied and accounted for in higher level meetings.

18    15.    On a few occasions, a Level K manager working for me has initiated a

19   reasonable suspicion test, which resulted in the employee's termination for drinking alcohol.

20   The Level K has full authority to initiate this process. In fact, it is their responsibility to look out

21   for any strange behavior and address it. They provide an intake form to the employee, take the

22   employee to Boeing medical to get tested, and send him or her home. Level K managers are

23   similarly responsible for initiating the threat of violence protocol. It is a manager's job to

24   recognize what a threat is and take action to protect others. I see this as a major part of the

25   manager's job. Essentially, it is up to them to decide if something was a threat of violence and

26

DECLARATION OF DOUG BUTNER
(NO. 2:15-CV-01507 RSL) – 6

03002-2602/92071431.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  whether to report it, which can be challenging at times.  Some managers will investigate

2  informally and others will get statements and HR involved.

3      16.   When I am on vacation, I will ask a Level K manager to fill in for me.  The Level

4  K has signing authority on my behalf when this happens.  For instance, the Level K manager can

5  sign tool workarounds, which is a form that says a person is approved to use a different tool that

6  might be out of compliance with safety.  Essentially, the manager needs to verify that the

7  workaround is safe and will still provide a quality product.  This is a major decision because if

8  the workaround is not safe, then the wellbeing of the airplane or crew may be in danger.  In

9  addition, the manager goes to meetings where he can make decisions on my behalf.

10     17.   When there is a rate increase or decrease in how fast the 777s are built, Level K

11  managers' jobs become more difficult because their crew size and work statement may change

12  dramatically and they need to adjust quickly.  Because of the seniority system for mechanics,

13  less senior people get laid off first, which usually impacts second and third shift most

14  significantly.  Consequently, the crew may drop in size and require the manager to reprioritize

15  which work is completed and when.

16

17     I hereby declare that the above statement is true to the best of my knowledge and belief,

18  and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

19

20  Dated this 3ʳᵈ day of OCTOBER, 2016 in EVERETT, Washington.

21

22  _____

23  DOUG BUTNER

24

25

26

DECLARATION OF DOUG BUTNER
(NO. 2:15-CV-01507 RSL) – 7

03002-2602/92071431.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# Exhibit 6

THE HONORABLE ROBERT S. LASNIK

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

MARVIN MANN,

Plaintiff,

10

v.

11

THE BOEING COMPANY,

12

Defendant.

No. 2:15-cv-01507 RSL

SECOND DECLARATION OF CHEN-EN
CHEN

14     I, Chen-En Chen, do hereby state as follows:

15     1.      I have personal knowledge regarding the facts stated in this declaration, and I am

16 competent to testify to the matters stated in this declaration.

17     2.      I am a Manufacturing Manager (DAKU), Level L at Boeing.  I became a Level J

18 manager in 2006.  In 2008, my position was converted to Level K.  In November 2015, I was

19 promoted to a Level L ("PCL") in the Major Structures Delivery Center ("MSDC") of the 777

20 program.

21     3.      I have about eleven Level K managers and four temporary managers reporting to

22 me within the MSDC, working all three shifts.  I work first shift, so it is more difficult to

23 exercise oversight of my Level K managers on second and third shift.  I expect my Level K

24 managers to manage their daily statement of work; manage their department budgets, including

25 creating plans to manage overtime work and traveled work; manage in accordance with the law;

26 make sure his or her crew is safely performing the work; manage the team's level of quality;

SECOND DECLARATION OF
CHEN-EN CHEN
(NO. 2:15-CV-01507 RSL) – 1
03002-2602/92071925.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  work on business initiatives aimed at reducing the number of jobs, reducing cost, and

2  maximizing efficiencies; evaluate and assess crewmembers' skillsets and determine training

3  needs; mentor and develop future leaders; issue discipline; and manage crewmember

4  personalities and internal conflicts.

5         4.     The MSDC has six different departments: wing paint; fuselage paint, the sealer

6  team; "Area 51"(which installs systems, blankets and floors); empennage stabilizer & vertical fin

7  build-up; and the Grade 8 painters of the vertical fin.

8         5.     At any given time, certain Level K managers face challenges that other Level K

9  managers do not.  For example, six months ago the wing paint crew was the most problematic

10  area because of problems with the Automatic Spray Method ("ASM"), which is a spray machine

11  used to paint the wings.  At that time, the machine, which was getting older, kept having a lot of

12  quality issues (e.g., the machine hitting the wall or the wing and not applying the paint

13  consistently).  The K Level manager of that crew had to constantly troubleshoot the quality

14  issues (i.e., identify the problem, investigate causes, generate solutions, and implement those

15  solutions to resolution).  More quality concerns also means that the crew is unable to complete

16  its work on time, causing additional problems with traveled work.

17         6.     At present, one of the more difficult areas to manage is "Area 51."  This is

18  because there have been problems with the FAUB machine (the new robot used to drill and fill

19  holes that had previously been done by hand), which is used by the crew directly before the plane

20  goes into the MSDC and Area 51.  Because FAUB is causing significant delays within Area 51, I

21  appointed a second temporary manager to help troubleshoot that statement of work and to help

22  coordinate between the Area 51 crew and the FAUB crew to get the unfinished FAUB work

23  done with as little interruption to the Area 51 crew as possible.

24         7.     Conversely, a crew with more stable work is the "stabilizer and vertical fin" crew.

25  This crew's work is more stable because its internal supplier of parts is quite stable (meaning the

26  work is routine and performed on time) and they have good quality.  The Level K manager of

SECOND DECLARATION OF
CHEN-EN CHEN
(NO. 2:15-CV-01507 RSL) – 2
03002-2602/92071925.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    this crew has to spend less time troubleshooting and brainstorming solutions to the work

2    statement.  Every Level K manager, however, is still required to manage the crew with regard to

3    discipline, employee conflicts, performance, quality, safety, etc.  But, having a stable work

4    package does allow that manager to focus his or her attention on other management duties

5    including, for example, business development plans and initiatives.

6            8.      Level K managers also have different management responsibilities depending on

7    the shift they work.  For example, first shift managers must attend a lot of meetings.  They attend

8    customer meetings, quality meetings, safety meetings, and meetings with their PCL.  Second and

9    third shift managers do not attend as many meetings.  Boeing's airplane customers come to the

10   factory on the day shift.  In fact, there is only one airplane customer I'm aware of who holds its

11   weekly meeting on second shift.  All other customer meetings occur on first shift.  In addition,

12   second and third shift managers have less oversight from their PCL's because there are fewer on

13   duty and they are focused only on the most pressing and major concerns.  So managers on

14   second and third shift work more autonomously and get approval from the PCL less often than

15   first shift managers.  Managers on the third shift have a different set of challenges—there is very

16   limited engineering support, industrial engineering support, tooling support, and the like.  I

17   expect my Level K managers on third shift to exercise their own discretion to make decisions

18   and troubleshoot because they don't have the resources that other Level K managers have on

19   other shifts.

20           9.      Prior to my promotion to Level L, from approximately August 2015 to

21   November 2015, I was acting PCL for Wing Body Join ("WBJ") in the 777 program.  At the

22   time, I was a DAKU Level K Manager.  The WBJ organization is responsible for loading the

23   electrical system and tubing system onto the wing and then joining the wings onto the midsection

24   of the airplane.

25

26

SECOND DECLARATION OF
CHEN-EN CHEN
(NO. 2:15-CV-01507 RSL) – 3
03002-2602/92071925.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

10.     Prior to that, from August 2013 to August 2015, I was a Level K Manufacturing Manager in Final Body Join ("FBJ") on assignment to work quality projects within the 777 program.

11.     Prior to my special assignment to improve quality, I was a DAKU Level K Manufacturing Manager in the support cell of the 777 program.  I did this from 2008 to August 2013.  The support cell is a group of cross functional employees within the manufacturing facility that triages daily production problems.  Within the cell there are engineering personnel, quality investigators, "pit bosses" (also called analysts) and manufacturing representatives.  Only the pit bosses and manufacturing representatives reported directly to me, but I was responsible for the priority and daily statement of work for everyone in the cell.  My direct reports included two or three (salaried) pit bosses and about four (hourly) IAM manufacturing reps.  My team essentially monitored the support cell tracking system called "SAT" which was a repository where other K level managers in the manufacturing shops entered production problems.  The support cell would take the issues from the system, determine which subject matter experts were needed to resolve the problems, and push the issues to resolution.

12.     The manufacturing rep position is a position filled by IAM mechanics who rotate off of their normal crew and into the position.  They hold the position for about a year at a time and then rotate back to their original crew.  They all hold their mechanic's certifications and sit very close to the airplane so that they can jump in and work on the plane as needed.  At any given time they can be tasked with build jobs that might take a few days or a few hours, depending on the need.  I would estimate that manufacturing reps work directly on the airplane a few days each week.  When they are not working directly on the airplane they are working with crew members to resolve production concerns.  Many times manufacturing reps will work on the weekends because they may be the only mechanic there that has the skill set necessary to perform the work.  For example, if they need unanticipated sealing work done on the weekend,

SECOND DECLARATION OF
CHEN-EN CHEN
(NO. 2:15-CV-01507 RSL) – 4
03002-2602/92071925.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   the manufacturing rep might be asked to perform that work because he or she is the only

2   mechanic on shift that has the certification or expertise.

3       13.     As manager of the support cell, I conducted performance reviews for my salaried

4   pit bosses at mid-year and year-end.  I would evaluate their strengths and weaknesses, document

5   it, and meet with them to discuss.  I recall a number of tough conversations with

6   underperforming employees.  In fact, I had to put one employee on a Performance Improvement

7   Plan ("PIP").  I went through the PIP process with him for eleven months before eventually

8   terminating him.

9       14.     It was my decision to put him on a PIP and I drafted the PIP plan.  Human

10  Resources provided guidance if I had questions, but it was my job to outline the deficiencies, my

11  expectations, and the tasks and milestones for which that the employee would be held

12  accountable.  During the first 30 days of the PIP, I met with the employee every day to review

13  his tasks and coach him on performance and expectations.  After 30 days, I determined that the

14  PIP was not successful and decided to try a second PIP.  I had another conversation with the

15  employee and provided him with very specific guidance.  I also provided him with a mentor.

16  After another 30 days, I determined that there had been very little progress and a third PIP was

17  needed.  That PIP lasted eleven months.  After very little progress, I determined that he needed to

18  be discharged from Boeing.  I communicated my decision to Human Resources, who agreed with

19  me that termination was appropriate.  I then met with Human Resources and the employee to

20  communicate the decision to discharge.

21      15.     As support cell manager I also worked to make process improvements.  For

22  example, I helped create a "quality investigation" process.  The process required that when we

23  received a quality issue within the SAT system, the support cell employee would go to the plane

24  and interview the employee who caused the quality issue.  The point of the interview was not to

25  gather facts to conduct discipline, but to understand the root problem in an effort to brainstorm

26  solutions that would prevent future occurrences.

SECOND DECLARATION OF
CHEN-EN CHEN
(NO. 2:15-CV-01507 RSL) – 5
03002-2602/92071925.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    16.    As manager of the support cell I conducted the interviews to fill the

2    manufacturing representative positions.  I would typically have another manager and one pit boss

3    on the panel, but the decision was ultimately mine.  I have also sat on many other interview

4    panels typically at Boeing hiring fairs.

5    17.    When I was a support cell manager, I regularly evaluated my employees' skillsets

6    to determine and recommend training.  I also was (and still am) a proponent of personal

7    development and pushed my employees to get that training.  I also worked with my strong

8    performers to gain the skills necessary for management within the Company.  For example, I had

9    one pit boss who wanted to get into management.  I worked my connections to get him a role as

10    temporary manager so that he could develop experience.

11    18.    When I was manager of the support cell it was my responsibility to develop a plan

12    for overtime work (or weekend work).  At mid-week I would determine how many overtime

13    hours we needed and which personnel would be asked to work, depending on the needs of the

14    business.

15    I hereby declare that the above statement is true to the best of my knowledge and belief,

16    and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

17    Dated this 4th day of October, 2016 in Everett, Washington.

18

19    _____

20    CHEN-EN CHEN

21

22

23

24

25

26

SECOND DECLARATION OF
CHEN-EN CHEN
(NO. 2:15-CV-01507 RSL) – 6
03002-2602/92071925.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# Exhibit 7

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

                          Plaintiff,

            v.

THE BOEING COMPANY,

                          Defendant.

No. 2:15-cv-01507 RSL

SECOND DECLARATION OF RUSSELL DEVRIES

I, Russell Devries, do hereby state as follows:

1.      I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.      I am a Manufacturing Manager (DAKU), Level K at The Boeing Company ("Boeing"). From approximately December 2015 to July 2016, I took on a combination of different tasks that fall into four project buckets: Flex Track; ship's captain; headcount; and the manufacturing liaison between the 777x and the 777 Final Body Join process center within the 777 program. From July 2016 to present, I have been working in a role whereby I coordinate with various crews working on the 777 assembly line to meet flight line deadlines and milestones, including flight testing and customer delivery deadlines. I have recently been assigned this special project because a number of our airplanes are behind schedule for customer delivery, as a result of implementing our new FAUB system. (FAUB is the Fuselage Automated Upright Build, which is essentially a robot used to drill and fill holes, rather than traditional

SECOND DECLARATION OF RUSSELL
DEVRIES
(NO. 2:15-CV-01507 RSL) – 1
03002-2602/92071888.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  manpower).  I have one IAM mechanic who is my direct report.  However, in my current role, I

2  work closely with, and at times will give direction to, crews of IAM mechanics tasked with

3  assembly of the 777 airplane.

4         3.     From 2011 to June 2014, I was also a DAKU Level K running production teams

5  like Upper Joins and Wings & Gears, which is part of the Final Body Join area, within the 777

6  program.  Wings & Gears install landing gear, plumbing, underwing panels, and other parts.  The

7  Upper Join team attached the forward and aft sections of the airplane to the mid-body section.  I

8  also filled in as a tactical manager and as the second level manager ("PCL") when my PCL was

9  out or busy.  My crew on average was about 30 employees at any given time, although for one

10  three-to-six month period, I was supervising around 60 employees, because we were down a

11  Manager K in my area.

12         4.     Some of my responsibilities as the manager of a production team were to monitor

13  employee attendance, lead crew meetings, issue corrective action, ensure that the work was being

14  performed correctly and on time, assign overtime, and work on process improvement plans.

15         5.     With regard to attendance, it was my job to determine which crew members were

16  present each day, which crew members had the right certifications to perform the work, and then

17  determine what work could be completed with the employees that were present.  In other words,

18  there was a statement of work and a plan for the work that was to be completed each day, but the

19  plan in theory is hardly ever the plan in practice because issues, like employee absences,

20  bottlenecks elsewhere on the production line, etc.  My job each day was to evaluate the work

21  plan, determine whether it was workable, and, as in most cases, if it was not, to make

22  modifications to the plan by determining the priority items to be completed that day based on the

23  resources I had on that particular day.

24         6.     Every day I would lead a crew meeting at the start of the shift.  Leadership would

25  provide a general outline of topics (like quality, safety, and productivity) that were to be covered

26  in these meetings, but I decided the specific content I would cover based on my observations

SECOND DECLARATION OF RUSSELL
DEVRIES
(NO. 2:15-CV-01507 RSL) – 2
03002-2602/92071888.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    regarding the team's pace and performance.  In advance of these meetings I would review the

2    statement of work and determine what our priorities for the day were, based on the employees

3    present for the day and the needs of the business and the resources and equipment available.  I

4    would communicate the plan I developed at the crew meetings each morning.  In the event that

5    our work fell behind, part of my job was to analyze the problem and draft a recovery plan to get

6    the work back on schedule with as little disruption to the business as possible.

7         7.    Part of my responsibilities was also to determine a plan for overtime work or

8    "weekend work."  It was my job to make a plan to decide how many employees, and in what

9    skill code, were needed to work overtime to complete the tasks I determined were top priority,

10   and get that plan approved by my boss.

11        8.    I also handled corrective action issues while managing a crew.  When an issue

12   would arise, I would exercise my discretion to determine whether the issue warranted a simple

13   coaching and counseling, or whether I should escalate the issue to formal corrective action, in

14   which case I would involve Human Resources to get its advice.  For example, on one occasion I

15   received reports that one of my crew members was disappearing during the work shift but I had

16   no proof.  I decided to speak with him about the problem and set expectations.  When the

17   problem continued, I investigated and then reported it to Human Resources who recommended

18   corrective action.

19        9.    I also played a role in resolving employee grievances within my production team.

20   On occasions, I worked with shop stewards to negotiate and resolve issues my crewmembers

21   raised with regard to issues like overtime work, shift schedules, and pay issues that were in the

22   union contract handbook.  For example, I have had shop stewards approach me on behalf of a

23   crewmember and complain about my assignment of certain employees to overtime work.  In my

24   role as a Level K manager, I speak with the union representative, explain my decision-making

25   process, and try to mitigate the dispute following the guidelines of the union handbook and HR.

26

SECOND DECLARATION OF RUSSELL
DEVRIES
(NO. 2:15-CV-01507 RSL) – 3
03002-2602/92071888.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   Sometimes this takes some back and forth conversations before the issue is resolved.  If it

2   doesn't resolve, the issue is escalated to the next step of the grievance process.

3          10.     When I managed a crew, I would regularly observe my crew (or speak with my

4   team leader about his observations of the crew) to monitor the quality of the work being

5   performed and address any issues we observed.  This helped me determine whether any of my

6   employees needed additional training, which I'd then make sure they received.  For example, if I

7   noticed that a particular task was regularly behind schedule, I would determine what the root

8   cause of the problem was, and might then ensure that the responsible employee received further

9   training on a particular skill or use of a tool.

10         11.     As a Level K manager of a crew, I was also responsible for developing business

11  plans aimed at improving quality, improving safety, reducing production costs, and managing

12  workflow.  Different Level K managers engage in business development to varying degrees.

13  Those managers who work the end of the assembly line and who are putting out more daily fires

14  related to their statement of work, spend less time on business initiatives than K managers at the

15  beginning of the assembly line.

16         12.     Both the Wings & Gears crews and the Upper Join team are located near the end

17  of the airplane assembly line.  This means, as a Level K manager, I spend more of my time

18  managing alternative work plans to address the traveled work that has come to my shop and

19  reprioritizing my crew's own statement of work to determine what can be done and what are the

20  priorities based on the limitations and constraints caused by the traveled work.  Because my

21  crews are at the end of the assembly line, our shop is more frequently behind schedule because

22  the upstream shops have not finished their statement of work and/or have gotten behind

23  schedule.  Managers of crews at the end of the assembly line must spend more time triaging

24  problems, brainstorming and implementing solutions to their work statement.  Conversely,

25  managers of crews at the beginning of the assembly line spend less time triaging and making

26

SECOND DECLARATION OF RUSSELL
DEVRIES
(NO. 2:15-CV-01507 RSL) – 4
03002-2602/92071888.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   alternative plans for their statement of work because they have less upstream shops causing

2   delays and quality concerns.

3       13.     Similarly, the amount of oversight needed to be provided by a Level K manager is

4   also dependent on the statement of work.  Crews (such as Structures) that do the same limited

5   number of tasks each day will require less oversight than crews (like Interiors S&I) where each

6   crew member is doing multiple different jobs each day.

7       14.     As well, the experience, skill level, tenure, and even the personalities within your

8   crew dictate how much judgment, discretion and oversight is required of a Level K manager.

9   When my crew is experienced and work as a team, I have to spend less time identifying and

10  remedying quality issues and mediating internal team conflicts.

11      15.     As a Level K manager, I have managed crews on both first and second shift.

12  There are stark differences between the two shifts.  Some of the primary differences are that all

13  of the business meetings are done on first shift.  First shift generally has more experienced

14  mechanics than second shift because they typically have greater seniority, which means that you

15  may have to spend less time identifying and troubleshooting quality defects.  First shift managers

16  also really drive the work priorities for the day.  In other words, the first shift manager makes the

17  plan about the work that will be accomplished for the entire day.  The second and third shift

18  managers can deviate from that plan as new issues arise, but more work is done by the first shift

19  manager to set the entire day's plan.  As well, second and third shift Level K managers have

20  more autonomy and less direct oversight by the Level L PCL because there are much fewer

21  PCLs that work second and third shift.

22      ///

23      ///

24      ///

25      ///

26

SECOND DECLARATION OF RUSSELL
DEVRIES
(NO. 2:15-CV-01507 RSL) – 5
03002-2602/92071888.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1       I hereby declare that the above statement is true to the best of my knowledge and belief,

2   and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

3

4       Dated this 4th day of October, 2016 in Everett, Washington.

5

6                                     _____

7                                   RUSSELL DEVRIES

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SECOND DECLARATION OF RUSSELL
DEVRIES
(NO. 2:15-CV-01507 RSL) – 6
03002-2602/92071888.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

SECOND COMPENDIUM OF
DECLARATIONS
(NO. 2:15-cv-01507 RSL) – 55

# Exhibit 8

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

               Plaintiff,

    v.

THE BOEING COMPANY,

               Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF PAM DITTBERNER

I, Pam Dittberner, do hereby state as follows:

1.     I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.     I am a Level K (DAKU-K) Manufacturing Manager at Boeing, and have been in this position since 2011.  Prior to working at Boeing, I was a manager at a major landline service provider so I had experience managing union-represented employees and ensuring compliance with the Public Utilities Commission, which is a regulatory body similar to the Federal Aviation Administration (FAA).  I was hired into the Spars & Panels assembly department on the wing line for the 777 program where I worked for about five years.  In June 2016, I moved to the Wing Majors process center in the Wings MBU.

3.     In Spars & Panels, I managed a variety of crews in different assembly areas.  I started in the Panel Build-Up and Gemcor areas.  The Gemcor mechanics operate very large automated riveting machines. After this, I managed the Panel Pickup and Panel Seal areas and

DECLARATION OF PAM DITTBERNER
(NO. 2:15-CV-01507 RSL) – 1

03002-2602/92071696.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  then the Front Spar/Leading Edge area.  In general, the Spars & Panels process center is a feeder

2  line that is responsible for putting together the initial spar build.   In Spars & Panels, I worked on

3  both first and second shifts.  I started on first shift in 2011 for about a year, then rotated between

4  first and second shift for six month periods until I moved to Wing Majors.  Rotating shifts every

5  six months was expected in Spars & Panels.

6      4.      In Wing Majors, I currently manage a lower panel crew with heavy structures on

7  second shift.  We are responsible for installing heavy structures such as seal pans, dry bays and

8  take next step of production.  We also join the finalized lower panel in Wing Majors and then it

9  goes to the Laydown processing center.

10     5.      As a Level K manager, I am responsible for managing a piece of Boeing's

11  business that is worth between 3 and 10 million dollars.  I need to make decisions on a daily

12  basis to effectively and efficiently run my part of the business.  This job is not easy and involves

13  complicated or high-risk decisions.  When I was a new manager, I worked a lot because I had to

14  learn the airplane build.  I am ultimately responsible for the safety of my crew and the airplane

15  build in my production area.  My management style is to be pretty hands on with my crew

16  because I want them to grow and improve.

17     6.      My experience as a manager is different on first shift compared to second shift.

18  At a basic level, the work packages on first and second shift are distinct, even within the same

19  assembly area.  Therefore, what first shift does production-wise in Spars & Panels is completely

20  different than what is done during second shift.  The experience and skill levels of crews also

21  vary between first and second shift.  Employees on second shift are generally newer mechanics

22  and less experienced because they do not have enough seniority to move to first shift yet.

23  Because employees are newer on second shift, Level K managers have the opportunity to mold

24  them and make a big difference in their training and success.  You can really mold a new person

25  better than remold somebody who has been here for fifteen years.  I have a lot of new mechanics

26  in their first year on second shift who are excited and want to work hard. I find that I engage

DECLARATION OF PAM DITTBERNER
(NO. 2:15-CV-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071696.1

1    more with people on second shift.  You can have a lot of influence if you're a good manager on

2    their training and their success.

3           7.     In addition, I face different challenges as a manager on these shifts because there

4    are varying levels of parts, labor, and quality support available.  In particular, there is

5    significantly less production support on second shift, including engineering, tooling, cranes, and

6    PCO (the people that bring you a part).  I need to be more available for my crew on second shift

7    to trouble shoot any problems that arise. I also need to be very familiar with my business so I

8    know what to do if something unexpected happens and we may need to scrap a wing or part.  By

9    contrast, Level K managers need to go to more meetings on first shift so I have to rely more on

10   my Team Leaders to monitor the production process and raise issues that they see.

11          8.     A lot of managers I know do not like working different shifts, oftentimes for

12   family or scheduling reasons, but in my opinion, a manager needs to work both shifts at least

13   once to be a decent manager.  Because the work packages are different, a manager may not

14   understand the inherent problems from the other shift without actually working it.

15          9.     As a Level K manager, I regularly exercise discretion in designing and

16   implementing my crew's work schedule for the day.  It is essentially my responsibility to decide

17   how the airplane will be built based on our work package an head count for the day.  Sometimes,

18   I need to adjust the bar chart or reprioritize certain jobs over others so that we can meet

19   production milestones on time.  The bar chart is essentially the plan of jobs that must be

20   completed so that the airplane can be built on time.  Sometimes, it needs to be modified, because

21   we get behind schedule or assembly problems arise.  Other times, I need to move people from

22   bar to bar because an employee is out sick or because it is an ergonomically unfriendly bar and

23   we want to rotate them.  Jobs vary in difficulty so I make sure that I do not keep putting the same

24   employee on the most difficult jobs because it can lead to injuries.  I cross-train my crew so we

25   can avoid this problem.  On second shift, I may also move an employee to another assembly area

26   that is down people for the night.

DECLARATION OF PAM DITTBERNER
(NO. 2:15-CV-01507 RSL) – 3

03002-2602/92071696.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

10.     I can decide when to "travel" work and it may not be the most popular decision because it typically affects different assembly areas and shifts.  On Friday, for example, the first shift Level K manager and I decided that we would drop a side body job from our statement of work, and work it on a weekend instead because we had so many absences on first shift.  We thought it would be more efficient to pick it up on Saturday with the right people to do it.  It can be really challenging to figure out how many jobs I can sell in a day and whether I need to bring in additional crew members to make up work on the weekend.

11.     I also have authority to assign people to work overtime within the guidelines of the collective bargaining agreement.  I assign overtime based on how far behind we are on the bar (i.e. the list of jobs for the week).  I try to get volunteers for overtime before designating employees, but sometimes I have to make designation decisions.  My practice is to designate overtime as needed and then explain my decision to my Level L after-the-fact so that he knows the plan.  I assign overtime much more often in Wing Majors than I did in Spars & Panels because of the difficulty in the build process.  I have some mechanics right now in Wing Majors who have over 250 hours of overtime.

12.     Training my employees and improving their quality is an important part of my job.  I decide when my crew needs training—either at a group or individual level—and how we will conduct the training.  During our crew kickoff or Employee Improvement ("EI") meetings, we discuss any required safety reading and I can run general trainings.  The EI meeting is where the crew raises any safety issues they have and we work on projects related to those issues.  I lead this meeting every week on our "delta day," which is the day that we set aside time for employee development meetings.   In EI meetings, we generally cover safety items, whole team training, projects we are working (including safety or efficiency projects), whether we need any new tools, or anything else that might be of interest the crew.  They can come up with safety project ideas, and then I help them develop a project to work towards that.

DECLARATION OF PAM DITTBERNER
(NO. 2:15-CV-01507 RSL) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071696.1

13.    I do not have a secondary role as a quality or safety champion, but I am involved in the safety council. I go to a weekly council meeting where we discuss compliance and safety issues as a team and hear updates on our EI teams.

14.    I have the authority to discipline employees and do so whenever I decide it is appropriate. Corrective action is up to me, particularly on second shift, because there is not usually a Human Resources Generalist available for support or guidance. If I see an employee engaging in an unsafe behavior, I will walk over and ask him what he is doing. I think it is important to have a conversation with the employee to correct the behavior before issuing corrective action. It is my choice to manage using this coaching-oriented style of discipline rather than issuing formal disciplinary action right away. If it is a recurring problem, however, I will give him a verbal or written warning, I will take a statement from the employee and send it to Human Resources later so that it is properly documented. It is my decision whether I initiate this disciplinary process. I have given verbal warnings for employees who are not wearing proper protective gear in the jig. They need to wear "bump caps," which have plastic on the top and can be very hot so they sometimes take them off if they are getting too warm. When this happens, I will document the verbal conversation and inform the employee that I am sending the documentation to Human Resources and that next time they will get formal corrective action. Ultimately, it is up to me whether or not I decide to give an employee verbal warning.

15.    On second shift, there is less support from Human Resources. Therefore, if a serious behavior problem arises or a disagreement between crew members escalates, I can call security and have a crew member escorted out of the building. If an employee needs to be escorted out of the building, he will be considered out on leave pending an investigation. I try to prevent situations from escalating by first warning the employee that if he does not calm down, I will call security. This usually works and gives the employee a chance to cool-off. I have to use discretion to decide whether a behavior warrants a call to security. I do not need to ask permission from Human Resources or a Level L manager before calling security.

DECLARATION OF PAM DITTBERNER
(NO. 2:15-CV-01507 RSL) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071696.1

16.     At times, I have given a documented a verbal warning for my entire crew if there is an urgent safety or quality issue that I need to address.  Giving a crew-wide warning like this is referred to as a "stand down."  I can decide whether a certain behavior warrants a stand down.  I give stand downs about twice a month.  If I wanted to, I could choose to ignore certain behaviors, which some managers do because they do not like confrontation, but I think it is important teach my crew and hold them accountable.

17.     I have handled one grievance that an employee filed with the union, which challenged corrective action that I took towards her.  In that instance, the employee was assigned to be working "light duty" in another area of 777 production, but I found her working in a 747 production area.  I gave her written corrective action and she filed a grievance with the union challenging the discipline and also alleging that the Human Resources representative made comments about her medical condition in front of others.  I wrote a statement with my position and met with the union's business representative (who oversees union stewards), her union steward, and Boeing's labor relations representative.  I explained to them what happened and why I issued corrective action and the grievance got dropped.

18.     I have made the decision to drug test employees on many different occasions.  I do not need to call Human Resources or my Level L manager to make this decision.  In Gemcor, if a crew member has a significant enough accident with a machine or part then I will send him to get drug and alcohol tested.  This decision can be tricky because I need to decide whether it is a substantial enough bump to warrant testing.  I have to exercise even more discretion if I observe an employee and determine that there is reasonable cause to test him, which has happened once so far.  When this happened, I found another Level K manager to observe the employee's behavior and then sent him to Boeing medical for drug testing.  It can be a tough call to make, but it is my responsibility to do this to protect the safety of my team and the airplane.

19.     I have had multiple Level L managers and my job changes every time I have a different one.  What is expected of me generally depends on their knowledge of the assembly

DECLARATION OF PAM DITTBERNER
(NO. 2:15-CV-01507 RSL) – 6

03002-2602/92071696.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    19.    I have had multiple Level L managers and my job changes every time I have a

2  different one.  What is expected of me generally depends on their knowledge of the assembly

3  area and how they want it to be run.  For example, I am generally expected to do more with a

4  hands-off Level L.  My first Level L was more hands-off and trusted me to run my portion of the

5  business.  I have never worked harder than I did for him.  I went above and beyond to do

6  everything well and make a good first impression on him because I was new.  By contrast, I had

7  another Level L manager who came up the ranks in the Wings MBU and was more focused on

8  finance.  I had to spend much more time tracking and analyzing how my crew clocked in and out

9  and which codes they used for each job.  If an employee goes to an EI meeting, for instance, he

10  is expected to enter a different code than if he is working directly on the airplane.  Entering the

11  proper code is important because if he is in EI then it is different value added than working on

12  the plane.   In addition, I have worked for another Level L manager who was less informed about

13  the build process in my area.  As a result, I had to spend more time explaining my decisions to

14  that manager and giving more detailed status updates on the airplane build process and why

15  certain things may have gone wrong.  This manager was also less effective in removing

16  roadblocks for me.  Therefore, I felt like I spent a lot more time on things that were less

17  important to me as a Level K manager.

18

19    I hereby declare that the above statement is true to the best of my knowledge and belief,

20  and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

21

22    Dated this  4th  day of  October , 2016 in  Everett , Washington.

23

24                                             PAM DITTBERNER

25

26

DECLARATION OF PAM DITTBERNER                          **Perkins Coie LLP**
(NO. 2:15-CV-01507 RSL) – 7                        1201 Third Avenue, Suite 4900
                                                    Seattle, WA  98101-3099
                                                    Phone:  206.359.8000
03002-2602/92071696.1                               Fax:  206.359.9000

# Exhibit 9

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

               Plaintiff,

    v.

THE BOEING COMPANY,

               Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF CHUCK DUNBAR

I, Chuck Dunbar, do hereby state as follows:

1.     I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.     I am a Level L manufacturing manager on Boeing's 777 program and have worked for Boeing for thirty years.  I moved into a management position in January of 1988 as a Level J (now called a Level K) manager in Kansas on the 747 program.  I was promoted to a Level L position in 1996 and stayed in that role until June 2003.  At that time, I went back to being a Level K manager because of the rate turndown after September 11th.  In December 2010, I went back to a Level L position in 787 program and one year later, I moved to the Exteriors department of the Final Assembly Manufacturing Business Unit ("MBU") in the 777 program.  I have been in this position since then.

3.     I currently oversee nine Level K managers who manage a total of 180 IAM-represented mechanics. My department is responsible for the functional tests that occur during

DECLARATION OF CHUCK DUNBAR
(NO. 2:15-CV-01507 RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071959.1

1  the final assembly of the aircraft.  The functions in Exteriors include powering up the aircraft

2  (including finalizing the electrical and hydraulics of the aircraft), cargo installations (including

3  the final closure of cargo areas), and engine installation.  We also do the functional tests of the

4  airplane before it goes out to the field to get fuel.

5        4.    I have spent time on all three shifts and I have a sense of what my managers on

6  each shift do.  The decisions that managers must make in Exteriors varies by shift.  Third shift

7  managers are often expected to fend for themselves and think outside of the box to problem solve

8  because there are very few supports available to them, particularly compared to first shift.  I

9  purposefully select strong third shift managers who I know can solve problems independently

10  and be resourceful.  These managers always need to know what the next step should be if any

11  difficulties arise.  They also must understand what is going on with their crew and the big picture

12  of the airplane assembly.

13        5.    Employee discipline may sometimes be handled differently on third shift because

14  there are fewer managers to cover for one another and Human Resources is not available to help

15  with an investigation.  Consequently, if there is a fight or other significant disciplinary issue,

16  Level K managers are authorized to call security to escort a crew member out of the building

17  pending investigation.  It is rare that this would happen, but that option is available to them if

18  needed.

19        6.    One of the decisions that a Level K manager on third shift in Exteriors must make

20  is whether to "high blow" the airplane.  This is a very dangerous process if done incorrectly.

21  High blow is the process by which we pressurize the fuselage to test it for structural integrity.

22  The vessel should not be pressurized if jobs are incomplete or if there is a defect.  Essentially, the

23  manager must decide whether it is safe to pressurize the plane because it meets the engineering

24  requirements.  In making this decision, the Level K manager typically directs his Team Leaders

25  to check that all of the jobs have been completed and flag any issues that they might see.  The

26  Level K will review any flagged items closely and analyze whether they will actually affect the

DECLARATION OF CHUCK DUNBAR
(NO. 2:15-CV-01507 RSL) – 2

03002-2602/92071959.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  pressurization process.  Sometimes the Level K will decide to not pressurize if he finds

2  something that would be degrading to the airplane or the people.  This decision is not always

3  straightforward.  In particular, the paperwork may be complete (i.e. show that all jobs have been

4  done), but the Level K might spot an issue that was not documented and must decide how or

5  whether it can be fixed.  Ultimately, it is the manager's call whether he is comfortable going

6  forward with pressurization.  If the manager determines that the plane is not safe to pressurize,

7  then he needs to document this decision and his reasoning for it and bring in an engineering and

8  quality team to address the issue on first shift.  This is a third-shift function only because of

9  safety concerns.  The plane needs to be closed and blocked off, which is easier to do on third

10  shift because there are fewer people around.  The Level K and his crew also have a special

11  certification for this process.

12      7.      On second shift, Level K managers must decide whether the aircraft is safe to

13  pressurize to 150 pounds per square inch (or "PSI").  If the manager makes the wrong call, the

14  aircraft components could possibly explode.  To make this decision, the Level K manager needs

15  to check that all jobs have been completed.  Sometimes the manager might find a defect in the

16  plane that is not documented and then has to exercise discretion in how to proceed.  If a clamp is

17  loose, for example, then the manager might coordinate with the quality manager and document

18  the issue first.  He then needs to determine what the proper clamping pressure should be per

19  engineering, direct his employee to put the piece in, have quality inspect it, and put it back

20  together to recheck and test.  Ultimately, it is up to the manager to decide whether the issues

21  have been properly addressed or whether something will be an issue for pressurization.  The

22  manager must balance the risks of pressurization with the time that may be lost by holding up the

23  process.

24      8.      On first shift, managers make the decision whether to "oil on" the aircraft, which

25  is the process by which hydraulic oil is put in the aircraft for the first time.  If oil is put in the

26  aircraft and there is a leak or a loose part, oil can spray out of the aircraft and onto people and

DECLARATION OF CHUCK DUNBAR
(NO. 2:15-CV-01507 RSL) – 3

03002-2602/92071959.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   airplane parts.  To decide whether the airplane is ready to "oil on," the Level K manager must

2   first oversee a helium leak check by his crew.  During this process, the crew pressurizes the

3   aircraft to 90 PSI and the manager must determine whether it sufficiently holds the pressure.

4   This involves risk analysis because oil can usually be put on the plane even if there is a slight

5   decline in pressure.  However, the decline in pressure may also indicate that there is a leak or

6   loose clamp that must be fixed before it is safe to put the oil in the plane.  The manager must

7   decide whether or not the leak is minor.  If he decides to investigate the leak, he might direct his

8   crew to check the Permaswage fittings and B-nuts to ensure that they are tightly fastened around.

9   It is not always easy to determine whether a leak will actually cause a problem if the oil is put on

10  the plane.  If the leak is significant, the parts could come apart and soak somebody with oil.

11  Different managers approach this issue differently.  Some managers want no degradation before

12  putting the oil on even when engineering says it is still safe, whereas other managers are

13  comfortable with minor degradation.  The manager must balance the risks in each situation.

14      9.      Six of my nine Level K managers have special functions they perform while still

15  managing their crews.  These extra roles include safety, quality, and BPS functions for the

16  Exteriors department.  The manager in the safety role, for example, is to manage the safety focal

17  and solve problems for employees who need support from outside suppliers like tooling

18  engineering, or construction. My manager with an extra quality function runs quality charts for

19  the department.  He is responsible for analyzing whether we need more training for employees in

20  a certain area and looking at overall trends to analyze why some shops or shifts might be

21  performing better than others.  He decides where to make improvements and develops solutions

22  to fix these problems.  For these managers, running their crew is their primary responsibility and

23  these extra hats make up a smaller portion of their days, although the amount of time they each

24  spend may vary.  Giving my managers extra responsibility helps increase their visibility within

25  the organization.  I try to match my managers with roles based on their goals for their career

26  paths at Boeing.

DECLARATION OF CHUCK DUNBAR
(NO. 2:15-CV-01507 RSL) – 4

03002-2602/92071959.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    10.    My Level K managers often make decisions in customer meetings.  I am the

2    manufacturing representative for an airline customer in the United Arab Emirates.  During

3    customer meetings, the Level K managers are in charge of explaining any issues to the customer

4    and offering solutions.  Essentially, it is their responsibility to identify the issue, explain the

5    issue, develop a plan and implementation timeline, and present it to the customer.  Ultimately,

6    the customer decides how they wish to go forward, but oftentimes the managers present different

7    ideas so that the customer can decide which one they prefer.  This is an effective way to get

8    better buy-in from the customer when there is rework needed and makes the customer happier in

9    the end.

10    I hereby declare that the above statement is true to the best of my knowledge and belief,

11    and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

12

13    Dated this _3_ day of __October,__ 2016 in __Everett__, Washington.

14

15                                            _Chuck Dunbar_

16                                            CHUCK DUNBAR

17

18

19

20

21

22

23

24

25

26

DECLARATION OF CHUCK DUNBAR                         **Perkins Coie LLP**
(NO. 2:15-CV-01507 RSL) – 5                         1201 Third Avenue, Suite 4900
                                                    Seattle, WA  98101-3099
03002-2602/92071959.1                               Phone:  206.359.8000
                                                    Fax:  206.359.9000

Exhibit 10

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

                Plaintiff,

    v.

THE BOEING COMPANY,

                Defendant.

No. 2:15-cv-01507 RSL

SECOND DECLARATION OF TROY ENSEY

I, Troy Ensey, do hereby state as follows:

1.     I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.     I have worked in Boeing's 777 program for twenty years.  Before being promoted to director of the Wings Manufacturing Business Unit (MBU) in July 2016, I worked as a mechanic and then, for eleven years, as a manufacturing manager, primarily in Wing Body Join and Final Body Join.

3.     Currently, there are approximately 950 hourly production employees in the Wings MBU.

4.     From 2010 to 2013, I was a Level K manufacturing manager (DAKU-K) in Wing Body Join. From 2013 through July 2016, I was a second level manufacturing manager (DAKU-L), also in Wing Body Join. As a Level L manager, I managed about twenty Level K managers who, between them, managed about 350 hourly production employees.

SECOND DECLARATION OF TROY ENSEY
(NO. 2:15-cv-01507 RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071895.2

5.      For most of the time that I was a Level K manager, I managed hourly production crews, but I also had a full-time assignment as what Boeing calls a "BPS manager" while a DAKU-K. In this role I ran a quality council, gave feedback to operations, helped the other Level K managers with quality plans, and created a new production position that was needed to support a change in the 777 production rate.

6.      When I managed hourly crews, I divided my time between day-to-day management and longer-term ("forward-thinking") projects. Day-to-day management included assigning work, supervising the hourly IAM crew, troubleshooting production problems, and managing and assigning overtime, among other duties. Forward-thinking projects included improving the shop's processes and what I call "growing people" – helping employees set goals for themselves and their team, doing training plans, and mentoring crew members.

7.      First line managers have final say over the "bar chart," which is in essence a detailed production plan and schedule for the crew. To keep the airplane on schedule, managers must often revise that plan. First line managers can—and frequently do—decide to make changes to the bar chart to accommodate problems or unexpected developments. These changes must be documented by Industrial Engineering, but the decision is made by the Level K manager, who is the one responsible for the work.

8.      First line managers also make overtime decisions. In particular, they have the authority to authorize and require post-shift weekday overtime, and they do so frequently. First line managers do not need to consult with me before making these decisions. It is also the first line manager's responsibility to determine when weekend overtime is necessary. When it is necessary, it is my first line managers' job to come up with an overtime plan. I review the plan, sometimes revise it slightly, and then sign off on it.

9.      Many of my first line managers have additional responsibilities beyond managing their hourly production crew. One of my Level K managers is a safety manager who manages safety compliance and goes to safety meetings with other managers. Another is a tank closure

SECOND DECLARATION OF TROY ENSEY
(NO. 2:15-cv-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 8101-3099
Phone: 206.359.8000
Fax: 206.359.9000

03002-2602/92071895.2

1    manager. Closing the tank is one of the last jobs that is done in the factory before the airplane is

2    handed off to the employees in the field. My tank closure manager is the liaison with the field.

3    Another of my first level managers is my compliance manager. He interacts with the Federal

4    Aviation Administration (FAA) and Boeing's internal auditors concerning compliance with the

5    conditions for our FAA certification. These Level K manages perform these additional roles in

6    addition to managing their hourly production crews.

7         10.    Two of my first line managers are assigned to short-term, special assignments,

8    and are not currently managing crews. One is working on implementing new technology into a

9    future production system. He is basically my voice on the team that is planning the future

10   production system. The other manager on a special project is working on a cross-functional team

11   that is solving some big quality problems on model projects. This is a planning role that really

12   only comes up once in the lifetime of the airplane. He will return to managing his crew after

13   completing this special assignment.

14        11.    My first level managers frequently have to interact with union shop stewards

15   concerning grievances and complaints. In one recent incident, one of my second shift managers

16   denied an employee's request to take a vacation day on a Friday. The shop steward challenged

17   this decision.   My manager sat down with the shop steward and explained why he had denied

18   the vacation (it would have impacted the business) and that the employee could have the

19   following Monday off if he wanted it.  The shop steward was not happy with this response and

20   called me at home to talk about it. I didn't know the background, but told the shop steward

21   (based on his description of what happened) that I thought the manager had the right to make the

22   decision he did. The next day, the manager briefed me on his decision. I agreed that he was

23   within the contract, so I did not second guess the decision.  Instead, I commended him for

24   sticking by his decision and not backing down when challenged.

25        12.    In my experience, a first level manager's responsibilities can differ depending on

26   what shift the manager is assigned to. As a second level manager, I lean on my first shift

SECOND DECLARATION OF TROY ENSEY          **Perkins Coie LLP**
(NO. 2:15-cv-01507 RSL) – 3               1201 Third Avenue, Suite 4900
                                          Seattle, WA  8101-3099
                                          Phone:  206.359.8000
                                          Fax:  206.359.9000

03002-2602/92071895.2

1    managers more than managers from other shifts. First shift managers have to focus more on

2    forecasting and coordinating, and I count on them to have a positive influence on their

3    counterparts on the other shifts, who I don't get much face-to-face time with. In all areas within

4    the Wings MBU, there are no Level L managers present on on third shift, and in most areas

5    within the Wings MBU, there are no Level L managers present on third shift. As a result, first

6    shift Level K managers get much more face time with Level L managers and other senior

7    leaders.

8         13.    First shift Level Ks also tend to have many more opportunities to take on

9    additional leadership responsibilities—and I expect more of them—than their counterparts on

10   second and third shifts. I expect my first shift Level Ks to take more ownership over the

11   "business side" of production by, for example, taking on a leadership position on a safety or

12   quality team, in addition to managing their crews. This is harder for Level Ks on second and

13   third shift to do, because the leadership opportunities are few and far between on those shifts.

14        14.    However, the Wings MBU does have a safety council on second shift.

15   Additionally, any manager on any shift can exercise his/her discretion to call what is termed a

16   "3A meeting," which is a safety meeting that a Level K manager calls in order to troubleshoot a

17   safety issue with members of support organizations.  First level managers on third shift can and

18   frequently do call 3A meetings. While most employees in Boeing's support organizations work

19   first shift, if a third shift manager requests a 3A meeting, the appropriate representative from the

20   support organizations will come in early for his/her shift, and the meeting can be held at the end

21   of third shift, during the overlap between third and first shift.

22        15.    My first shift managers also have to build recovery plans, which spell out

23   measures and strategies that all shifts will take to get back on schedule when they fall behind.

24   Second shift managers provide input on these plans, but they are really on first shift's shoulders.

25   On third shift, there are no second level managers around (the 777 program has none on third

26

SECOND DECLARATION OF TROY ENSEY
(NO. 2:15-cv-01507 RSL) – 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071895.2

1  shift), so first level managers on third shift have to make decisions and take action to fix

2  problems that arise on third shift on their own, knowing that it's all up to them.

3     16. While there are differences in the leadership opportunities available to Level K

4  managers on different shifts, Level K managers on every shift make important decisions on a

5  daily basis. For instance, if a Level K manager encounters a quality defect more than once or

6  twice, he or she is expected to put together a plan to decipher the root cause of the defect and

7  implement a solution. Likewise, if a Level K manager encounters a safety problem, such as a

8  broken tool, it is his/her job to decide the best way to solve it. There are usually several options

9  for fixing a broken tool. One option would be for the Level K manager to simply replace the tool

10  (*i.e.*, take the broken tool to the tool room and select a replacement tool). Alternatively, the Level

11  K might decide that the tool would remain unsafe and/or ineffective even if repaired and to

12  contact BR&T (which stands for Boeing Research and Technology) to develop a new tool. If the

13  safety issue is concerning enough, the Level K manager might decide to call a 3A meeting to

14  discuss the issue with Boeing's support organizations. It is the Level K manager's job to decide

15  and follow through on the best course of action.

16     17. For example, one of the Level K managers who works under me and manages a

17  crew in Wing Body Join recently spearheaded the process of changing the way Boeing lifts a

18  certain part of the airplane.  In Wing Body Join, there is a point in the build where we need to lift

19  a very heavy part of the airplane. Historically, rather than using equipment to lift the part,

20  mechanic had done it manually, which resulted in some injuries. This particular Level K

21  manager recently led the eighteen-month process of creating and implementing a tool to lift the

22  part, so that our mechanics no longer have to do it manually. To implement this change, the

23  Level K manager had to coordinate the work of several different support groups, including

24  BR&T, Moonshine (Boeing's in-house prototyping group), tool design, tool engineering, tool

25  expedite, environmental health and safety, and several more. He also coordinated with and

26  sought input from his crew. He "owned" the entire process—all the while, managing his crew.

SECOND DECLARATION OF TROY ENSEY
(NO. 2:15-cv-01507 RSL) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071895.2

1        18.     The specific duties that a Level K manager assumes can vary significantly

2    depending upon the management style and personality of his/her Level L manager. When I was a

3    Level L manager, I worked really hard at instilling in my Level K managers the confidence to do

4    what I call "manage with strategic intent." To manage with strategic intent means to make

5    difficult decisions on their own in situations that are foreign to them. As a director, I encourage

6    this approach and discourage micromanagement by Level L managers.  That said, some Level L

7    managers are not as "hands off" as I was and do not give their Level Ks as much leeway to make

8    difficult decisions independently. Thus, a Level K with a "hands-off" Level L manager could

9    have a totally difference experience from a Level K with a "hands-on" Level L manager.

10        *I hereby declare that the above statement is true to the best of my knowledge and belief,*

11   *and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

12       Dated this *3rd* day of *October*, 2016 in *Everett*        , Washington.

13

14                                    TROY ENSEY

15

16

17

18

19

20

21

22

23

24

25

26

SECOND DECLARATION OF TROY ENSEY
(NO. 2:15-cv-01507 RSL) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071895.2

Exhibit 11

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

               Plaintiff,

    v.

THE BOEING COMPANY,

               Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF SUSAN ERICKSON

I, Susan Erickson, do hereby state as follows:

1.     I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.     I am a Manufacturing Manager (DAKU), Level K, at Boeing.  I became a Level K manager on the 777 Program in November 2011.  I have worked as a Level K manager on both first and second shift.  My initial assignment was in a Boeing Production Systems ("BPS") role.  In September 2012, I rotated to manager of the Wings, Gears, and Plumbing ("WGP") crew within the 777 program's Final Body Join ("FBJ") Manufacturing Business Unit ("MBU").

3.     In June 2015 I rotated to become manager of one of the two "Lower Join" teams within FBJ working on second shift.  In the month or two following June 2015, I also took on a tactical role while still managing my crew.  I am handling both responsibilities, but the majority of my time is spent running my crew.

DECLARATION OF SUSAN ERICKSON
(NO. 2:15-CV-01507 RSL) – 1

03002-2602/92071937.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1      4.     The WGP team is responsible for loading the second-half of the landing gear and

2   the nose landing gear, installing plumbing hookups and loading the inboard flaps.  My crew was

3   about 20 people.  The Lower Join team that I currently manage primarily installs certain beams

4   in the forward and aft sections of the plane and installs certain panels on the side of body.  My

5   crew is comprised of 15-20 people at any given time.

6      5.     There are night and day differences between managing the WGP team and the

7   Lower Join team.  So much more can go wrong with the statement of work in WGP—and when

8   it does, it is a major problem.  This is partly because WGP is at the end of the assembly line and

9   so there is no time to fix issues before the plane is scheduled to move out of the factory for flight

10   testing.  But if, for example, you do not get the landing gear installed on time and correctly, that

11   plane is not moving out of the factory to test fly.  As well, if the plane is not plumbed on time,

12   we cannot install hydraulic fluid and the plane can't move to the flight line.  Those types of

13   problems have major implications.  WGP is a very "high impact" team.  I spent much more of

14   my time identifying concerns with the statement of work; determining what work could be done,

15   with the personnel, skills and tools available; determining the priorities to try to get back on

16   schedule; troubleshooting quality and installation problems; and drafting recovery plans.  In

17   addition, early on in my management of the team, we suffered a layoff of half the team.  The

18   team was then backfilled with other folks from different areas of Boeing—some of who had

19   quite difficult personalities, attendance issues, and some who had never worked on the airplane.

20   Because of this, the WGP team required a tremendous amount of oversight (making sure folks

21   weren't making mistakes or quality errors; making sure folks were actually working; holding

22   employees accountable for behavioral concerns; and mitigating disagreements between team

23   members).  The WGP team was much more difficult to manage than my current team and

24   required me to work a massive amount of overtime.

25      6.     Conversely, my current team, the Lower Join, is excellent.  They are a higher

26   grade skill level than the WGP team so they have better quality.  Moreover, they have a better

DECLARATION OF SUSAN ERICKSON
(NO. 2:15-CV-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071937.1

1   work ethic and work as a team.  They get along with each other for the most part and help each

2   other accomplish the statement of work. The WGP did not work as a team and I spent more of

3   my time meeting with crew members to help facilitate resolution of disputes.

4          7.       I also have the role of tactical manager, which I do while running my crew.  In

5   this role I give reports to my second level ("PCL") on a daily basis regarding the status of the

6   shop, issues, and concerns that have arisen.  I also hold daily meetings with my other Level K

7   managers to collect and share information about issues and areas of concern in the shop.  I create

8   an overall report regarding the status and health of the shop and sent it out to my manager.  I

9   decide what goes into that report.  In my tactical role, it is my responsibility to fill in for any

10  Level K manager who calls out sick or is unexpectedly out of work.

11         8.       As a Level K manager I am responsible for issuing corrective action.  In this

12  regard, I have discretion to determine whether I want to take corrective action and what level of

13  discipline to issue.  I will issue a coach and counsel if I think the matter is not serious.  It is up to

14  me to escalate an issue to formal corrective action.  I consult with HR and review our guidelines

15  so that I make sure the corrective action I issue is fair and consistent, but it is my decision to

16  issue it.

17         9.       I also assess my crew's skills and work performance to determine if they need

18  additional training.  I don't personally train my crew, but I will send them to training if I think

19  they could benefit from additional training.  I typically identify repeated quality issues by

20  reviewing my daily reports.  I then contact the crew member to investigate the problem.  I try to

21  determine whether the issue is a lack of training, a problem with the tool, or carelessness, etc.  I

22  make the decision to send my crew members to training, if that is what is needed.

23         10.      My responsibility is also to draft an overtime plan each week.  That means

24  determining who will work and the priority jobs that will be worked.  I do not need to get

25  approval from my PCL (Level L manager) unless the crewmember is working over 128 hours in

26  a quarter or multiple weekends in a row.  This may be because when you work second and third

DECLARATION OF SUSAN ERICKSON
(NO. 2:15-CV-01507 RSL) – 3

03002-2602/92071937.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   shift there is little oversight.  There are much fewer PCL's and they are handling bigger issues

2   (typically in Interiors and Final Assembly), than your overtime plan.  The Lower Join team

3   doesn't have much overtime at all—only a few people for a few hours each day.  Whereas, the

4   WGP group had a tremendous amount of overtime—so I spent more time making that plan.

5       11.    As a Level K manager, I am also responsible for setting the work priorities each

6   day for my crew.  I do that by evaluating the crew that I have for the day, the skills they possess,

7   the parts and tools available, and the ability to perform the work based on the work completed

8   (or not completed) upstream from my shop.  My team leaders on the Lower Join team are very

9   strong.  I can delegate much of this activity to them, but I provide input and ultimately approve

10  the plan.  When I was manager of the WGP crew, I handled this myself because I did not have a

11  strong leader to whom I could delegate.

12      12.    As a manager, I also participate in Boeing's hiring events.  I attend all-day hiring

13  fairs, where I interview and rate potential candidates.

14      13.    As manager, I also review and approve my crew's timesheets.

15      14.    I also interface with the airplane customer.  The customer can come into the

16  factory at any time to look at their airplane.  There is less interaction on second shift, because

17  only one customer holds its weekly meeting on second shift.  That said, that one customer is

18  assigned to me.  So each week, I meet with the customer to provide status about the plane and

19  answer questions.

20      I hereby declare that the above statement is true to the best of my knowledge and belief,

21  and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

22      Dated this 4th day of October, 2016 in Everett, Washington.

23

24                                              SUSAN ERICKSON

25

26

DECLARATION OF SUSAN ERICKSON
(NO. 2:15-CV-01507 RSL) – 4

03002-2602/92071937.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# Exhibit 12

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

           Plaintiff,

    v.

THE BOEING COMPANY,

           Defendant.

No. 2:15-cv-01507 RSL

SECOND DECLARATION OF RANDALL EVERSON

I, Randall Everson, do hereby state as follows:

1.      I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.      I have worked for Boeing for approximately nineteen years. About ten years ago, I was promoted from an industrial engineering position to a Level J manufacturing manager position for the Structures business unit in the 777 Program. Soon thereafter, my job was converted to a Level K manufacturing manager (DAKU-K) position. From 2006 through 2010, I served in various manufacturing manager roles, including managing a manufacturing crew and serving as a Boeing Production System (BPS) manager. From 2011 or 2012 until approximately September 2015, I was given a special assignment in Boeing's FAUB initiative. FAUB stands for "Fuselage Automated Upright Build" and is Boeing's initiative to use robots to automate the assembly of the airplane's fuselage, which, historically, mechanics assembled by hand.

SECOND DECLARATION OF RANDALL
EVERSON (NO. 2:15-cv-01507 RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 8101-3099
Phone: 206.359.8000
Fax: 206.359.9000

03002-2602/92071223.3

1    3.    During my special FAUB assignment (from about 2011 to about September

2 2015), I regularly managed manufacturing crews for two or three weeks at a time when other

3 first-level (DAKU-K) managers in FAUB needed coverage. During these times, managing the

4 crew was my primary obligation, and my special FAUB duties took a backseat to my obligations

5 to manage my crew.

6    4.    While serving in my special FAUB assignment, I also took on a lead staffing role

7 and a lead quality role. The staffing role required me to collaborate with my second level

8 manager, an industrial engineer, and Human Resources (HR) to develop a profile of the staff that

9 we would need during production once the robots arrived. Creating this staffing profile required

10 me to analyze the number and type of employees that we would need at different phases of the

11 implementation. I also designed and implemented a hiring plan, a training plan, and work

12 assignments for the employees that we eventually hired.

13    5.    In the last year of my special FAUB assignment, I developed a section of the

14 training courses for what Boeing calls "FAUB University," which is where Boeing employees

15 learn how to operate the robots. FAUB University is a week-long training program. The three

16 courses that I developed take up about six hours of that week-long program and cover the

17 overview of FAUB, operating principles, and safety issues. I conducted three training sessions on

18 the content. The first session was for the trainers themselves, because they needed to learn the

19 content themselves before they could teach it to other people. The second class was a group of

20 both trainers and mechanics. The third class was a group of just mechanics.

21    6.    In September 2015, as the FAUB initiative continued to move from the

22 "development" phase to the "implementation" phase, my role within FAUB evolved. I remain a

23 DAKU-K (first line manufacturing manager) in FAUB, but I transitioned from my special FAUB

24 assignment to a role in which I directly manage a crew of about fifteen IAM mechanics. I am

25 still in this role today.

26

SECOND DECLARATION OF RANDALL
EVERSON (NO. 2:15-cv-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071223.3

7.      Since moving into this role about twelve months ago, I have bounced between managing first shift and managing second shift. I managed first shift from September 2015 through April 2016. In April 2016, I began managing second shift. In July 2016, I went back to managing first shift.

8.      Although the size of my crew remained the same (about fifteen mechanics) on both shifts, in my experience, there were significant differences between first and second shift. Second shift, in my experience, is much less difficult, because there is not much happening outside of the build process. All the leadership meetings (such as quality meetings and staffing meetings) occur on first shift while the senior leaders are on duty. (Most senior leaders work first shift.) So, Level K managers on first shift have to squeeze leadership meetings into their already full schedule. On second shift, for the most part, all I had to worry about was managing my crew and getting my statement of work done. The challenge of first shift is exactly why I prefer it. On first shift, I am expected to, and do, do more than just manage my crew.

9.      For example, on first shift, as a DAKU-K manufacturing manager, I have a daily, hour-long meeting with several vice presidents of Boeing. At these meetings, I am expected to, and I do, provide my opinions and recommendations on the direction of the automation portion of the FAUB initiative. (There are several facets to FAUB; I work only on the automation piece.) I explain to the vice presidents what is working in FAUB and what is not working. I also explain the snags in the production process that we have been experiencing and propose solutions to those problems. For example, when the robots are not running properly, the vice presidents frequently ask me what we can do to make them run better. This is all in addition to managing my crew. These are not meetings that every Level K attends; rather, I am asked to attend these meetings because of my expertise in FAUB.

10.     I meet with each of my crew members individually about once per month to give him or her feedback. I would meet with them more regularly than this, but they do not really need it, because most of them are highly-skilled. In fact, I hand-picked most of my crew. Since I

SECOND DECLARATION OF RANDALL
EVERSON (NO. 2:15-cv-01507 RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071223.3

1   was one of the relatively few Boeing employees with deep FAUB experience and since I had

2   developed the staffing profile for FAUB prior to moving into this crew management role, I was

3   allowed to hand-select the mechanics that I wanted to work with and to negotiate with leadership

4   to get them on my team. Before hand-picking my mechanics, I researched, by polling my fellow

5   Level K managers, who the best mechanics were.

6        11.    Since picking my original crew, I have had a few vacancies on my crew. When a

7   vacancy occurs, I select the replacement mechanic from a pool of mechanics that are trained in

8   FAUB. To get the mechanic I want, I have to negotiate with Level L managers and fellow

9   Level K managers. I do not always get the mechanic that I want, but I advocate nonetheless. It is

10  my job to determine which mechanic has the right skill set, experience level, and personality to

11  join my existing team. I also identify back-up mechanics in case I do not get my first choice

12  mechanic.

13       12.    As a Level K manager, I can decide when to initiate discipline of a crew member.

14  On at least two occasions over the past year, I have had to do what we call a "coach and

15  counsel." A "coach and counsel" is a face-to-face meeting between a mechanic and a Level K

16  manager to discuss a problem or the manager's concerns. For example, on one occasion, one of

17  my mechanics got into a verbal confrontation with another employee. Rather than contact

18  Human Resources (HR), I made the decision to have a "coach and counsel" session with the

19  offending employee. It is my decision whether to bring HR into an issue if I need support or

20  guidance regarding appropriate discipline. I decide what to say to the employee, what solutions

21  to propose, what questions to ask, and, essentially, how hard to come down on the employee,

22  during the "coach and counsel" session. It is also my responsibility to document these

23  conversations and ensure that HR receives a copy of the documentation.

24       13.    I start each day with a crew meeting. Prior to the meeting, I create work

25  assignments. At the meeting, I hand out a work assignment to each mechanic. My team in

26  FAUB, which is the "automation" team, is unique insofar as Level K managers have to actually

SECOND DECLARATION OF RANDALL
EVERSON (NO. 2:15-cv-01507 RSL) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071223.3

1 create job assignments from scratch instead of relying on the bar chart created by Boeing's

2 industrial engineering department (IE) (although, in my experience, even those bar charts require

3 constant adjustment on a daily basis).

4       14.     The fact that I get to create job assignments is one of the reasons I gravitated

5 toward this job. I have immense autonomy to experiment with job assignments to create the set-

6 up that I think will accomplish the build in the most efficient and effective manner possible. For

7 example, I might team up mechanics who work well together because of their particular skill sets

8 or their particular personalities. I also strategically place people in job assignments to which they

9 are not accustomed so that they are cross-trained. My Level L manager is not involved in this

10 process of cross-training mechanics and creating strategic job assignments. This is entirely my

11 responsibility.

12       15.     My Level L manager frequently wants to reallocate my mechanics to different

13 teams. Usually, I have to politely tell him that he cannot take a particular mechanic off my crew

14 because that mechanic is performing a critical job and I can't afford to lose him or her. Most of

15 the time, I am able to change my Level L manager's mind and keep my mechanics where I want

16 them.

17       16.     After the daily crew meeting, which usually lasts about fifteen minutes, I go to a

18 forty-five-minute meeting with my Level L manager and fellow first-line FAUB managers. At

19 this meeting, we discuss any issues concerning the build plan for the day. After that meeting, I

20 attend the meeting of vice presidents that I described above. The rest of my day is spent solving

21 problems for my mechanics and making strategic, "big-picture" decisions, like planning for

22 future rate changes and trying to make the build more efficient. Streamlining the build is a

23 constant process and one of my main responsibilities. I also attend staffing meetings on

24 Thursdays, during which my fellow Level K managers and I plan and strategize the number of

25 mechanics that we will need to implement upcoming portions of the build and troubleshoot

26 staffing challenges that are coming down the pike, such as those associated with a rate change.

SECOND DECLARATION OF RANDALL
EVERSON (NO. 2:15-cv-01507 RSL) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071223.3

1   ("Rate" is how quickly the airplane is built. We spend years preparing for rate changes, because

2   the effects of a rate change profoundly impact every impact of the production process.)

3       17.     As a Level K crew manager, one of my responsibilities is to make changes to the

4   bar chart when necessary. The bar chart is essentially the blueprint for the build. Sometimes, it

5   needs to be changed, because we get behind schedule or problems arise that necessitate a

6   revision. IE is responsible for making the physical changes to the bar chart, because only

7   industrial engineers have the software on their computers that allows you to change the bar chart.

8   Sometimes the industrial engineer pushes back on my opinions, and there have been times when,

9   after discussing a proposed change with an industrial engineer, I have changed my mind. If a

10  change would affect other crews, I would need to coordinate with the Level K managers of those

11  crews before unilaterally dictating a change. However, it is not within IE's approval to refuse a

12  change that only affects my crew and that I believe is necessary. My Level L manager expects

13  me to make appropriate changes to the bar chart so that the build can continue to progress. If I

14  failed to identify, analyze, and work with IE to implement necessary modifications to the bar

15  chart, I would be failing to perform an important part of my job, and I could face corrective

16  action from my Level L manager.

17      18.     It is also my responsibility to identify and solve problems in the quality of my

18  mechanics' work. There is no specific way in which Level K managers are required to address

19  quality problems, but we are required to address them effectively. I choose to address them in

20  two ways. First, I address the problem to my entire crew during our daily meeting without

21  identifying which mechanic is at fault. Then, I pull the individual mechanic aside, discuss the

22  problem, and offer him or her several different solutions to solve the problem, such as additional

23  training. I take pride in the fact that I have never had to fire an employee for a quality issue. I

24  believe this is because I address every quality issue proactively and effectively.

25      19.     FAUB tends to be chaotic, so my mechanics work overtime on a regular basis.

26  (For the most part, I have mechanics working overtime every weekend.) I am expected to, and I

SECOND DECLARATION OF RANDALL
EVERSON (NO. 2:15-cv-01507 RSL) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071223.3

1  do, assign mechanics to work overtime. Typically, I ask for volunteers first. If no one volunteers

2  to work overtime, I have the authority to, and I do, assign people to work overtime. I have to do

3  this within the parameters of the collective bargaining agreement (CBA), though. The CBA

4  contains, for example, rules regarding how many weekends people can work. It also contains

5  overtime preference rules. (Essentially, more experienced mechanics are given the first

6  opportunity to work overtime.) It is my job to understand the CBA rules, apply them to my

7  circumstances, determine who is eligible for overtime, and assign overtime as necessary.

8      20.   Once or twice per week, I attend "SAM" meetings and other spontaneous

9  meetings at which decisions are made regarding the FAUB build plan with my director (my

10 Level L manager's boss) or in his place. "SAM" stands for "Special Attention Meeting." My

11 director asked me to attend these meetings because I have the expertise regarding FAUB to

12 weigh in on proposed decisions and make recommendations about how well they would work.

13 My director usually follows my recommendations.

14     21.   I also frequently fill in for my Level L manager while he is out of the office. In

15 the last year or so, I have filled in for my Level L manager on two occasions, for two weeks at a

16 time (four weeks total, over the course of the year). When I fill in for my Level L manager, I

17 have full signature authority, meaning that I can approve anything that he could approve. It is

18 quite common for me to, while filling in for my Level L manager, make large-scale staffing

19 decisions, such as to acquire additional mechanics or move mechanics from one crew to another.

20 I also have the authority to order the entire shop (every mechanic on crew) to work overtime.

21     I hereby declare that the above statement is true to the best of my knowledge and belief,

22 and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

23 Dated this 29 day of SEPT, 2016 in EVERETT, Washington.

24

25                                    RANDALL EVERSON

26

SECOND DECLARATION OF RANDALL
EVERSON (NO. 2:15-cv-01507 RSL) – 7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071223.3

# Exhibit 13

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

                              Plaintiff,

        v.

THE BOEING COMPANY,

                              Defendant.

No. 2:15-cv-01507 RSL

SECOND DECLARATION OF JACK HAKE

I, Jack Hake, do hereby state as follows:

1.      I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.      I am a Manufacturing Manager (DAKU), Level K at Boeing.  I became a Level K manager on the 777 Program in November 2012.  My initial assignment was in a Boeing Production Systems ("BPS") role.  In January 2015, I rotated to manager of an "Aft Body Structures" team within the 777 program's Fuselage Manufacturing Business Unit ("MBU").  For this assignment, which I held until February 2016, I managed a crew of hourly production employees on first shift.  In February 2016, I returned to the role of BPS Integration manager.  In this role, my focus is production readiness for the 777X Low Rate Initial Production ("LRIP").  I am still in this role.

3.      When I was managing the Aft Body Structures department (from January 2015 to February 2016), my crew was responsible for building the "aft body," which is basically the aft

SECOND DECLARATION OF JACK HAKE
(NO. 2:15-CV-01507 RSL) – 1

03002-2602/92058280.3

1   portion of the airplane's fuselage.  My crew installed the super-panel (upper body panel), and

2   was also responsible for secondary structure work.  Secondary structure work consists of drilling

3   holes and installing splicers and stringers.  My crew was near the beginning of the airplane

4   assembly line and was about 8-14 people in size.  My crew worked the first shift.  Managers on

5   the first shift have more administrative meetings (to troubleshoot quality issues, to coordinate

6   traveled work, to give report to second level managers, etc.) than managers on second and third

7   shift.  Managers on the first shift, however, have more ancillary support to assist with

8   troubleshooting quality and production issues.   For example, the second and third shift have

9   only limited assistance from the support cell, while the support cell is fully staffed on the first

10  shift.

11       4.       When running Aft Body Structures, I had to triage the day-to-day issues and make

12  sure that the work was performed by the crew on time and to a high quality.  My crew was

13  highly experienced and self-sufficient.  I had an exceptional team lead, to whom I delegated a lot

14  of the triage responsibilities.  For example, he would troubleshoot issues such as missing parts,

15  missing tools, or other quality issues.  He would report the issues to me, we would brainstorm a

16  plan of action together (or sometimes he would present a recommendation for my approval), and

17  my team lead would implement it, with my ultimate oversight.  I would handle any major crises

18  that he brought to me.

19       5.       As a manager, I do not micro-manage my team.  Instead, I try to empower my

20  employees to work as a team and to take personal responsibility and ownership in the process.

21  Because my crew was high quality, I was able to delegate a lot of the everyday triage work,

22  which freed up my time to work on business initiatives.

23       6.       I also had a bit more time to work on business initiates because my crew was at

24  the start of the line, and so, I had minimal problems with "traveled work" disrupting my normal

25  statement of work.  "Traveled work" is work that is supposed to be completed by a different

26  crew upstream from your crew, but that is delayed and does not get completed before the

SECOND DECLARATION OF JACK HAKE
(NO. 2:15-CV-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92058280.3

1   airplane (or, in the case of my department, the major structural assemblies) arrive at your work

2   area.  It takes more triage, planning, prioritizing and troubleshooting to handle "traveled work"

3   because it is work that is not planned and not within your statement of work but must be

4   completed before you can start your work.  Managers of crews at the end of the assembly line,

5   like Interiors, have to spend more time working alternative plans for their statement of work that

6   account for traveled work.

7          7.      Because I had a background in BPS, I regularly incorporated BPS principles

8   (business initiatives) into my daily management.  I believe this is expected of all Level K

9   Managers, but I probably had more of a focus because of my prior experience.  Some of the

10   business initiatives I worked on while managing the crew were taking a look at how not to

11   "travel work" from our shop to the next, and looking at sequencing of the work being performed

12   to determine whether it can be re-balanced to maximize productivity.  With regard to traveled

13   work, I appointed a second (temporary) team lead and tasked him with the job of stopping

14   "traveled work."  It was my decision alone to decide who to appoint as lead of this project.  I

15   worked closely with this lead to brainstorm and draft a plan of action, and then provided

16   oversight and direction.  Prior to me taking over this crew, we had a significant problem with

17   traveling work.  But by the end of the year, we had turned things around and out of 98 planes

18   built that year, only about 14 jobs were traveled from our shop and only 4 of those were our own

19   fault.

20          8.      While managing my crew I also taught my team Boeing's Problem Solving Model

21   ("BPSM").  This model is used to address systemic and reoccurring quality issues.  The model

22   calls for a series of crew meetings where we identify the root problem, brainstorm solutions,

23   draft a document outlining the steps to take, and implement them.  It's a structured approach to

24   problem solving.  For example, I led my crew through this process after we kept receiving

25   mismatched frames.  We identified the problem, drafted a document outlining the steps to

26   resolve the problem, observed the panel installation process, took pictures of the parts, and broke

SECOND DECLARATION OF JACK HAKE
(NO. 2:15-CV-01507 RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92058280.3

1    the process down into its separate parts to try to figure out the root of the problem.  In other

2    words, we asked ourselves, was it something the crew was doing that was making the panels not

3    align during installation?  Ultimately we determined that there was a problem with the tooling on

4    the supplier end.  I made the decision to implement the Boeing model and teach my crew the

5    process.  I provided instruction, guidance and oversight throughout.

6         9.      As a manager, I also created standard process documents which show step-by-step

7    how to perform certain work.  The idea is that the standard process will cut down on quality

8    issues and maximize productivity.  For example, I created the standard process document

9    showing how to load the super panel to the plane.  The process is now more reliable and

10   repeatable.

11        10.     While managing the daily activities of my crew, I also created a document

12   outlining the standard work to be performed by a first line manager and presented it to senior

13   management.  When managing a crew, I used it every day as a way to bring some organization to

14   the chaos of the position and to free up more of my time to work on business improvements.

15        11.     While managing my crew I would regularly evaluate their skills and provide

16   training on issues that I deemed relevant.  For example, when I first took over the team, I stopped

17   production entirely and took my crew through a balance alignment workshop that lasted six

18   hours.  I did not obtain approval to stop production.  I used my discretion to take action that I felt

19   necessary.  I was coming from a BPS role, and I thought it made sense to take a step back at the

20   beginning to see how we could improve the existing process my new team had been following.  I

21   also thought that involving my crew in this initiative would improve the crew's skill, give the

22   crew a sense of ownership over the work, and strengthen my relationship with the crew as their

23   new manager.

24        12.     As part of evaluating my team, I would determine what training I think would

25   benefit them and make sure they had the opportunity to take it.  For example, I sent my crew to a

26   3-day training called "Thought Patterns for High Performance Thinking."  The decision to offer

SECOND DECLARATION OF JACK HAKE
(NO. 2:15-CV-01507 RSL) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92058280.3

1   training was mine and I did so based on my evaluation of my crew—based on what I felt would

2   benefit them the most.

3          13.    I also regularly reviewed the quality report regarding my crew's performance and

4   would address issues that I deemed concerning.  If I noticed ongoing or recurring issues, I took

5   steps to address them.  For example, sometimes I would even observe the crew or crewmember

6   personally to determine what was causing the quality problem to occur and recommend training.

7   For example, once I had an employee who drilled the same hole incorrectly six times.  I watched

8   her work, determined that she needed practice drilling and sent her to the hands-on training shop

9   to practice.  The training folks also made her a special tool to assist her with the drilling.

10          14.    I also regularly rewarded the crewmember who had the fewest quality problems

11   each week with a coffee card or some other token of my appreciation.  This was part of my effort

12   to build a culture of quality and pride in our work.

13          15.    As a manager of a crew, it was my responsibility to manage our overtime budget.

14   I typically would go to my team lead with a couple of different options for overtime plans, get

15   his input, and select the best course of action.  I had the ultimate decision on how to address

16   overtime (i.e., how many employees we need, what jobs would be worked, etc.).

17          16.    I also had the discretion to issue formal corrective action.  When I am considering

18   whether to formally discipline an employee, I usually confer with Human Resources.  I listen to

19   Human Resources' input, but discipline is my call.  There have been times where Human

20   Resources recommends a certain level of discipline and I disagree and issue a different level of

21   discipline.  For example, on one occasion I had an employee whom I had received a lot of

22   complaints about from the PCL that he worked with.  Human Resources recommended issuing

23   him a CAM, but I disagreed.  The employee was very good at his job, but he was a bit rough

24   around the edges and could be difficult at times to communicate with.  I told Human Resources

25   that I would not give him a CAM but instead would issue a verbal warning and if the employee's

26   communication issues continued I would escalate it to the CAM level.  I then met with the

SECOND DECLARATION OF JACK HAKE
(NO. 2:15-CV-01507 RSL) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92058280.3

1  employee (and had Human Resources present).  I told the employee that his communication style

2  was perceived as confrontational and that I expected him to make the necessary changes.

3       17.  On another occasion, I issued an employee a CAM for an angry outburst.  It was

4  my decision to issue the CAM, not HR's decision.  HR provided advice and answers questions

5  about the process, but they do not make the decision to issue corrective action.  That is my

6  decision.

7       18.  As a manager of a crew, I do not do official performance review documents for

8  my crew, but I do informal evaluations to ensure that my crew is performing the work required.

9  In this regard, I have had to put an employee on Performance Improvement Plans ("PIP")

10  because he was not completing his assigned work.  Again, this was my decision.  HR provided

11  me with the documents to fill out and they are there to answer questions, but I drafted the plan:

12  the expectations, deficiencies, and goals for improvement.  I was responsible for implementing

13  the PIP and meeting with the crew member about the plan.

14       19.  When I managed a crew, I also participated in Boeing's hiring events.  I would

15  attend all-day hiring fairs, where I would interview and rate potential candidates.

16

17       I hereby declare that the above statement is true to the best of my knowledge and belief,

18  and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

19       Dated this 26th day of September, 2016 in Everett, Washington.

20

21                      JACK HAKE

22

23

24

25

26

**DECLARATION OF JACK HAKE**
(NO. 2:15-CV-01507 RSL) – 6

03002-2602/92058280.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# Exhibit 14

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

                Plaintiff,

    v.

THE BOEING COMPANY,

                Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF MATTHEW HAMBLEN

I, Matthew Hamblen, do hereby state as follows:

1.    I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.    I am a Manufacturing Manager (DAKU), Level K at Boeing. In January 2016, I was promoted to a Level K manager in the 777 program. Before that, from June 2015 through December 2015, I was a temporary manager on the 787 program.

3.    In January 2016, when I was promoted to a Level K manager, I worked the second shift and managed "Team 2" of the lower join in Final Body Join. I had 35 crew members. In March or April of 2016, I moved to third shift to manage two teams: "Team 2" (the lower forward and aft sections of the lower join) and "Team 4" (the plumbing and landing gear team). I have approximately 28 crew members between the two teams.

DECLARATION OF MATTHEW HAMBLEN
(NO. 2:15-cv-01507 RSL) – 1

03002-2602/92071996.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1    4.    The assembly line is basically shut down on third shift.  Instead, we are

2  essentially tasked with moving the airplane to the next shop.  Because of this, there are much less

3  people working third shift.  That said, the plane does not move every single day; it moves every

4  other day.  On the off-days when the plane does not move, the third shift crews do work on the

5  airplane.  My Team 4 crew's main work is to install landing gear (left, right, and nose landing

6  gear).  My Team 2 crew's primary work is to do the lower join work on the airplane.

7    5.    One of the big differences between second and third shift for me has been the fact

8  that there are very limited resources on third shift compared to second shift.  For example, I have

9  never even met a PCL (a second level manager, Level L) who works third shift.  In fact, I don't

10  know if there even is a PCL working third shift.  This means that I have to (and I do) make

11  judgment calls without any input from a PCL.  In addition, there is extremely minimal

12  engineering support, parts support, industrial engineering support, and support from the support

13  cell compared to second shift.  Whatever support there is on third shift has minimal capacity to

14  handle problems.  They prioritize the 1-2 most major concerns across third shift as a whole and

15  every other problem is left to the Level K manager to resolve alone.  This means that if

16  something goes wrong on third shift, you must implement a solution without guidance or input

17  from subject matter experts or others in management.  As a Level K manager on third shift, I

18  definitely have the autonomy and discretion to make significant decisions.  I also have the ability

19  to tell the Industrial Engineering group how the bar chart (governing our statement of work)

20  should be modified.

21    6.    For example, one time I had a situation with installation of the landing gear.  I had

22  to decide whether to stop production completely (and not move the plane) or move the plane and

23  try to fix the problem once the plane was in a downstream shop.  This decision had major

24  implications because shutting down production is extremely costly.  And, at the same time,

25  traveling the work and not getting it completed is just as problematic.  I had to make the decision

26  on my own, without any input from my PCL or other support centers.  If this problem had

DECLARATION OF MATTHEW HAMBLEN
(NO. 2:15-cv-01507 RSL) – 2

03002-2602/92071996.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   occurred on second shift, for example, it would have been a joint decision, made between

2   myself, my PCL, and other subject matter experts.  On third shift, I definitely have to use

3   independent judgment and discretion because I don't have the luxury of the ancillary support that

4   is on first and second shift.

5       7.      As a Level K manager on third shift, I also manage my team's overtime.  My

6   assigned PCL works first shift and is too busy to review or approve my overtime plan.  It is up to

7   me to determine who needs to work overtime and what work needs to be completed.

8       8.      On third shift, managers have only two meetings — the crew meeting at the

9   beginning of the shift and a daily meeting with other first shift Level K managers to discuss

10  issues and concerns.  There are no customer meetings on third shift.

11      9.      As a manager, I have issued discipline for my crew when they have not kept up

12  on their mechanic certifications.  I have the discretion to simply coach them or issue formal

13  corrective action.  I typically choose to issue formal corrective action if I have reminded the

14  crewmember to update his or her certification and he or she does not do it, and their failure

15  prevents them from doing work on the plane.

16      10.     My crew is quite strong, so I have not had to initiate a performance improvement

17  plan.  I also understand that I am to conduct performance reviews for my team leads.  I have not

18  yet performed those reviews.

19      11.     Part of my job as manager is also to build a cohesive team and mediate disputes

20  between crew members.  For example, I have one crew member who does not get along with the

21  rest of the team.  He came to me and reported his concerns.  I sat down with him, listened to his

22  concerns, and provided options that would satisfy his concerns while considering the needs of

23  the rest of the team.

24      ///

25      ///

26

DECLARATION OF MATTHEW HAMBLEN
(NO. 2:15-cv-01507 RSL) – 3

03002-2602/92071996.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1      I hereby declare that the above statement is true to the best of my knowledge and belief,

2   and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

3      Dated this 4th day of October, 2016 in Everett, Washington.

MATTHEW HAMBLEN

DECLARATION OF MATTHEW HAMBLEN
(NO. 2:15-cv-01507 RSL) – 4

03002-2602/92071996.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# Exhibit 15

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

                Plaintiff,

     v.

THE BOEING COMPANY,

                Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF DARIN HEIN

I, Darin Hein, do hereby state as follows:

1.      I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.      I am a Director in Boeing's 777 program. I have worked for Boeing for approximately twenty-seven years. In 1989, I started at Boeing as an industrial engineer. I have worked in Everett as a manager on the 777 program since 1996, with the exception of a short stint I did on the 747 program from approximately spring 2013 through fall 2015.

3.      I started in the 777 program as a Level J manager in Wings, working on both first and second shifts at various times. I was promoted to a Level L manager position in 2007. Over the next five years, I worked as a second level manager in Forward Systems Installation and Wing Body Join.  In mid-2012, I was promoted to Level M manager in Industrial Engineering (IE) on the 747 program.  In fall 2015, I was promoted to Director of the 777 program, first of Wings and next of Structures.

DECLARATION OF DARIN HEIN
(NO. 2:15-cv-01507 RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    4.    Boeing expects and relies upon its Level K managers to make important business

2    decisions on a daily basis. Level K managers have authority to and are expected to, among other

3    things, build and implement daily and weekly production schedules, troubleshoot production

4    problems so that their mechanics can stay on schedule, assign their mechanics to work overtime

5    when they deem it appropriate, move their mechanics to a different crew when they deem it

6    appropriate, order parts, scrap parts, dole out work assignments to mechanics, and direct the IE

7    department to change the bar chart.

8    5.    These decisions require Level Ks to use their judgment to make the best decision

9    for the business. For example, if a part is not working correctly, it is up to the Level K manager

10   to work with engineering and quality assurance (QA) to determine whether the part should be

11   replaced or reused. If engineering and QA want to repair (rather than replace) a part, the Level K

12   manager has the authority to override that decision and replace the part instead.

13   6.    Level K managers also have several responsibilities revolving around rate

14   changes. "Rate" is the speed at which Boeing builds airplanes. In mid-2012, Boeing's rate

15   changed from a 3-day rate to a 2.5-day rate. We have remained at a 2.5-day rate since then, but

16   we are currently preparing to shift back to a 3-day rate at the end of 2016. A change in rate,

17   whether up (*i.e.*, when we build airplanes more slowly) or down (*i.e.*, when we build airplanes

18   more quickly) is immensely complex to implement. Boeing spends six months to two years

19   preparing for rate changes, depending upon whether the rate is going up or down. Some Level Ks

20   managers at Boeing have been preparing for the upcoming rate change, which will take effect in

21   late 2016, since the beginning of 2016.

22   7.    Level K managers have important responsibilities related to rate changes. It is

23   Level K managers' responsibility to figure out how to meet every production milestone at a

24   different pace (either a half-day slower or a half-day faster). This requires Level K managers to

25   analyze and decide how to complete their build with either more mechanics or fewer mechanics

26   (depending on whether the rate is going up or down), which mechanics should do certain jobs

DECLARATION OF DARIN HEIN
(NO. 2:15-cv-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 8101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  (based on each mechanic's skill set and the revised production schedule), how to improve the

2  work sequence, whether the rearranged job assignments will require any mechanics to undergo

3  new training or certification (and if so, when the mechanics should undergo that training so as to

4  least affect the build schedule), and whether they will need, among other things, to acquire new

5  tools or different tools, and/or to move to a new location in the factory.

6         8.     For example, in the Wings manufacturing business unit (MBU), before we went

7  to a 2.5-day rate in mid-2012, our practice was to build the left wing first and the right wing

8  second. In other words, the same crew would build both wings, one wing at a time. When we

9  went to the faster rate, we started building the wings at the same time, which meant that we

10  needed two crews to work at the same time (one crew on each wing). For two crews to work at

11  one time, we needed more space, so we had to relocate this entire production area (Service

12  Ready Wing) to a different spot in the factory. A relocation like this sends ripple effects

13  throughout the entire factory, so before we could move Wing Body Join to a new location in the

14  factory, we had to hold a series of workshops about how we would accomplish the move. For

15  example, the new area had a smaller footprint, which required Level K managers to have their

16  parts and tools delivered by a different method. Previously, Level K managers' parts and tools

17  were delivered to them far in advance and they just sat there until they were used. In the smaller

18  space, the Level K managers did not have enough room to store the parts and tools for long

19  periods of time, so they had to coordinate with the transportation and parts departments to figure

20  out a new delivery system. On my team (Service Ready Wing), Level K managers ran

21  workshops with the transportation and parts departments to figure out how the new delivery

22  method would work.

23         9.     Throughout the last rate change process and in preparation for the upcoming rate

24  change, many Level K managers run workshops with the support teams and the team leads. It is

25  the job of the Level K managers to determine, for example, the new sequence in which parts

26  would be delivered to our crews and which tools will not work in the new location of the factory.

DECLARATION OF DARIN HEIN
(NO. 2:15-cv-01507 RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   For example, previously, we had used forklifts for certain tasks, because we had plenty of space

2   to use the forklifts. However, when we went to a faster rate and moved Service Ready Wing to a

3   new location in the factory, we did not have enough space to use forklifts, so our Level K

4   managers had to identify that problem and come up with a solution, such as ordering new stools

5   to replace the forklifts. The Level K managers also had to collaborate with the tooling

6   department to create mock-ups of the new tools and collaborate with the kitting department to

7   ensure that every toolkit was outfitted with the correct tools.

8        10.    One of the most important parts of a Level K's job is setting appropriate

9   production targets and holding crews accountable to that target without destroying the crew's

10  morale. Each Level K manager must understand how each mechanic on his or her crew is

11  personally motivated and then remove roadblocks to each mechanic's production in order to

12  make the mechanic more efficient.

13       11.    When I was a Level J manager (which is now a Level K position) in the late

14  1990s and early 2000s, I was told by my Level L manager that fifty percent of my job was to

15  maintain a healthy business on a daily basis (in other words, manage my crew and the weekly

16  production schedule), and that the other fifty percent of my job was to improve the business (in

17  other words, figure out ways to make my production processes and schedule more efficient and

18  prepare for rate changes). Since then, I have always held these same expectations of Level K

19  managers. A Level K manager who is simply taking attendance, checking boxes, and filling out

20  forms is not doing his or her job. We expect Level K managers to run—and make continuous

21  improvements to—their slice of the business.  Level L managers cannot possibly make all the

22  decisions that need to be made on a daily basis, which is why they must be able to rely on their

23  Level K managers.

24       12.    The second fifty percent of work responsibilities also includes, for some

25  employees, special projects such as quality and safety assignments. However, these assignments

26

DECLARATION OF DARIN HEIN
(NO. 2:15-cv-01507 RSL) -- 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   are usually only given to Level K managers who have proven that they have the motivation and

2   aptitude to handle the extra responsibility.

3          13.     Additionally, the number of opportunities to take on special projects varies by

4   shift. Because most meetings occur during first shift, and because Level L managers and other

5   senior leaders are rarely on site during second and third shift, it is uncommon for Level K

6   managers on third shift to be given a special assignment. Nevertheless, a Level K manager on

7   third shift could certainly take the initiative to replicate some of the special projects that occur on

8   first and second shift. For instance, a third shift Level K manager could form a safety or quality

9   council to serve the crews on third shift.

10         14.     Unfortunately, some Level K managers do not fulfill the second fifty percent of

11  their job—they are not improving the business. This is a major performance problem, which I

12  address when I encounter it.

13         15.     In my experience, Level K managers who want to "hide out" instead of pushing

14  themselves to take on extra responsibility tend to gravitate to third shift. Third shift is the

15  smallest shift in terms of crew size, so there are fewer people around than there are on first and

16  second shift, and it's much easier for Level K managers to keep their lives simple and just focus

17  on running their crew, instead of—as we would like them to—running their crew *and* improving

18  the business.

19         *I hereby declare that the above statement is true to the best of my knowledge and belief,*

20  *and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

21         Dated this 29th day of Sept, 2016 in Everett, Washington.

22

23         _____
                    DARIN HEIN

24

25

26

DECLARATION OF DARIN HEIN
(NO. 2:15-cv-01507 RSL) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002 3602/02071252 2

# Exhibit 16

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

          Plaintiff,

    v.

THE BOEING COMPANY,

          Defendant.

No. 2:15-cv-01507 RSL

SECOND DECLARATION OF RICHARD JACOBS

I, Richard Jacobs, do hereby state as follows:

1.    I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.    I have worked for Boeing since 2011. I am currently a second level manager at the Everett flight line or Field (DEJY-L) for the 777 program. The Field is where the airplane goes after it has been assembled in the Factory and before the customer picks it up. I have been in this position since approximately April 2016. Prior to my promotion to DEJY-L, I was a first level manufacturing manager in the Factory (DAKU-K) in the 777 program from September 2015 to April 2016. Prior to that, I was a first level flightline operations manager at the Field (DEJY-K) for three years, including a brief stint as temporary second level manager. Before that, I was a Grade 9 aviation mechanic.

SECOND DECLARATION OF RICHARD
JACOBS (NO. 2:15-CV-01507 RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071227

1      3.     As noted above, in September 2015, I moved from the Field into the Factory. I

2    was given a first line manufacturing manager position (DAKU-K) in the Interiors group, which

3    is in the Final Assembly manufacturing business unit ("MBU").

4      4.     This was a new department, so I had to build my crew. I started out with a crew of

5    about eight mechanics and ended up with a crew of about twenty-five mechanics, including

6    electricians, vinyl installers, seat mechanics, carpet installer, general laborers, and foamers

7    (people who install the finishing trim). I managed this crew through April 2016. For this entire

8    time period, I worked first shift.

9      5.     To build my crew, I reached out to my counterparts in the 747 program and to a

10   few other managers to get some employees loaned out to me. I was not the only Level K

11   manager who had to build his or her crew; all first line managers in Interiors have to do this on

12   some level, because the teams in Interiors tend to be understaffed. As a Level K Interiors

13   manager, you are constantly having to make a business case to leadership about why you need a

14   bigger crew. On more than one occasion, I recommended that leadership increase my head count,

15   and leadership followed my recommendation. However, when leadership says the money isn't

16   there, you have to make the best of what you have, or borrow some employees from other teams.

17   This requires Level K managers to build a lot of goodwill and mutual respect with their

18   counterparts. Not all managers have the personality type to do this. You can't be a pushover, or

19   you will lose your entire crew to other crews, but you can't be a jerk, or no one will ever help

20   you. It was especially hard to build my crew because I needed really skilled people. Within

21   Interiors, I was in charge of "vinyl," which is a final assembly function. Our job was to make the

22   airplane look perfect before it was picked up by the customer. Sometimes we had to custom-mix

23   paint colors to make things match. Many of my specialists were almost like artists with the paint

24   colors.

25      6.     At the same time that I was a managing an Interiors crew, I also had an additional

26   DAKU-K role as senior traveler manager. This involved working with first and second level

SECOND DECLARATION OF RICHARD
JACOBS (NO. 2:15-CV-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

03002-2602/92071227

1   managers to plan and coordinate the sequencing of traveled Factory work that had to be

2   completed at the Field. We had an unusually large volume of traveled work at the time, and I

3   helped ensure that it got done in a way that did not unduly impact the Field. Although I had this

4   additional role, managing my crew remained my primary obligation. I estimate that I spent about

5   eight hours per day managing my crew and about two hours per day performing my senior

6   traveler manager duties.

7          7.      As a Level K manufacturing manager in the Factory, I met with my other

8   managers on a daily basis to talk about the plan for the next day. The "bar chart," which is the

9   blueprint of our build schedule, is just a guideline. It is not hard and fast. I was not the person

10  who physically adjusted the bar chart in the computer – the industrial engineers do that, because

11  they are the only people who have the necessary software – but it was my job to, and I did, direct

12  the IEs to adjust the bar chart based on production issues that came up. I was fortunate insofar as

13  an industrial engineer sat at a desk only a stone's throw away from my desk. So, logistically, it

14  was easy for me to get changes to the bar chart approved. I would just walk over to his desk and

15  say, "Corey, I need this moved." Corey, the industrial engineer, would sometimes inquire as to

16  why I was moving something, but he never denied my request to change the bar chart, and I do

17  not believe that he or any other industrial engineer had the authority to do so.

18         8.      Not every change to the production schedule requires a change to the bar chart.

19  The bar chart only needs to be revised when a large statement of work (for example, floor

20  installation, which is about one week's worth of work) needs to be moved. More minor

21  deviations from the build schedule (for example, the installation of one seat), do not require a

22  revision. It was my job to make these minor revisions to the build schedule on a daily basis. It

23  was also my job to determine whether a revision was major enough to require a revision of the

24  bar chart. First line managers have to be able to adjust course to keep the build moving forward

25  as efficiently as possible, even in the face of setbacks.

26

SECOND DECLARATION OF RICHARD
JACOBS (NO. 2:15-CV-01507 RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071227

9.      It was also my responsibility to decide which work to "travel" and which work necessitated a recovery plan when my crew got behind schedule. "Traveled work" is work that should be, but is not, completed in a certain area. I both received traveled work from upstream areas in the production process and sent traveled work downstream when my crew could not complete it on schedule. However, if my crew got significantly behind schedule, then it was my responsibility to create a "recovery plan" to explain how and when that traveled work would be completed. When deciding whether to "travel" work or to instead to write a recovery plan, I had to analyze (among other factors) how big of an impact the unfinished work would have on my bar chart, my headcount (how many mechanics I had on the floor), the availability of parts, the extent of re-work that was required, and whether the re-work involved any design changes. ("Re-work" is work that either wasn't done right the first time or that arrived damaged and needs to be repaired.) When implementing recovery plans, I had to decide which mechanics needed to come in early, who needed to stay late, and who I needed to borrow from other teams in order to keep up with my normal work statement. I also had the authority to assign overtime and weekend work when I deemed it necessary. My Level L manager was not involved in these decisions. Sometimes I would have to defend my decision to my Level L manager. It was always my decision, and I was held accountable to it.

10.     As a Level K manager in Interiors, I had face-to-face contact with customer representatives on a daily basis. It was expected that every Level K manager in Interiors would meet with his or her customer representative every morning to discuss the status of the build. The customer representatives have their own offices at Boeing, so they are on-site.

11.     Telling customers "no" was one of the most difficult parts of my job as a Level K. Customers would sometimes complain about, for instance, the way something looked. For example, they might see a spot in the fabric of the seat. It was my job to decide whether Boeing would fix the item for the customer or go through what is called the "no further action" (NFA) process. During the NFA process, I analyzed the production paperwork, compared it to the item

SECOND DECLARATION OF RICHARD
JACOBS (NO. 2:15-CV-01507 RSL) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071227

1  about which the customer was complaining, and determined whether the item was built per the

2  design. If it was built per the design, I had the authority to, and sometimes did, tell the customer

3  that Boeing would not be making any changes. This is not a comfortable conversation to have

4  with a customer. (In fact, many of our customers think of these negotiations as a sport; as a

5  result, they can take hours or even days.) I had the authority to, and often did, grant the

6  customer's request on Boeing's behalf, instead of going through the NFA process. Whether to

7  grant or deny the customer's request was one hundred percent my decision; my Level L manager

8  was not involved in this decision at all.

9        12.    I also had to decide whether to allow customers to do walk-throughs of the

10  airplane before my crew's statement of work was fully complete. When a particular area

11  completes a statement of work, it is the Level K manager's job to "shake" the airplane. (To

12  "shake" the airplane means to release it to the next area along the production line.) In Interiors,

13  there are two shakes: an internal Boeing shake (to make sure the airplane is safe to fly and is

14  structurally per the drawing) and a customer shake (to identify cosmetic issues). Ideally, they

15  occur at the same time, but often, in the interest of time, I would decide to let the customer come

16  through before Boeing had done its shake and even before my crew had finished our statement of

17  work. This required a deep knowledge of my customer. Some customers do not care, for

18  example, if the seat cushions are not installed yet; they just want to see the airplane. It was my

19  job to make the judgment call as to whether seeing a technically unfinished plane would hurt or

20  help the customer relationship. I also tailored the preparation for the shake depending on who the

21  customer was and what his or her "hot button" issues were. For example, I had one customer

22  who was concerned—almost exclusively—with the in-flight entertainment (IFE) system. If I had

23  that customer coming through to shake the plane, I directed my crew to pour their energy into

24  making sure the IFE was flawless. I had another customer who was fixated on the cleanliness of

25  the carpets. When we prepared for that customer to come through, I would direct my crew to

26

SECOND DECLARATION OF RICHARD
JACOBS (NO. 2:15-CV-01507 RSL) – 5

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

03002-2602/92071227

1  vacuum the carpets until they were spotless. It was my job to make these strategic preparation

2  decisions so that the customer would be impressed with our product.

3      13.    In addition to having difficult conversations with external customers (those

4  buying the airplane), I frequently had difficult conversations with my internal customers: the

5  Field crews to whom the airplane would go when I was finished with it. When my crew was

6  behind schedule and our delays were going to affect the Field's production schedule, I would

7  have to go out to the Field and say, "Look, I screwed up. I apologize." Typically, it is the Level

8  L's, not the Level K's, responsibility to have these tough conversations with the Field. However,

9  my Level L manager had a completely "hands off" approach, so he left this to me. Also, since I

10  had worked in the Field and had great relationships with the managers in the Field, it made sense

11  for me to interface with the Field directly. It was also my job, after informing the Field that my

12  crew was behind schedule, to figure out how I would integrate the behind schedule work into our

13  upcoming build schedule. This often meant that I had to hand out individual work assignments to

14  each of my mechanics, instead of relying on the bar chart. It was entirely my decision to allocate

15  work to mechanics based on the amount and priority of the work that needed to be completed.

16  My Level L manager was not involved in these decisions.

17      14.    One of my core jobs on a daily basis was deciding what work needed to be done

18  that day in order to stay on schedule. This is more complicated than it sounds. When we're

19  working strictly according to the bar chart, it is not difficult to assign jobs to my crew and stick

20  to the schedule. But when we were running behind schedule—which we frequently were—I had

21  to prioritize the order in which we would complete work. One of the hardest tasks was finding

22  time to complete "re-work." Sometimes I had to sacrifice the completion of the bar chart for that

23  day in order to get caught up on re-work; it was my job to decide whether re-work or the current

24  work statement was more important. This prioritization often felt like a jigsaw puzzle. I had to

25  analyze which work (including re-work) needed to be done first, based on how long it would

26  take to complete and my best estimates of the number of mechanics that I would have available.

SECOND DECLARATION OF RICHARD
JACOBS (NO. 2:15-CV-01507 RSL) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071227

1  15.    I also decided on a regular basis how to fix damaged parts. For example, if a seat

2  was shipped to us and arrived damaged, I would come up with a repair plan and resolution. This

3  required me to get in touch with multiple Boeing support teams, including the industrial

4  engineering (IE), flammability, and installation teams. Also, sometimes there were multiple

5  options for repairing a seat, so I would have to consult with the customer to ensure that I chose

6  the repair that was aesthetically pleasing to the customer and also compliant with safety

7  requirements.

8  16.    I also had the authority, and it was my responsibility, to give the "OK to tow."

9  The "OK to tow" authorization is required before the airplane can be towed to a new position.

10  17.    While I was managing a production crew, I served on a team tasked with hiring

11  team leaders. (A team leader is essentially the foreperson of the crew.) One other Level K

12  managers and a representative from Human Resources (HR) were on the team with me. At

13  Boeing, the process of hiring team leaders is complex and time-consuming. It takes several

14  weeks and resembles an outside hiring process. In one instance, I interviewed eighteen people for

15  one position. Each interview was forty-five minutes long, and we tried to do one per day,

16  depending on when the three of us were available, so the entire process took weeks. We were

17  given several sample questions to use during the interviews, and we each chose the particular

18  questions, out of those sample questions, to ask the candidate. I was able to ask the questions that

19  I felt were most important to the job. I did not hire a team leader for my own crew, but that was

20  simply because we did not happen to have any vacancies in my team leader position while I was

21  managing my crew; if we had had vacancies, I would have participated in the hiring of that team

22  leader. I did participate in the hiring of a team leader for my coworker's (a Level K manager)

23  crew.

24  18.    It was also my job to appoint temporary managers to cover for me while I was on

25  vacation. I would choose a mechanic on my crew who I believed had the potential to be a

26

SECOND DECLARATION OF RICHARD
JACOBS (NO. 2:15-CV-01507 RSL) – 7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax:  206.359.9000

03002-2602/92071227

1  manager eventually and inform my Level L manager who that person was. My Level L manager

2  never questioned my choice.

3      19.     It was my responsibility to send my crew members to Boeing's medical

4  department for drug and alcohol tests when I had reasonable suspicion that someone was under

5  the influence. I had to do this at least once when I was managing my Interiors crew. One of my

6  mechanics was completely incoherent. (It turned out to be a medical issue; he had taken the

7  wrong combination of medication for a health condition.) It was my job to identify the fact that

8  the employee was behaving in a concerning manner, make the decision to send the employee to

9  reasonable suspicion drug and alcohol testing, inform the employee of this decision, take him to

10  Boeing medical to get tested, and then put him in a cab to go home. My Level L manager was

11  not involved in this process; it was my responsibility.

12      20.     In the eight months or so that I managed my Interiors crew, I attended at least two

13  ECARB meetings. ECARB stands for "Employee Corrective Action Review Board" and is

14  Boeing's disciplinary review board. It was my job, during ECARB meetings, to make educated

15  recommendations as to what discipline should be imposed. For example, one of my employees

16  shoved and yelled obscenities at another employee and a manager. The union business

17  representative (a union employee, who has greater authority to act for the union than a shop

18  steward, who is a Boeing employee)  notified me that he believed that the employee would be

19  terminated. Before the ECARB meeting, my director and Level L manager called me into a

20  meeting with the two of them and asked for my opinion. I explained, as I did during the

21  subsequent ECARB meeting, that I thought the employee should be suspended, rather than

22  terminated, because he was a relatively inexperienced employee and it was a first offense. The

23  ECARB followed my recommendation and suspended the employee, instead of terminating him.

24      21.     In my experience, there is a wide range among Level K manufacturing managers

25  in terms of skill level and commitment to the job. While I was managing a crew, I observed that

26

SECOND DECLARATION OF RICHARD
JACOBS (NO. 2:15-CV-01507 RSL) – 8

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071227

1   many of my fellow Level Ks (who were also managing crews) seemed to be doing the bare

2   minimum that they needed to do in order to avoid getting fired or reprimanded.

3

4       *I hereby declare that the above statement is true to the best of my knowledge and belief,*

5   *and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

6   Dated this _4_ day of _October_, 2016 in _Everett_, Washington.

7

8                                             RICHARD JACOBS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SECOND DECLARATION OF RICHARD
JACOBS (NO. 2:15-CV-01507 RSL) – 9

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071227

Exhibit 17

1
2
3
4
5
6

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9  MARVIN MANN,

                    Plaintiff,

10

11       v.

12  THE BOEING COMPANY,

                    Defendant.

13

No. 2:15-cv-01507 RSL

SECOND DECLARATION OF HONG LE

14       I, Hong Le, do hereby state as follows:

15       1.       I have personal knowledge regarding the facts stated in this declaration, and I am

16  competent to testify to the matters stated in this declaration.

17       2.       I am a first level manufacturing manager (DAKU-K) on Boeing's 777 airplane

18  program. I have been a manufacturing manager with the 777 program since 2007. I started out in

19  a lower level manager job that no longer exists and was promoted to my current, Level K job in

20  2010.  Before I became a manager, I was an hourly employee in the IAM bargaining unit for

21  around ten years. Some people go back to hourly jobs after becoming a manager for various

22  reasons, but I prefer to be a manager because it is challenging and I like to be the one making the

23  decisions.

24       3.       From 2007 to 2014, I managed production crews in Wing Body Join.  I have

25  managed four different production areas in Wing Body Join: service-ready wing, wing systems,

26  join, and tank closure. Each area has a different work statement and a different mix of dedicated

SECOND DECLARATION OF HONG LE
(NO. 2:15-cv-01507 RSL) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071651.2

1  hourly employees with different skills. Each area presents different challenges. I have also

2  managed crews on all three shifts, rotating every six months. On second shift, I have managed

3  over 100 hourly workers from different production areas simultaneously.

4          4.      I found third shift, which I managed for about six months while I was assigned to

5  the join team, to be particularly challenging. On third shift, I was on my own. I had to, by

6  myself, resolve a host of issues for which managers on first and second shift could reach out to

7  support organizations.

8          5.      For example, one problem I had to resolve by myself on third shift, that I would

9  not have had to solve by myself on first or second shift, was unresponsive crane crews.  First-

10  level managers rely on and coordinate with crane crews to move the wing during certain parts of

11  the build. Sometimes the crane crews would prioritize other projects even though the schedule

12  showed that it was my turn for crane crew assistance. On third shift, it was my job to hold the

13  crane crew accountable to the schedule, whereas on first and second shift, I could make a quick

14  phone call and someone else would hold the crane crew responsible. Making matters even more

15  complicated, on third shift, a crane crew's unresponsiveness had domino effects. If the crane

16  crew was not on time, the mechanics working on the wing would keep working because they

17  didn't want to get behind. But if mechanics were working on the wing when the crane crew

18  arrived, the crane crew would assume that we were not ready for them and they would refuse to

19  get to work.  It was my job was to kick the crews off the wing (which did not make me very

20  popular among the crews) so that it was ready for the crane crew when they arrived. In many

21  ways, this was like "herding cats."

22          6.      Another difference between third shift and the other shifts is that there was no one

23  around on third shift to draft a work order for me when we had a "nonconformance." A

24  nonconformance is basically something that is wrong with the plane and needs to be fixed. On

25  first and second shift, when a nonconformance occurs, a support organization called "MRBD

26  QA" analyzes the nonconformance and creates a work order to get it fixed. On third shift,

SECOND DECLARATION OF HONG LE
(NO. 2:15-cv-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071651.2

1   MRBD QA is very rarely around, so when I managed third shift, I had to analyze the

2   nonconformance myself, draft the work order, enter it into the Boeing system, track its progress,

3   and follow up on it.

4         7.    From 2014 to 2015, I had a special assignment as "BPS" manager for the 777

5   Wing Body Join area. BPS is an acronym for Boeing Production System, which is Boeing's lean

6   manufacturing program. During this period, I directly supervised both salaried and IAM

7   employees. My primary responsibility during this period was to manage the implementation of

8   new technologies and improve production processes in the Wing Body Join area. For example, I

9   led the process of acquiring a new hanger link tool and a new high-tech drill I learned of that I

10  determined would really help our crews. The new high-tech drill, for example, is very quiet and

11  fast, and it combines three steps (drill, ream, and vacuum) into one single step, so it is very

12  efficient.  It was also much smaller and lighter than the tool we were using at that time. These

13  drills cost about $15,000 each. I worked with the employees who were using the old tool to

14  identify the problems that they were having with it.  I also led meetings with ten to fifteen other

15  people about twice per month and met with Boeing's tool services organization about once per

16  month. Then I put together a business case for why we should buy it and presented it to the heads

17  of the 777 program. They approved it and we are now in the process of getting the tool and

18  getting it customized for our teams.

19        8.    In April 2015, I took over management of a first shift wing systems department

20  for approximately five months. The prior manager had not held employees accountable and, as a

21  result, the area was disorganized and struggling and employees were not getting their work done.

22  The area had an unacceptable amount of "traveled" work (which is work that was not completed

23  while the airplane was in their area and had to be completed in other production areas farther

24  down the moving line). It took me about four months to get the crew back on schedule. I did this

25  by creating and implementing a plan to get caught up and by actually holding the crew

26  accountable, which they weren't used to. Among other things, I required the specific employees

SECOND DECLARATION OF HONG LE
(NO. 2:15-cv-01507 RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071651.2

1   who were responsible for the traveled work to put in ten-hour days and work weekends for

2   several months until they finally caught up. That both addressed the immediate problem and

3   gave employees an incentive to fix the issue going forward. During this time, I also integrated

4   into the production schedule the use of the hanger link tool that I developed (described above).

5       9.      Since September 2015, I have served as the "overbar" manager for Wing Body

6   Join. As the "overbar" manager, which is a first level manager (DAKU-K) position, I oversee the

7   entire build process for Wing Body Join, which includes eleven control codes, many of which

8   have multiple shifts. These are duties that my second level manager has delegated to me, because

9   he is focused on planning for the 777 future production system and the 777X. My second level

10  manager still runs most daily meetings with the Level K managers, where we discuss the status

11  of the build, budget, strategy, production issues that need to be resolved, and what is coming

12  down the pike. However, my second level manager is often too busy to run these meetings

13  himself, in which case I run them for him.

14      10.     As overbar manager, I clear roadblocks for other first level managers so that they

15  can do their jobs. I assist other first level managers in getting the resources that they need from

16  Boeing's support organizations. I generally do not create or revise work schedules for the various

17  Wing Body Join teams—that is the responsibility of the first level manager who owns the area.

18  But if they are struggling, I help them with that, too.

19      11.     The duties and responsibilities above are a major part of my duties and

20  responsibilities as overbar manager, but another major part of my assignment as overbar manager

21  is to manage my crew of IAM mechanics (all of whom work directly on the 777 aircraft), along

22  with my one salaried employee. One of my direct reports, for instance, installs a black plastic

23  layer of protective material onto the seat track. The seat track is the track of metal that holds the

24  airplane seats in which passengers sit.) One of my other mechanics performs re-work on the

25  airplane. ("Re-work" is work that needs to be re-done because it was not performed correctly the

26  first time.)

SECOND DECLARATION OF HONG LE
(NO. 2:15-cv-01507 RSL) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071651.2

12.     During periods when I directly managed hourly production crews, I have also taken on additional responsibilities and special projects. For example, I participated in hiring where I interviewed and scored applicants for hourly jobs. I also periodically filled in for my second level boss when he was on vacation or too busy to handle something. When he was on vacation, he would sign a letter formally giving me authority to sign on his behalf. I would also attend all meetings that Troy would normally have attended, including a weekly meeting with the director of Wing Body Join. I also initiated process improvements and significant production process changes for my crews.

13.     While managing an hourly production crew, I developed and implemented a new system where, instead of each mechanic having his/her own individual toolbox, there was a toolbox assigned to each job task. So, the three mechanics who did the same job across the three shifts each used the same toolbox, which contained only the tools they needed. This greatly improved production efficiency and also cleaned up the production area and made it safer, because there were fewer toolboxes lying around. Once I came up with this strategy, I had to develop a plan to implement it. I worked with mechanics from each shift to identify which tools they really needed to do their jobs and put together a business case for buying all new tools, which cost a few million dollars. At first, the mechanics were very unhappy with me for taking away their personal toolboxes, but I explained the reasons for the change and did not back down, and they eventually accepted my decision.

14.     While managing the wing join area, I also developed and implemented a plan to move a substantial additional work package (floor installation) from a different production area into mine. This change entailed building a plan to add twenty additional hourly workers to my area, developing new detailed plans for the work, and working with the Industrial Engineering team to document and approve these new production processes. This was necessary because Boeing was changing its rate (the speed at which it builds airplanes) from a three-day rate to a two and a half-day rate.

SECOND DECLARATION OF HONG LE
(NO. 2:15-cv-01507 RSL) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 8101-3099
Phone: 206.359.8000
Fax: 206.359.9000

03002-2602/92071651.2

15.     Also while managing in the wing join area (around 2013), I negotiated with a union steward to resolve a grievance before it proceed to arbitration. The grievance concerned the assignment of weekend work. On a prior weekend, my team and I had worked a Saturday. Near the end of the shift, I could tell that the work would not be completed and that it would be necessary for the crew to come in on Sunday. I gathered the crew to tell them that they would need to come in the next day, and one mechanic was missing. I looked for him, but could not find him. I concluded that he had either gone "out of area" or had left work early, neither of which is permitted without authorization from a first line manager. (After the meeting, I looked up his time records, and could see that he had remained clocked in for more than an hour after the meeting. This told me that, rather than leaving early, he had been "out of area" during that time.) Since the mechanic had not attended the meeting, I did not put him on the schedule for Sunday work. Later, the mechanic's union steward informed me that the union would be filing a written grievance because I had denied the mechanic overtime. I explained to the union steward how the mechanic had been out of area without authorization. I never heard anything more about the issue after that.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

Dated this **29** day of Sept 2016 in Everett , Washington.

HONG LE

SECOND DECLARATION OF HONG LE
(NO. 2:15-cv-01507 RSL) – 6

03002-2602/92071651.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Exhibit 18

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

              Plaintiff,

    v.

THE BOEING COMPANY,

              Defendant.

No. 2:15-cv-01507 RSL

SECOND DECLARATION OF ANTHONY LOGAN

I, Anthony Logan, do hereby state as follows:

1.    I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.    I have been in management for most of my professional career, both inside and outside of Boeing. I am a first level manufacturing manager (DAKU-K) for the 777 program and have been since 2010. I have had several very different assignments as a first level manager on 777. Currently, I support development of the 777X (which is part of the 777 program) as the acting senior manager for forward and aft fuselage operations. Prior to this, I was in the same role supporting supplier integration.

3.    I worked for Boeing as a mechanic for several years before I was promoted to management in 2010. From 2010 to the spring of 2012, I was the first line manager (DAKU-K) for the second shift of Forward Bodies and Mid-Bodies in the 777 program. In the spring of 2012, I moved to a special assignment as a rate readiness manager.

SECOND DECLARATION OF ANTHONY LOGAN (NO. 2:15-CV-01507 RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071833

4.      "Rate readiness" is a shorthand term for the complex exercise that Boeing must engage in to prepare for a change of production rate, which is the speed at which Boeing produces airplanes. A change in rate has enormous implications on the entire Factory, from production issues to personnel issues. Boeing spends more than a year preparing for a rate change.

5.      Although my rate readiness assignment was unique insofar as I was working on rate readiness full-time (except for those periods, discussed below, when I would fill in for a production manager), all Level K managers are expected to perform rate readiness duties. That is, all first level managers are expected to strategize and plan for rate changes, including by modifying their production plans, moving mechanics around, and constantly streamlining their production processes as Boeing ramps up for and implements a rate change. As rate readiness manager, I relied on first line production managers to do their part to implement the rate change.

6.      My basic job as rate readiness manager, which I held for most of 2012, was to prepare production teams for the upcoming increase in rate. I ran workshops, worked with Boeing's tooling group to develop new tools to increase production speed, and coordinated the shop-specific training of new hourly employees. I was technically assigned to second shift, but frequently worked first shift, and also occasionally worked third shift, because special projects, like testing equipment, were done on third shift.

7.      While I was serving as rate readiness manager, I directly supervised three IAM mechanics. I also ended up managing production crews in Forward Bodies on a frequent basis (on average, approximately one day per week, but at various times, five days per week), because there was high absenteeism among first line managers at this time. When a manager was absent, I would set aside my rate readiness duties to manage an hourly production crew in the Factory. One particular Level K manager had severe sinuses issues, so he took sick leave (and I filled in for him) frequently.

SECOND DECLARATION OF ANTHONY
LOGAN (NO. 2:15-CV-01507 RSL) – 2

03002-2602/92071833

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1        8.     During these times when I took over for other first line production managers, I

2  still had to perform my rate readiness manager duties, but those duties "took a backseat" to

3  managing my crew, which became my main focus and primary duty. While filling in, I made the

4  same decisions that the assigned Level K manager would have made. Among other things, I

5  ordered parts without any preauthorization from a Level L manager, analyzed the statement of

6  work, and made the necessary decisions to keep the crew on track, including how much work to

7  "travel" and how many people to assign to overtime. ("Traveled work" is work that was

8  supposed to be completed in a particular area but was not completed on time and so must be

9  completed in a different area. Commonly, crews both receive traveled work and create traveled

10  work that they send downline.) Making these decisions was even more difficult, and required

11  more investigation on my part, when I was filling in as a first line manager, because I was not as

12  familiar with the crew or their statement of work. Because of this, and because I knew I would be

13  filling in frequently, I went to all of the crew's daily meetings, so that I would have a better

14  understanding of what the crew's needs were. Many managers on special assignment do not do

15  this, but I wanted to be as effective of a first line manager as possible.

16        9.     Assigning people to overtime is a job that often makes you feel like the bad guy.

17  Frequently, mechanics did not want to work overtime; they wanted to get back to their families.

18  On the flip side, sometimes I had too many volunteers. It was my job to determine how many

19  volunteers were too many (in other words, how many mechanics I needed to complete my

20  behind-schedule work) and then assign the appropriate number of people and the appropriate

21  individuals to overtime, within the constraints of the collective bargaining agreement (CBA).

22        10.    Applying the CBA is frequently not a straightforward exercise, because there are

23  gray areas in the contract, and mechanics usually believe, incorrectly in my view, that the gray

24  areas favor them. It was my job to understand the CBA well enough to be able to explain to the

25  mechanic, without ruining morale on my crew, why the CBA did not require me to allow him/her

26  to work overtime in a particular instance. While in my rate readiness assignment, even when I

SECOND DECLARATION OF ANTHONY
LOGAN (NO. 2:15-CV-01507 RSL) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

03002-2602/92071833

1    was not filling in for other first level managers, I frequently worked directly with the mechanics

2    in Forward Bodies. My desk was located on the shop floor, and mechanics would come to me on

3    a regular basis with questions regarding, for instance, the build, a nonconformance (damage to

4    the airplane), or a tool. I would exercise my discretion as to whether I should help the mechanic

5    myself or help him/her get assistance from one of Boeing's support organizations.

6         11.    My rate readiness assignment ended at the end of 2012 after the rate change took

7    effect, and I went back to managing a crew. From late 2012 to mid-2013, I was the first level

8    manager (DAKU-K) for first shift in 777 Forward Bodies.  In other words, I went back to the

9    role that I had occupied prior to my rate readiness assignment, but instead of going back to

10   second shift, I went to first shift.

11        12.    In Forward Bodies, there are significant differences between first and second

12   shift. Second shift is the least preferred shift for union employees. First shift is popular because it

13   ends mid-afternoon, and third shift is popular because workers receive premium pay for working

14   "graveyard" hours.  Shifts are assigned in part based on seniority, so senior employees tend to

15   get first and third shift and new employees are assigned to second shift. Because the mechanics

16   on second shift have less experience, second shift managers have to focus on employee

17   development and training. They also have to be more vigilant about quality issues, because less

18   experienced mechanics are more likely to cause damage to the airplane. On second shift, there

19   are fewer Level L managers around, so second shift can feel more relaxed. On the other hand,

20   Level K managers on second shift have to improvise a lot more, because there is less outside

21   support available after day shift leaves.

22        13.    I've heard of first shift managers resenting the feeling that first shift has to "drive

23   the bus" and "own" everything, but that has not my experience. I drove the bus, so to speak,

24   quite a bit as a second shift Level K manager. However, this is not the case for all Level K

25   managers on second shift. Many of my fellow first level managers on second shift appeared to

26

SECOND DECLARATION OF ANTHONY
LOGAN (NO. 2:15-CV-01507 RSL) – 4

03002-2602/92071833

1    focus exclusively on running their crew on a day-to-day basis, rather than taking on additional

2    leadership responsibilities.

3         14.    I saw second shift as a great opportunity to become a better manager and advance

4    my career within Boeing. While managing second shift, I not only managed an hourly production

5    crew, but I led several projects and teams and helped create several councils. I helped create a

6    second shift safety council, quality council, people council, and process improvement council. At

7    the time, many of these councils existed on first shift but not second shift. To recreate them on

8    second shift, I coordinated with people who ran these councils on first shift to find out what they

9    were doing and whether people could help us or work split-shifts. I worked only in the Forward

10   Bodies area, but I introduced these councils to second shift across all the body structures groups–

11   Forward Bodies, Mid Bodies, and Aft Bodies–which consisted of several hundred employees. I

12   also created an employee involvement team for managers across all the body structures groups.

13   The individual groups already had managers in this role, but I created a team where all of the

14   managers across all of the body structures teams could talk about and troubleshoot employee-

15   related problems.

16        15.    An example of a project that came out of this team was the manager on-boarding

17   plan, which is a program designed to ensure that new Level K managers actually receive training

18   on how to be a first level manager and do not have to learn everything on a "trial by fire" basis. I

19   continued to implement this on-boarding plan through 2014; whenever a new first level (DAKU-

20   K) or temporary manager would take over, I would mentor them through that process. No one

21   asked me to do this; I just took it on as my "personal mission," you could say, because I know

22   from my own personal experience that it can be challenging and stressful to be a first-time

23   manager on second shift, especially because Level L managers are rarely around on second shift

24   to give you real-time feedback.

25        16.    In both my stints as a Level K manager of the Bodies groups, I made significant

26   decisions on a regular basis. For example, when I returned to Forward Bodies after my rate

SECOND DECLARATION OF ANTHONY
LOGAN (NO. 2:15-CV-01507 RSL) – 5

03002-2602/92071833

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  readiness assignment, I was given a crew that had major problems. The former first level

2  manager had not understood the statement of work, so he had a difficult time managing technical

3  concerns and traveled work.

4         17.     Additionally, the crew had caused major damage to the airplane and did not know

5  how to fix it. The problem of how to fix the damage was made more complicated by the fact that

6  the damaged airplane had already traveled to a new area by the time I took over the crew and

7  learned of the damage. As the new Level K manager, it was my job to come up with a recovery

8  plan. I worked with engineering to come up with a solution, but we initially did not know how to

9  fix the problem. It took weeks to come up with a solution, and by the time we did, the airplane

10  had already traveled to yet another area down the production line (without the problem being

11  fixed). In collaboration with industrial engineering (IE), my mechanics, and my Level L

12  manager, I came up with a recovery plan that outlined how we would fix the damage: what

13  needed to be done technically, what we would need from Boeing's various support

14  organizations, who would perform the work, and when we would hit certain milestones. It was

15  my job to supervise the implementation of the recovery plan, even though the airplane had

16  already left my area. The recovery plan itself was an Excel document that IE physically created

17  after I provided all the data inputs.

18         18.     Because I was managing control code 320, which is the very first area on the

19  production line within the Forward Bodies shop, my recovery plan impacted the statement of

20  work for not only my own area but for all the other areas in Forward Bodies. As a result, I had to

21  collaborate with the managers of these areas to ensure that they understood how my recovery

22  plan would be implemented and how it would impact their own build. From start to finish, the

23  process of identifying the problem and completing the recovery plan took one month. My

24  recovery plan was successful, and the damage was fixed.

25         19.     The entire time that I was dealing with this damage and the recovery plan, I was

26  also managing the build of the airplane that was currently in our area. There were major

SECOND DECLARATION OF ANTHONY
LOGAN (NO. 2:15-CV-01507 RSL) -- 6

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071833

1  problems for me to solve because the prior manager had mismanaged the crew so badly.

2  Mechanics were damaging the airplane, not showing up for work, and not being held accountable

3  to the build schedule. It was my job to reverse this, and I did.

4       20.    Throughout my tenure as a first level manager, including during the periods when

5  I was managing manufacturing crews, I have been pretty involved in the hiring process. Human

6  Resources coordinated the logistics of hiring activities but did not conduct the interviews or

7  participate in the pre-interview screening process. Instead, two first line managers interviewed

8  each candidate. We scored candidates on a scale of 1 to 5, with a score of 4 or 5 being a

9  recommendation to hire. If I thought a person's skills were a particularly good fit, I would also

10  add a personal recommendation, telling the HR representative who ran the hiring event to do

11  what they could to get the candidate hired and assigned to our program.  (Candidates I

12  recommended still had to pass background checks and, if hired, could end up on a different

13  Boeing program, rather than 777.) I have interviewed 50 to 100 people since I became a Level K

14  manager.  To my knowledge, all Level K manufacturing managers are invited and encouraged to

15  participate in hiring (particularly in hiring of mechanics with skill sets used in the manager's

16  area), but some Level K managers participate more than others.

17       21.    Throughout my tenure as a first level manager, including during the periods when

18  I was managing manufacturing crews, I have been involved in "staffing up" team leaders. The

19  process for filling these positions was that three people – either three first line managers or two

20  first line managers and an HR representative – would interview a group of people and then sit

21  down and make a consensus decision. With these decisions, we had to factor in the seniority

22  rules from the collective bargaining agreement (CBA). I have done about a half dozen of these

23  team leader interview cycles. I have also had to have difficult conversations with team leaders

24  about their poor performance. I have also done annual performance assessments of team leaders.

25  In addition, I made a point of having a one-on-one sit down with my team leaders to talk about

26  how things were going on the Factory floor and their career goals. I liked to talk with mechanics

SECOND DECLARATION OF ANTHONY
LOGAN (NO. 2:15-CV-01507 RSL) – 7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071833

1    about their other options and help them see that Boeing is a big place and you don't have to stay

2    a mechanic forever.

3        22.    I also hired manufacturing reps while I was in my special assignment as a rate

4    readiness manager. The role of manufacturing rep role is similar to the role of a team lead in that

5    it is filled by a current hourly employee, but it is different in that it is not a role that is recognized

6    by the union, as the team leader role is. Every area is supposed to have manufacturing reps but

7    there was no set process for hiring them, so I took the lead on developing that process. I got

8    together with a second level manager and some staff analysts and developed the criteria,

9    advertised for the position, got a pretty large pool of candidates, and ran the hiring process.

10       23.    One of the things that drove me to pursue a management career at Boeing was

11   having an ineffective first line manager myself. When I was a mechanic on the Factory floor, one

12   of my first line managers was a poor communicator and brought down the morale of my team.

13   Some first line managers are better at the job than others. Some people do the bare minimum and

14   tend to "kick the can down the road" because they are uncomfortable having the difficult

15   conversations that managers need to have with employees. On the other hand, some first line

16   managers go above and beyond. Many people fall somewhere in the middle.

17       24.    In mid-2013 I was given an assignment in the Forward Bodies group that some

18   people call "tactical manager." During this time, I directly supervised three IAM mechanics, one

19   of whom was working directly on the airplane. (This particular mechanic on a "feeder line,"

20   which is part of the production line.) As tactical manager, my job was basically to be my second

21   level manager's "right hand" in dictating the direction of the Forward Bodies organization. I

22   managed the high-level aspects of daily management by interfacing with senior managers and

23   wrangling first line managers about problems and schedules.

24       25.    In mid-2013, I also went to Detroit to consult with vendors on the FAUB

25   initiative as a representative of the Forward Bodies group. FAUB stands for "Fuselage

26   Automated Upright Build" and is an advanced technology that Boeing developed to increase

SECOND DECLARATION OF ANTHONY
LOGAN (NO. 2:15-CV-01507 RSL) – 8

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071833

1    efficiency, quality and workplace safety in the fuselage manufacturing process. With FAUB, the

2    fuselage is built with automated robots. This means that, instead of mechanics drilling and filling

3    more than 60,000 fasteners by hand (which is labor-intensive and hard on mechanics' bodies),

4    robots do it.  I continued to consult on FAUB after I shifted my focus to 777X activities in mid-

5    2014. So, at various times I have provided feedback on FAUB from both the 777X perspective

6    and the 777 Forward Bodies perspective.

7          26.    From mid-2014 to about September 2015, I went over to the 777X team as the

8    fuselage operations leader on an integrated product team. This was a first level manager (DAKU-

9    K) position. I was the only operations manager on this team. From about September 2015 to

10   about November 2015, I managed a manufacturing crew in FAUB in the 777 program. This crew

11   was one of the crews that produced the very first airplanes made with FAUB. I was given this

12   assignment because when the FAUB build was just beginning, Boeing had few first level

13   managers who knew how to execute the build. I was a good fit, because I have a unique

14   combination of experience (777X experience, 777 experience, and FAUB experience).

15         27.    Throughout this three-month period, I flip-flopped between managing first shift

16   and managing second shift.

17         28.    I found FAUB to be much more difficult to manage than the Structures groups

18   that I had previously managed (Forward Bodies and Mid-Bodies). The Structures groups use a

19   build process that is incredibly mature; Boeing has been implementing that build for decades,

20   and for the most part, mechanics know what they're supposed to be doing. Many mechanics in

21   the Structures groups have worked together for years or decades, and when we needed an expert

22   to answer a question, there was usually an expert to be found. In FAUB, by contrast, there really

23   were no experts; we were all learning a brand new production system that utilizes a totally

24   different type of build methodology and different tools than Boeing has ever used in the past.

25   Relative to mechanics in other areas, the mechanics in FAUB are not as familiar with the build

26

SECOND DECLARATION OF ANTHONY
LOGAN (NO. 2:15-CV-01507 RSL) – 9

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071833

1  that they are implementing and have not worked together for very long. In general, managing a

2  crew in FAUB was much more stressful and demanding than managing a crew in Structures.

3      29.    Because the build process is so different, I also made different decisions when I

4  was a manager in FAUB than I made when I was a manager in Forward Bodies and Mid-Bodies.

5  In FAUB, I made technical decisions regarding the build on a daily basis. Rather than

6  troubleshooting problems that would pop up here and there during the build, as I did in the

7  Bodies groups, my crew and I were literally figuring out how to complete the build. I had a

8  general understanding of the how production was supposed to go, but I was implementing the

9  build for the very first time, so I had to do more experimentation and creative thinking. If I didn't

10 know exactly how to complete a certain part of the build, I would make my best judgment call

11 based on my experience with FAUB and on the 777X and tell my mechanic, "I want you to try

12 [this]." This would rarely happen in Forward Bodies, because my mechanics and I were much

13 more familiar with the build.

14     30.    Another difference was the level of support available to me in FAUB, even on

15 second shift. When I worked second shift in Forward Bodies and Mid-Bodies, there were very

16 few support organizations available. In FAUB, by contrast, second shift very closely resembles

17 first shift in terms of the number of support organizations available to first level managers. There

18 is a tremendous amount of support available to crews working in FAUB. Boeing is pouring its

19 resources into FAUB, because FAUB is the future of airplane manufacturing.

20     31.    In mid-2015 (prior to my FAUB assignment), I took on an assignment as acting

21 senior manager for supplier integration. In that role, I worked with groups like supplier

22 management, business operations, design engineering, and mechanical engineering to make sure

23 that what suppliers are delivering to us is acceptable for the production system. I had one direct

24 report.

25     32.    In mid-2016, I took on my current role: acting senior manager for forward and aft

26 fuselage operations. In this role, I am classified as a first level manager (DAKU-K), though I am

SECOND DECLARATION OF ANTHONY
LOGAN (NO. 2:15-CV-01507 RSL) – 10

03002-2602/92071833

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  doing the work of a senior (Level L) manager. The essence of my job is to oversee the

2  production readiness activities for 777X (which is part of the 777 program) in the Forward and

3  Aft Fuselage areas. In this current role, I directly supervise one IAM mechanic who works on the

4  777 production line. I also directly supervise two other first level production managers (DAKU-

5  K) who supervise hourly IAM mechanics who work on the 777 production line.

6      *I hereby declare that the above statement is true to the best of my knowledge and belief,*

7  *and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

8      Dated this 3ʳᵈ day of Oct, 2016 in ___Everett___, Washington.

9

10                          ANTHONY LOGAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SECOND DECLARATION OF ANTHONY
LOGAN (NO. 2:15-CV-01507 RSL) – 11

03002-2602/92071833

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Exhibit 19

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

                    Plaintiff,

        v.

THE BOEING COMPANY,

                    Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF CORY MCGILL

I, Cory McGill, do hereby state as follows:

1.      I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.      I am a Manufacturing Manager (DAKU) Level K at Boeing.  I was originally hired by Boeing as an assembly mechanic.  In December 2011, I was promoted to a Level K manager and have stayed in that position since then.  For the first year and a half as a Level K, I managed a "Spars & Panels" assembly department on the 777 wing line in Everett, Washington. After that, I worked in Auburn, Washington managing an area that fabricated 777 assemblies for about a year.  In 2014, I returned to Everett to manage a Spars & Panels crew for another year. For the past year, I have been managing a crew in the Laydown/Seal portion of the Wings Manufacturing Business Unit ("MBU").

3.      The size of the crews I have managed since 2012 has varied.  I typically have a crew of about 18-24, but in Spars & Panels I simultaneously managed two different crews with a

DECLARATION OF CORY MCGILL (NO.
2:15-CV-01507 RSL) – 1

03002-2602/92071411.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    total of about 30 IAM-represented hourly employees. When I had two crews at once, I relied

2    heavily on my Team Leaders to help run the production crews on a day-to-day basis. I also used

3    support organizations more frequently to help me trouble shoot and solve problems efficiently.

4         4.      My daily job duties have differed depending on which shift I am working. In

5    Spars & Panels, I managed crews on all three shifts for different periods of time, and I am

6    currently on first shift in Wings. During first shift, I have significantly more "administrative"

7    duties than in the other two shifts, including attending daily meetings and outlining the work plan

8    for the next shifts. I also have to make sure that we have all of the tools and parts we need for

9    the day and that the work area is properly set up for assembly. For me, first shift is the most

10   difficult as a Level K manager because there are more demands on my time. With so many

11   meetings, time management can be difficult because I not only have to run a crew, but I also

12   have to prioritize and attend meetings and workshops. In any given week, I usually attend status

13   meetings, traveler meetings (where we discus work that needs to be sent to other areas), quality

14   meetings, and project workshops during first shift. In status meetings, I report out the status of a

15   non-conformance ("NCR"), which is a discrepancy that might occur from damage to the

16   airplane. For example, I might report that the wing cannot be moved to the next step in the

17   production process come down because we are still waiting for a crucial part to be installed.

18   Essentially, I am communicating damaged parts that we are unable to process. I get reports from

19   other Level K managers what is going on in their departments as well so we are up to date on the

20   status of other shops.

21        5.      During second shift, there are fewer meetings, but also fewer support structures in

22   place, such as the engineering and quality support teams. On this shift, I have to problem solve

23   on my own more often and be resourceful in how to handle any issues that arise. Consequently,

24   additional time on second shift is devoted to addressing production issues rather than focusing on

25   the administrative and planning duties that occur during first shift. This is even more true for

26   third shift. During third shift, I typically did not attend any meetings and there were no support

DECLARATION OF CORY MCGILL
(NO. 2:15-CV-01507 RSL) – 2

03002-2602/92071411.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   teams available.  The third shift can be hard if production or quality issues arise because of the

2   lack of support available.  When on third shift, I essentially had to fight fires to make sure that

3   everything was set up properly for the first shift and ensure that we stayed on pace.  If a problem

4   occurred, I had to network more to get things done efficiently.  For example, in Spars & Panels,

5   it was important for me to get to know the crane crew manager because cranes are often needed

6   to move large parts during the production process.  Therefore, I purposefully built a relationship

7   with the crane crew manager so that if needed I can call and ask for something to be moved right

8   away.  By contrast, on first shift, I can make a quick phone call to send a support team out right

9   away to investigate or fix a problem that arises.

10          6.      Managing the work statement for my crew is another important part of my job.  I

11  am responsible for prioritizing what tasks should be done when so that we can meet production

12  expectations.  I regularly make recommendations to other Level K managers and we discuss

13  what will work best for all three shifts.  I do not need to ask my PCL for permission about how I

14  choose to manage work.  If something is important I will communicate it to him, but this is

15  generally my decision in partnership with other level K managers.

16          7.      I frequently make decisions regarding how to address quality issues that arise

17  during manufacturing.  If, for example, there is a tool mark (i.e. a scratch) on the plane, I need to

18  report this to the quality and engineering teams so that it can be repaired.  Then I have to analyze

19  how the repair will affect the work statement for the day or production down the line.  The

20  quality and engineering teams provide advice on how to do this, but I do not necessarily follow

21  their advice.  For instance, they have told me to repair the damage in a certain way, but I have

22  recommended that we take a different course of action because of how it will impact the

23  assembly line and upstream customers.  Sometimes the engineers do not have a sense of how a

24  proposed solution will affect the build process so I work with them to explain the issue in greater

25  detail and show them the actual impact.

26

DECLARATION OF CORY MCGILL
(NO. 2:15-CV-01507 RSL) – 3

03002-2602/92071411.3

8.     I often go to meetings on behalf of my PCL because I have knowledge of the overall business of the shop.  Not all Level K managers are given this opportunity.  My PCL delegates to Level K managers who have deep knowledge and experience in an area or who he trusts will represent our MBU well.  In these meetings, I have authorization to make decisions for the MBU on my PCL's behalf.  For example, I have made decisions to increase or decrease headcount for our MBU based on the budget of the shop or employee attrition.  When I do this, I am not reassigned from my normal management responsibilities or performing a different positon or job; rather, covering for my PCL is simply an example of an additional administrative responsibility that I periodically perform as a Level K production department manager.

9.     In addition, I cover for my PCL when he goes on vacation, which totals about four weeks per year.  When I do so, I have signatory authority on his behalf, which allows me to sign requests for parts or tools or order forms, among other things.  I also make staffing decisions in this role.  For instance, I can move a mechanic from first to second shift if they make a leave request, which happens if an employee has a daycare issue or needs to care for a sick family member.  I also am in charge of addressing major quality issues, which may include authorizing the removal or replacement of a part, possibly against the recommendation of the engineering team.

10.     I have had about ten different PCLs as a Level K manager.  I have noticed that their management styles or priorities can affect my day-to-day work as a manager.  My current PCL has a more hands-off approach with me because he trusts me.  By contrast, when I was a new Level K, I worked with a PCL who micro-managed me so I could learn what I needed to do.  Different PCLs often want the Level K managers to focus on different things.  For example, some are concerned with attendance and an employee's quality whereas others are more analytical and focused on day-to-day production so that we can keep up with milestones.  This often influences the tasks that I have to prioritize each day.

DECLARATION OF CORY MCGILL
(NO. 2:15-CV-01507 RSL) – 4

03002-2602/92071411.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

11.     While managing a crew, I have also served a staffing focal function for about four years. This is essentially another hat that my PCL has asked me to wear. This is a voluntary role, but it is a good way for me to show initiative as a manager. In this role, I am responsible for analyzing the schedule to determine the head count we need to complete our work package. After I figure out which bars we must complete, I partner with the 777X's headcount focal to develop a plan that meets our current budget. Because the rate is changing for the 777 soon, we need to figure out how many heads are needed to get things done under the new rate.

12.     My staffing focal role is secondary to managing a crew, and it usually requires no more than a few hours of planning and analysis each week and one meeting per month. At other times—particularly when we must adjust hourly employee staffing to support rate changes—it can be demanding. This is the case now because we are preparing to decrease the production rate for the current 777 airplane and to increase initial production of the 777X, so we need to move more people around between the two. With the rate change approaching, I have relied more heavily on my Team Leader to oversee my production crew because I am pulled away to multiple planning meetings each week.

13.     I also play an active role in the hiring process. I have been on an interview panel for about 100 interviews to date. To the best of my knowledge, all level Ks have an opportunity to participate in the hiring process, but not all choose to do so. It is ideal to have Level K managers involved because we better understand the build process so when we are interviewing potential new mechanics, we can better identify which applicants may be strong in certain areas. After conducting the interview, I rate the applicant and this score ultimately determines whether or not he is hired. If I know that I have an opening on my team then I can request that the person be hired into my group. In my experience, these requests have typically been honored.

14.     In addition, I evaluate, assign, and interview Team Leaders for my crew, and I participate in Team Leader interviews for other crews. Team Leaders are mechanics who take on a leadership role within the crew. For my own Team Leaders, I conduct formal evaluations

DECLARATION OF CORY MCGILL
(NO. 2:15-CV-01507 RSL) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071411.3

1   by rating them on certain criteria, having a discussion with them, and highlighting any strengths

2   or areas for improvement.  If a leader is struggling with performance issues or is new, I may need

3   to do another review in 30 or 90 days.  On a few occasions, I have decided to deselect Team

4   Leaders for not showing up or failing to meet the performance expectations of a Team Leader.

5   This was my choice and I did not need my PCL's input.

6       15.     I regularly manage traveled work as part of my job.  Traveled work means I'm

7   sending items within my statement of work into another manager's area, either because there is a

8   problem that needed to be addressed or we simply did not get to it in time.  The amount of

9   traveled work generally depends on the section of the airplane or shift I'm working on.  Traveled

10  work is not as common in Spars & Panels, especially compared to Wing Majors.  Wing Majors

11  involves a difficult build with many different parts and tools so there is more room for error and

12  getting behind on work.  I would estimate that we have about 75% more traveled work in Wing

13  Majors than in Spars & Panels.  Because of this, I have to follow-up and track traveled work

14  more often in Wing Majors and it can take up a significant amount of my time.  Sometimes the

15  traveled work takes weeks or months to get completed.  With less traveled work in Spars &

16  Parts, I was able to be in the shop more and more available to the employees to address day-to-

17  day issues that arose.

18      16.     Managing the performance of my crew is another key aspect of my job.

19  Sometimes this means I need to place an employee on a performance improvement plan or

20  "PIP."  For instance, if an employee cannot regularly complete his bar line on time (i.e. it should

21  take 8 hours and he regularly does it in 12 hours) or if he has quality defects then I will write out

22  a PIP for him.  The PIP explains his limitations and sets guidelines and a timeframe for him to

23  make sure he improves.  I have probably written about ten PIPs as a manager.  This is my

24  decision and I do not need to ask for permission from my PCL to place an employee on a PIP.

25      17.     I have the authority to administer discipline to my crew members when necessary,

26  including issuing written warnings, suspensions, and even terminations.  For example, I

DECLARATION OF CORY MCGILL
(NO. 2:15-CV-01507 RSL) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071411.3

1   terminated an employee who was not showing up on time and not communicating that he would

2   be absent. He didn't have any leave remaining to use and had previous correction action,

3   including a suspension for his attendance. Therefore, I decided to terminate him. I informed

4   Human Resources of my decision and asked them to generate the necessary paperwork for me to

5   complete this process. I filled it out, had the employee sign it, and walked him out of the

6   building. I worked with Human Resources to administer the process, but this was my decision. I

7   have the authority to determine the kind of discipline I want to administer. For example, I can

8   tell Human Resources whether the action warrants corrective action, a written warning, or a

9   verbal warning. If they do not agree with me, we can talk it through, but in general, Human

10  Resources usually defers to my judgment because they know that I am experienced in handling

11  discipline.

12      18.     I am also responsible for responding to any union contract grievances that have

13  been filed by my crew members. This has happened about three or four times. For example, one

14  employee brought a grievance when he was notified not to work the weekend and somebody else

15  worked their "bar line." After receiving the grievance, I met with the shop steward and union

16  business representative and explained to them why I made that call. My PCL is generally not

17  involved in this process.

18      19.     I have the authority to—and often do—assign overtime or weekend work to crew

19  members. I typically do this based on the skill sets of the employees we need and how far along

20  the employee is on completing his bar line.

21      20.     I take an active role in training my crews. Sometimes I personally administer

22  trainings and other times I ask a Team Leader to administer training. In Wing Majors, for

23  example, there are two crews – a left and right hand – so I can facilitate cross-training if needed.

24  If one employee is not performing well on the right hand, then I can pair him with the employee

25  on the left hand who does the same job. I have also run a "lean" workshop to how to improve

26  efficiency, safety, and quality of the production. For my current crew, I run smaller workshops

DECLARATION OF CORY MCGILL
(NO. 2:15-CV-01507 RSL) – 7

03002-2602/92071411.3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   to train them on new methods.  In addition to group or partner trainings, I meet with my crew

2   members on a one-on-one basis if an issue arises.  If I notice, for example, that an employee has

3   a quality issue or has coded attendance incorrectly then I personally show him how to fix this

4   problem.

5        I hereby declare that the above statement is true to the best of my knowledge and belief,

6   and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

7

8   Dated this 3 day of _____OCT._____, 2016 in _____EVERETT_____, Washington.

9

10  _____
                    CORY MCGILL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF CORY MCGILL
(NO. 2:15-CV-01507 RSL) – 8

03002-2602/92071411.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# Exhibit 20

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

Plaintiff,

v.

THE BOEING COMPANY,

Defendant.

No. 2:15-cv-01507 RSL

SECOND DECLARATION OF KYLE MILLER

I, Kyle Miller, do hereby state as follows:

1.     I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.     I am a Manufacturing Manager (DAKU), Level K at Boeing.  I was promoted from an IAM-hourly employee to a managerial position in 2008.  In 2010, my title changed to Manufacturing Manager (DAKU) Level K.  I was promoted to a DAKU Level L in 2012 and returned to a DAKU Level K role in October 2013.

3.     From about September 2012 to March 2013, I was the PCL on second shift responsible for the Aft and Forward Systems Installation ("SI") process center within the 777 Final Assembly manufacturing business unit ("MBU").  In March 2013, I became the PCL for the Interiors process center, which is also part of Final Assembly MBU.  I oversaw the Level K managers who were running crews, determining the staffing needs for the organization and developing initiatives for quality and safety improvements.  Between 12-15 DAKU Level K

SECOND DECLARATION OF KYLE MILLER
(NO. 2:15-CV-01507 RSL) – 1
03002-2602/92058099.3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  Managers reported to me.  Those managers have anywhere between 10-30 employees reporting

2  to them.

3          4.          When I was a PCL I expected my Level K managers to manage their employees

4  on their own, with minimal input from me.  For example, I expected that Level K managers

5  would manage their crews' attendance, vacation, and sick leave; issue corrective action as

6  necessary; assess the training needs of their crews and recommend training; mentor their

7  employees; assess performance and initiate Performance Improvement Plans; troubleshoot

8  quality and safety issues to resolution; work on business initiatives to improve the build; evaluate

9  the statement of work and determine the daily work priorities based on the personnel present and

10  tools available; and create and implement overtime or weekend work plans.  Many of the K level

11  managers on the first shift are also expected to interact with the airplane customers in weekly

12  customer meetings.  (third shift managers do not have customer meetings and only one customer

13  holds its meetings on second shift).  At those meetings, the K level managers give a status report

14  to the customer, raise any concerns or issues, and answer the customer's questions.

15          5.          Some of my Level K managers were more "hands-off" and some took a "hands-

16  on" management style.  Managers that were more "hands-off" typically had a crew of

17  experienced employees, had strong team leaders, and a stable work package.  Conversely, some

18  of my Level K managers had to be much more "hands-on" if they had a less experienced crew,

19  less reliable team leads (or no team leads at all), and a work package that was unstable or was

20  disrupted by traveled work and other production issues.  All of these factors make a big

21  difference in the level of management and oversight required of the Level K manager.

22          6.          As noted above, the amount of traveled work that a crew gets also affects how

23  much direction, troubleshooting, and oversight is required by the Level K manager.  (Traveled

24  work is work that is supposed to be accomplished by a crew upstream from your own crew, but

25  that doesn't get completed by the time the airplane arrives to your area, which affects your

26  ability to perform your own statement of work).  For example, when I was the Level K managing

SECOND DECLARATION OF KYLE
MILLER
(NO. 2:15-CV-01507 RSL) – 2
03002-2602/92058099.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    the Vertical Fin crew on the 777 program, we rarely experienced traveled work coming to our

2    shop.  Because of that, our team was able to work on our baseline statement of work and there

3    were minimal changes to the work plan.  The Interiors crew on the 777 program experiences a

4    tremendous amount of travel work (because they are at the end of the assembly line), which

5    means that the traveled work must be completed before even starting their own baseline

6    statement of work.  When that happens, the Level K manager must, on a daily basis, exercise

7    judgement and discretion to create an alternative plan that most efficiently manages the crew's

8    traveled work as well as the portion of their work statement that is not impacted by traveled work

9    from upstream shops.  In those instances, the Level K is expected to decide the work priorities

10   based on the skill set available, materials and tools available, build timeline, and its effect on the

11   downstream crews.

12          7.      Similarly, the skill level and personality of the crew is also a factor in how much

13   oversight is required by a Level K manager.  In my experience, the more skilled the team, the

14   less quality issues arise, which means that the manager may not have to provide as much

15   oversight over his or her team's work activities.  On the other hand, depending on the

16   personalities of the crew, a manager may spend more time mediating personality disputes

17   amongst team members.  Some Level K managers also interact more frequently with union shop

18   stewards or otherwise participate in the union grievance process.

19          8.      From approximately September 2011 through September 2012, prior to becoming

20   an L level manager, I was a Level K manager for the tool room department.  The tool room was

21   responsible for managing the tool inventory, repairing tools and setting up power tools.  I had 12

22   to 14 tool room employees, all of whom were IAM hourly mechanics.  Aside from inventory,

23   repair and setup, sometimes my employees would go to the plane to assist with assembly or

24   troubleshoot a tool or part.

25          9.      Management of the tool room required a different type of management than is

26   required on the factory floor.  As the manager of the tool room, I mostly oversaw administrative

SECOND DECLARATION OF KYLE
MILLER
(NO. 2:15-CV-01507 RSL) – 3
03002-2602/92058099.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  business issues, including evaluating our costs, spending, and inventory levels.  I did not need to

2  troubleshoot our statement of work or create alternative work priorities like a factory floor

3  manager does.  The work in the tool room was reoccurring and stable, unlike many of the factory

4  floor crews.  I also did not need to attend build status meetings, quality meetings, or airplane

5  customer meetings.

6          10.      From October 2013 to about July 2014, I went back to the DAKU Level K

7  Manufacturing Manager position within Aft SI and managed a crew responsible for installing the

8  vertical fin and horizontal stabilizer.  I worked on first shift and managed a crew of

9  approximately 17 people.

10          11.      My job each day was to evaluate the status of the airplane to determine what had

11  been accomplished the day before, and what work needed to be performed in the upcoming days.

12  I would then evaluate my employees, looking at who was present for work and what skill codes

13  and certifications they possessed.  I would then formulate a plan of action, outlining what work

14  would be accomplished that day (based on the employees present) and assign employees to the

15  work.  This is what I called "Plan B" because although there was a statement of work that

16  indicated what work should be done and when, it was rarely followed because you rarely had the

17  right amount of people, with the right certifications, with the right tools, with the right parts.  It

18  was my job, on a daily basis, to look at the statement of work and develop "Plan B" with regard

19  to what actually could be accomplished that day.

20          12.      Once I developed my "Plan B," I would hold a crew meeting to review the plan

21  and assign the work.  I would occasionally use the meeting to discuss quality issues and safety

22  concerns that had been raised to me or that I had personally observed.  Upper management

23  expected that we discuss these sorts of topics (i.e., safety and quality), but I determined most of

24  the content of the message and the priorities.  For example, with regard to quality, I typically

25  reviewed the data regarding my crews' build work and looked for anomalies and repeated quality

26  issues that I thought warranted addressing with my crew.

SECOND DECLARATION OF KYLE
MILLER
(NO. 2:15-CV-01507 RSL) – 4
03002-2602/92058099.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

13.     After the crew meeting, I would typically take all of the information regarding the work performed the prior day and the work I have prioritize for that day and present it to my second level manager (PCL).  After my meeting with my PCL, I would typically attend another meeting with other Level K managers to share similar information with my peers in other units across the Factory.  I determined what information I shared to that group.  The point of the meeting was to brainstorm with other Level K managers regarding the current problems and roadblocks and develop solutions.

14.     Once that meeting concluded I was free to triage any issues that had arisen with the day's work plans.  Every day, something doesn't go as planned.  It may be that one of your crew members gets sick so you need to determine who can do his or her work, or whether that work can slide to the following day.  It may be that the parts were not delivered or they were incorrect.  It may be that your crew damaged the plane and all production must stop until it's repaired.  Part of my day was always spent identifying problems, brainstorming solutions and implementing those solutions.  Sometimes I directed my team lead to implement a solution and report back to me on his or her progress.  If I needed to change the work plan and I was not a subject matter expert on that part of the build, I would collect my crew and ask them for options and what they thought was the best plan.

15.     In comparison to other crews, my crew was fairly self-sufficient because we had a stable work package.  The work package was stable for a variety of reasons including: the fact that my crew was towards the beginning of the assembly line (so there was less traveled work to my crew), the upstream work done by other crews on the assembly line was minimal, the parts needed to be installed by my crew were shipped from suppliers and came ready to install (rather than being built by the upstream crews and subject to quality concerns and other delays), and the work was fairly routine and basic.  All of these factors play into how much oversight, direction, and decision-making a Level K manager must do in order to successfully run his or her crew.

SECOND DECLARATION OF KYLE
MILLER
(NO. 2:15-CV-01507 RSL) – 5
03002-2602/92058099.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    16.    For example, when the crew's work varies (in other words, when your crew is

2    tasked with 20 different jobs, in comparison to a crew where all the members are doing the same

3    limited number of tasks), more management is necessary, because there is more room for quality

4    errors and inefficient use of time.  It also requires more coordination regarding which crew

5    members will do which tasks because you might have, for example, 20 people, each doing 3-5

6    different jobs in a day.  For example, the Feeder Line crew, which does sub-assembly build-ups

7    for certain interior commodities of the airplane, has basic and stable work.  Similarly, the ESRC,

8    which builds bundles of wiring packages for other crews, has a stable and basic work package.

9    They do the same thing every day—build wire bundles.  The managers of these crews can spend

10   less time troubleshooting their statement of work and making "Plan B's," which frees up their

11   time to work on other management responsibilities, like developing business initiatives directed

12   at improving, for example, build quality and efficiency.  Conversely, the Field Travelers crew's

13   job was to clean-up all traveled work.  There was no constant statement of work.  The manager

14   of that crew was required to collect information from the other crews regarding what work had

15   traveled, evaluate the priorities, and make a plan of action.  The plan was different every single

16   day.  Because of this, the job requires a very high level of oversight and independent judgment.

17   17.    When managing a crew, I did performance reviews for my team leads.  I would

18   determine what I thought the lead did well and what he or she needed to improve.  I would then

19   document my feedback on a form and meet with the lead at least once a year to review it.

20   18.    At times, I have had underperforming crewmembers either in their pace of work

21   or quality of work.  With this type of issue, I would typically document the issue and have a

22   conversation with the employee regarding the problem and my expectations going forward.  I

23   would also make suggestions to the employee on how I think they can improve.  For example,

24   one of my employees was taking an extensive amount of time to build a part.  I asked him how

25   he was making it, determined he was using a less efficient tool and suggested that he use a

26   different tool, which was faster.

SECOND DECLARATION OF KYLE
MILLER
(NO. 2:15-CV-01507 RSL) – 6
03002-2602/92058099.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   19.   With regard to corrective action, it was my job to determine what I want to

2   escalate to formal corrective action.  I will typically push gross violations (mostly safety

3   violations) through formal corrective action but do verbal warnings and coaching for more trivial

4   offenses.  This requires me to make judgment calls about how to best handle the situation.

5   20.   When I was managing a crew I also regularly had conversations with my strong

6   performers about the next steps to take to move into management.  I was always evaluating my

7   team to find the strongest employees, and to provide advice and guidance on how to move up

8   within the company.  For example, I have personal books and trainings on effective management

9   (such as Villanova's strategic organizational leadership training and "Walk the Talk" leadership

10   materials) that I would let my employees borrow.

11   21.   I was also very engaged in quality issues amongst my crew.  I regularly evaluated

12   problems and tried to find long-term solutions.  For example, one time I kept seeing tool

13   markings on a fitting and none of my crew could explain where it was coming from.  I crawled

14   up into the section of the plane to watch my crew use the tool on the fitting to see what was

15   making the marks.  We tried one tool after another to determine which tool was causing the

16   marks.  Finally, we discovered the tool that was making the marks.  I then met with my team lead

17   and asked him to discuss the problem with the crew and brainstorm a solution and report back.

18   The solution ended up being to tape the plane (because we couldn't change the tool).

19   22.   Aside from the daily management of my crew, I worked on various special

20   projects aimed at improving the build.  For example, I was on a team that was tasked with

21   working with engineering to improve the design of the blade seals.  These projects required the

22   team to identify the issue, find the right subject matter experts to address the problem, brainstorm

23   possible solutions, create a plan of action, and implement that action.

24   ///

25   ///

26

SECOND DECLARATION OF KYLE
MILLER
(NO. 2:15-CV-01507 RSL) – 7
03002-2602/92058099.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    I hereby declare that the above statement is true to the best of my knowledge and belief,

2    and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

3    Dated this 29th day of September, 2016 in Everett, Washington.

4

5                                                  KYLE MILLER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF KYLE MILLER
(NO. 2:15-CV-01507 RSL) – 8

03002-2602/92058099.3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# Exhibit 21

1   THE HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    AT SEATTLE

8

9   MARVIN MANN,

                    Plaintiff,                  No. 2:15-cv-01507 RSL

10                                              DECLARATION OF CATHERINE OH

11      v.

12  THE BOEING COMPANY,

                    Defendant.

13

14      I, Catherine Oh, do hereby state as follows:

15      1.      I have personal knowledge regarding the facts stated in this declaration, and I am

16  competent to testify to the matters stated in this declaration.

17      2.      I work for Boeing as a Manufacturing Manager Level K (DAKU-K) on the 777

18  program.  I have held this job since January 2013.

19      3.      Before my promotion to management, I worked for Boeing as a methods process

20  analyst and a staff analyst.  Since my promotion, I have had four different assignments as a

21  DAKU-K.  Starting in January 2013, I managed the "hot house" in the Wing Body Join area.  As

22  hot house manager, I managed thirteen IAM-represented sealers, who apply sealant to the center

23  wing tank.  After six months, I took over management of a wing systems department (the "128

24  wing team"), also in Wing Body Join, where I supervised a team of about 20 mechanics and

25  electricians who install the flight controls (i.e., flaps) on the wings.  In December 2013, I

26  commenced a six-month assignment in Technology Integration, which involved designing and

DECLARATION OF CATHERINE OH
(NO. 2:15-cv-01507 RSL) – 1
03002-2602/92057084.3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    implementing a new model for supporting lean manufacturing efforts (also called Boeing

2    Production System or BPS) across the 777 program.  And since May 2014, my assignment has

3    been Workforce Readiness Manager for the next 777 derivative, the 777X.

4         4.     When I managed the wing systems team, I also served as staffing manager for all

5    of Wing Body Join, which included about 350 hourly employees on three shifts. As staffing

6    manager, it was my job to make sure each crew was properly staffed so they could hit their

7    production milestones. I balanced employees and skills between shops and across shifts,

8    strategically reassigning employees to increase productivity. This required me to take into

9    account each shop's needs, the strengths and weakness of individual employees, and shift

10   preferences rules in the IAM collective bargaining agreement.  While I sometimes consulted with

11   my second level manager on these decisions, they were ultimately on my shoulders.

12        5.     While managing hourly crews, I was actively involved in hiring.  I attended about

13   20 all-day Boeing hiring events for hourly production jobs.  Prior to these events, I pre-screened

14   hundreds of resumes, rejecting those that did not meet minimum qualifications and deciding

15   which applicants I wanted to interview.  At each hiring event, another Level K manager and I

16   jointly interviewed dozens of applicants. After the interviews, we scored each applicant and

17   recommended which ones Boeing should hire.  Boeing relied on our scoring and

18   recommendations to make final hiring decisions.  HR provided some direction on how to

19   conduct the interviews but did not actively participate in the interviews or screening process.  I

20   also directly hired about eight salaried employees while I was in the Technology Integration

21   Manager assignment.  I personally drafted and posted a description of the job opening,

22   interviewed applicants, and decided who to hire. I also trained many of these new hires.

23        6.     I have always closely monitored the performance of my crew members and

24   provide coaching and training as needed to help them succeed. For example, when one of my

25   sealers was not performing well, I assigned the team lead to give him additional hands-on

26   training and eventually brought in a workplace coach to give him remedial training. I performed

DECLARATION OF CATHERINE OH
(NO. 2:15-cv-01507 RSL) – 2
03002-2602/92057084.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  30-60-90 day reviews for new hourly employees, after which I would meet with each employee

2  and discuss their reevaluation with them.  I also formally evaluated IAM team leaders and

3  salaried employees, like staff analysts, who I supervised as technology integration manager. The

4  final score that I gave the staff analysts on their performance evaluation determined whether they

5  received a raise. Sometimes coaching and training is not enough to turn around a poor performer.

6  For example, when one of my analysts was doing only the bare minimum, I first discussed her

7  performance with her and gave her chances to improve, the eventually gave her a written

8  warning and placed her on a formal performance improvement plan. (The employee quit soon

9  thereafter.)

10      7.      As a Level K manager, I am—and have always been—responsible for disciplining

11  employees. When I ran hourly crews, I was very clear about my expectations, which included

12  that my crew get my permission before leaving the premises. When I was managing the hot

13  house, a sealer challenged me by leaving the premises without permission. It was up to me to

14  decide what action to take.  I could have issued formal discipline, but I ultimately decided on a

15  verbal warning.  Instead, I confronted the employee, reminded him that I had said he could not

16  leave the premises without permission, and made clear that would take formal disciplinary action

17  if he defied me again.  The approach worked—I earned the employee's respect and had no

18  further similar problems with him.  In other cases, I have issued formal discipline to the

19  employees I supervise, including verbal and written warnings and suspensions for attendance and

20  performance violations.  When I have discussed discipline with Human Resources, HR has

21  confirmed that it is my decision whether and when to give someone formal corrective action.

22      8.      Another part of my job was to advocate for my crew, particularly when there were

23  disputes between shops. For example, there was an incident where Boeing's Majors Structures

24  Delivery Center (also called MSDC) wanted to kick our team out of the wing, claiming their

25  work was more important and should take priority. This would have prevented my crew from

26  doing their sealing work.  When I arrived in the area, the tension between the two crews was

DECLARATION OF CATHERINE OH
(NO. 2:15-cv-01507 RSL) – 3
03002-2602/92057084.3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   rising.  I diffused the immediate conflict, then met with the manager of the other crew and

2   worked out a solution that allowed my crew to perform their job.  If the other team had displaced

3   my crew, I would have had to reassign my team to work on other projects while MSDC was in

4   our area. Then I would then have had to come up with a plan to get my crew back on schedule.

5       9.      Keeping the crew on schedule sometimes meant authorizing or requiring

6   overtime. I preferred to let people volunteer instead of forcing them to work overtime, but if I

7   didn't get enough volunteers I could and did mandate overtime.  The ultimate decision as to

8   whether people needed to work overtime and who those people would be was my decision.

9       10.     Part of my job as a manager is to facilitate the development of my crew members'

10  skills and careers.  For example, when I ran the hot house group, I groomed a crew member to

11  serve as backup team lead. The same employee expressed interest in becoming a pressure test

12  mechanic (a higher-graded job with more pay), so I authorized and encouraged him to take those

13  classes, some which were during his shift.

14      11.     While managing production crews, I came in early every morning to verify which

15  jobs the prior shift had completed, to research problems that came up on prior shifts, and to plan

16  what needed to be done before my crew arrived to ensure they could get right to work. I then met

17  with the crew when they arrived to explain the plan for the day, and I spent time on the shop

18  floor every day, talking with individual employees about problems they were encountering.

19  Throughout the day, I worked to remove roadblocks so my crew had no excuse to not get their

20  jobs done. For example, if a mechanic told me he was not getting timely support from quality

21  assurance (a support organization), I would intervene with the quality inspector in question,

22  escalating the matter to quality management if necessary to get the issue resolved. Sometimes I

23  had to reallocate resources within my department or borrow employees from other departments

24  to keep my crew on schedule to meet our production milestones.  I also tried to find permanent

25  solutions to recurring problems, and not just put band-aids on them. For example, there were

26  recurring issues with misaligned parts and flaps not fitting. In addition to finding find short-term

DECLARATION OF CATHERINE OH
(NO. 2:15-cv-01507 RSL) – 4
03002-2602/92057084.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  solutions so we could to keep on schedule, I worked to identify and fix the root problem so that it

2  would not happen again. This took a lot of coordination with other people and organizations,

3  including the supplier of the part that was causing the problem.   My crews appreciated my

4  proactive approach.

5        12.    In my assignment as Technology Integration manager, my basic job was to make

6  other managers more successful by making the BPS group's efforts more streamlined and

7  efficient and removing redundancies. One of the things that I did was hire salaried employees to

8  support the managers and BPS leaders. I also strategized staffing and explored how to analyze

9  staffing risk. My other duties related to staffing and planning of business goals for the 777

10  Structures business unit.

11        13.    My current role, workforce readiness manager for the 777X, is different from my

12  previous jobs in the 777 program. Initially, my job was to develop a strategy and execute staffing

13  and training the new program.  However, my job has morphed so that I am now doing a lot more,

14  including developing strategy for 777X manager and new employee (salaried) development.  I

15  have two direct reports who are salaried. I personally made the decision to hire them.

16       *I hereby declare that the above statement is true to the best of my knowledge and belief,*

17  *and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

18      Dated this  4  day of May, 2016 in  *Everett* , Washington.

19

20                          CATHERINE OH

21

22

23

24

25

26

DECLARATION OF CATHERINE OH
(NO. 2:15-cv-01507 RSL) – 5
03002-2602/92057084.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# Exhibit 22

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

          Plaintiff,

    v.

THE BOEING COMPANY,

          Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF BILL SCHULTZ

I, Bill Schultz, do hereby state as follows:

1.     I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.     I am a Manufacturing Manager (DAKU), Level K, at Boeing.  I was promoted from an IAM-hourly employee to a managerial position in 2006.  In July 2010, my title changed to Manufacturing Manager (DAKU) Level K.

3.     From 2013 to 2015, I worked in a tactical manager role and did not have a crew reporting to me.  However, as a tactical manager, I filled in as crew manager for Level K managers who were out sick or on vacation.  I worked in Final Body Join ("FBJ").

4.     Since September 2015, I have been the acting Level L manager ("PCL") on second shift in the Final Assembly Manufacturing Business Unit of the 777 program.  In my role as the temporary PCL (Level L manager), some of my Level K managers were more effective

DECLARATION OF BILL SCHULTZ (NO. 2:15-cv-01507 RSL) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071995.1

1    than others.  Level K managers who have a solid team, stable work and great team leaders spend

2    less time putting out fires, troubleshooting quality errors, and making recovery plans.

3    Conversely, some Level K mangers have brand new teams, who are less experienced and may

4    not work as well together.  In those instances, to be successful the Level K is expected to invest

5    time and energy into building the crew's skill level and cohesiveness.  This requires more daily

6    management and oversight.  Some Level K managers work harder than others.

7          5.      Beginning in May 2016, I was assigned to a special project managing a crew on

8    the flight line.  My crew is a special crew that is comprised of select mechanics pulled from other

9    777 manufacturing crews.  My crew consists of 13 IAM mechanics.  Our assignment is to help

10   all the other crews that are behind schedule.  My team works many of the jobs that did not get

11   completed by the assigned shop before the plane traveled out of the factory onto the flight line

12   (where the completed planes go for testing and delivery to the customer).  This allows the crews

13   to stay in the factory and try to get healthy and get back on schedule.  Prior to my team, each

14   crew would send their own people out to the flight line to finish their shop's work, which makes

15   it difficult for that crew to complete the next plane in their shop on time.

16         6.      Sometimes my crew is unable to complete certain jobs and mechanics from crews

17   within the factory are still required to go to the flight line to complete their work.  When this

18   occurs, I am available to assist them because their Level K manager is inside the factory

19   managing the rest of the crew.  It is my responsibility to make sure they are performing quality

20   work and staying safe.

21         7.      As a Level K manager, it is my responsibility to discipline my crew if needed.

22   The decision to take corrective action is my decision.  HR is a resource to provide guidance and

23   answer questions.  Depending on your Level L (PCL), he or she might direct the corrective

24   action decision.  I have never had a PCL tell me what discipline to issue—it has always been my

25   decision.  However, I have seen another Level K manager get told by his PCL what discipline to

26

DECLARATION OF BILL SCHULTZ (NO.
2:15-cv-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

03002-2602/92071995.1

1  issue.  In that instance, though, the PCL stepped in and directed the decision because the Level K

2  manager was not taking appropriate action.

3       8.    As a Level K manager, I am also responsible for building a plan for overtime.  I

4  typically get input from my team leader and then form a plan to outline which employees will

5  work and what jobs are the priorities.  I do not need approval from my PCL.  I do, however,

6  show my PCL my plan, but he has never modified it.

7       9.    Because I work second shift, the day shift Level K manager is responsible for

8  generating the daily work plan and priorities.  The day shift manager sets the goals for how much

9  work will get performed by all three shifts.  When I begin as the second shift manager, my

10  responsibility is to review how much work was completed by the first shift and make any

11  adjustments needed to our end goal.  In particular, I may need to adjust the work priorities.  My

12  PCL defers to me on the adjustments that are needed, unless, in rare circumstances, he has

13  received direction from the third level manager that needs to be relayed to me.  But, for the most

14  part, the work plan is built and maintained by the Level K manager.

15      10.    As a Level K manager, I am also responsible for identifying crewmembers with

16  reoccurring quality errors and troubleshooting how I can facilitate improvement.  Typically, if I

17  identify a person who is having quality issues, I will interview the person to try and gather more

18  information about the cause for the error.  I will then determine if the solution is more training.

19  If so, I will either send him or her to more training, or link him or her up with a mechanic to

20  learn the skill needed.  It is my responsibility to constantly evaluate my crew and identify ways

21  they can improve their skills.

22      11.    As a Level K manager, I also have participated in hiring fairs where I interview

23  new hire candidates and score them on their answers, skills, and qualifications.

24      12.    It is also my responsibility to issue performance reviews for my new employees

25  (at their 90-day mark) and team leads at least two times per year.  I typically conducted

26  performance reviews for my team leads on a quarterly basis because I believe the more you

DECLARATION OF BILL SCHULTZ (NO.
2:15-cv-01507 RSL) – 3

03002-2602/92071995.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   invest in your leads, the more you can delegate to them.  When I conduct reviews, I typically

2   review the things I believe the lead has done well and areas which I think he or she can improve.

3   I also create a development plan with them, which outlines goals and next steps to achieve those

4   goals.  Performance reviews are my responsibility.  My second level manager does not tell me

5   how I should rate or review my people.

6        13.     As a Level K manager, I also have to conduct investigations.  For example, it may

7   be reported that a crew member has covered up damage to the airplane.  I would have

8   conversations with the relevant crew members to gather information about the situation.  I may

9   escalate my findings to HR or handle them myself.  It really depends on the seriousness of the

10  offense.  I make the decision to escalate concerns to HR or handle them within my team.  On

11  second shift, there are limited HR resources and it is rare to have access to a Level L

12  manager—so you have more discretion and must exercise independent judgment.  Sometimes the

13  Level K tactical manager is available to also provide input and guidance.

14       14.     As a manager, I am also expected to communicate with union shop stewards and

15  employees regarding union grievances.  As a Level K manager, I am expected to know the union

16  contract and mediate disputes at the lowest level.

17       15.     Some of the differences between first and second shift is the level of support and

18  the amount of business meetings you must attend.  Most of the meetings a Level K must attend

19  occur on first shift.  In addition, there is not much ancillary support for Level K managers on

20  second shift.  There is a limited amount of engineering support, industrial engineering support, or

21  support from the support cell.  Further, the limited resources available on second shift are

22  focused only on the biggest problems happening in the factory.

23       ///

24       ///

25       ///

26

DECLARATION OF BILL SCHULTZ (NO.
2:15-cv-01507 RSL) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071995.1

1       I hereby declare that the above statement is true to the best of my knowledge and belief,

2  and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

3       Dated this 4th day of October, 2016 in Everett, Washington.

4

5                           BILL SCHULTZ

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF BILL SCHULTZ (NO.
2:15-cv-01507 RSL) – 5

03002-2602/92071995.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

SECOND COMPENDIUM OF
DECLARATIONS
(NO. 2:15-cv-01507 RSL) – 166

# Exhibit 23

1            THE HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7       UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
          AT SEATTLE

8

MARVIN MANN,

9           No. 2:15-cv-01507 RSL
    Plaintiff,

10          DECLARATION OF STEVE SWINEY

   v.

11

THE BOEING COMPANY,

12

    Defendant.

13

14   I, Steve Swiney, do hereby state as follows:

15   1.  I have personal knowledge regarding the facts stated in this declaration, and I am

16 competent to testify to the matters stated in this declaration.

17   2.  I am a Level L (DAKU-L) Manufacturing Manager at Boeing.  I have worked at

18 Boeing for approximately 28 years.  I was promoted to a Level L position in August of 2012 and

19 have worked in a variety of different assembly departments.  I started as a Level L in the

20 Forward Aft and Mid Body Structures process centers where I oversaw about 16 Level K

21 managers in three different production areas on second shift.   Around February 2013, I moved to

22 the Mid-Bodies process area where I worked on first shift for about a year and a half.  In 2014, I

23 was moved to FAUB ("Fuselage Automated Upright Build") on first shift where I managed

24 approximately 12 Level K managers.  FAUB is Boeing's manufacturing program that uses

25 automation (i.e. robots) instead of manpower to build the fuselage of the airplane.  In April 2016,

26 I moved to the Forward Bodies process center where I manage 20 Level K managers.  In all of

DECLARATION OF STEVE SWINEY
(NO. 2:15-CV-01507 RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071429.1

1    these areas, my Level K managers have been in charge of running production crews of IAM-

2    represented employees.

3         3.    Level K managers play a very important role at Boeing because they are

4    responsible for managing the production teams that build the 777 airplanes.  As Level Ks, they

5    must understand the work package for their team and prioritize the jobs that need to be done each

6    day based on production priorities and their headcount.  Beyond that, Level Ks are also tasked

7    with assuring that each mechanic is accountable for the package that they are assigned.  They

8    also need to serve as mentors and role models to their crew.  Level Ks are essentially responsible

9    for the efficiency and safety of the 777 production process.

10        4.    I always tell my managers that they are deputized to handle a wide variety of

11   problems that arise and that they do not need to lean on me for advice all the time.  I delegate a

12   lot.  Why would I need Level K managers if I am going to make all of the decisions?  Other

13   Level L managers have different management styles and may micromanage and want to know if

14   the Level K manager changed a mechanic from A to B bar line.  But I do not need to know this.

15   I prefer to step back and let Level Ks manage their business.

16        5.    A Level K manager's job can differ depending on which production area he is

17   managing.  In particular, a new production system or line, such as FAUB, is a much harder to

18   manage than a sustaining program in the 777 program that has been operating for 23 years now

19   such as Forward Body where major structural components are assembled in the same manner.

20   We are trying to change the build of the airplane in FAUB to use robots instead of people and

21   everything is new, which makes it harder on Level Ks and Ls because they have to be creative

22   and problem-solve to find solutions to problems we have not yet encountered.  We are also still

23   learning how long certain jobs take and in which order they should be performed to improve the

24   work flow.

25        6.    A Level K manager's job may involve different tasks depending on which control

26   code of mechanics he or she manages.  Control codes correspond with skill levels and the type of

DECLARATION OF STEVE SWINEY
(NO. 2:15-CV-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071429.1

1   work done so some codes are for more experienced mechanics or complex work.  Typically, the

2   heavy structure control code areas are tougher area to manage because the build of the airplane is

3   dynamic and intense.  The mechanics need to put in thousands of fasteners compared to hundreds

4   in other departments.  As a result, they usually have more quality issues to trouble shoot and

5   monitor because there is generally more room for error.  The "shake" area is an easier control

6   code so fewer problems need to be fixed, but it has a different set of difficulties for a manager.

7   The shake area is the secondary work area, which means that the major components have been

8   assembled, and generally the control codes handle lighter structure work like cleaning. I tend to

9   assign managers in shops that have an easier work package additional roles more often than I

10  would somebody who has a heavier load or more difficult job code to oversee.  Managers with

11  extra responsibilities may run a quality meeting or go to meetings in my place.

12       7.      Level K managers also perform different tasks based on which shift they work.

13  Ultimately, they are still responsible for managing their production crews in every shift, but

14  because Boeing leadership is on first shift, it is an entirely different atmosphere.  Level Ks on

15  first shift need to go to a significant number of meetings so they are on the floor less often than

16  managers on other shifts.  I also pull my team off the floor a lot more during first shift and have

17  them sit in on meetings for me.  They also interact with me more frequently.  Overall, it is faster

18  paced on first shift and Level K managers often have extra responsibilities, such as serving as a

19  quality to safety focal, in addition to running their crews.  On second and third shifts, there are

20  fewer meetings and the Level K managers tend to spend more time on the floor with their crews

21  problem solving and improving quality and production.  Level Ks on second and third shift need

22  to be more resourceful in how to address production or quality issues because less support is

23  available for them.

24       8.      Many Level K managers, particularly on first shift, are tasked with handling

25  additional responsibilities while simultaneously running their teams.  These responsibilities vary

26  depending on the manager, shift, and production area.  For instance, I have one manager who has

DECLARATION OF STEVE SWINEY
(NO. 2:15-CV-01507 RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071429.1

1 an extra quality function. He runs a weekly meeting for Employee Quality Council and is

2 responsible for follow-up on action items raised during the meeting. Once a month, he also

3 prepares me for the leadership quality meeting, which may involve developing a PowerPoint

4 presentation about how quality issues are being addressed. In addition, one of my Level Ks is a

5 quality focal in Forward and also serves as my Senior Manager. This manager has an easier

6 control code of mechanics to work with and a smaller team so I knew he could take on more

7 responsibility.  As a Senior Manager, he covers for me in meetings or if I am out of town. He

8 also has the authority to oversee the daily operations and make L-level decisions. In addition,

9 another Level K manager is my headcount manager in Forward Bodies and now FAUB, which

10 was an extra task above and beyond running the crew. In this headcount role, he checks every

11 crew and checks that the budget is being maintained in each area. He might switch mechanics

12 from crew-to-crew to make sure this is balanced. If we drop below our forecasted number for

13 attrition, he is responsible for notifying me and the skill team that we need additional mechanics.

14      9.    Level K managers are responsible for making changes to the bar chart, which is

15 essentially the job schedule for the week based on production goals. They work with industrial

16 engineering (IE) to implement any changes, but Level Ks have the final say as to what is

17 scheduled. If a Level K manager came to me and said they cannot move forward with a plan

18 because industrial engineering did not approve it, I would tell them that they own the plan and

19 are ultimately responsible for building the airplane. Level K managers usually need to shift

20 mechanic resources if a variable package comes up. A variable package is a job that is not

21 always active and may be performed maybe once every twenty airplanes. The Level K needs to

22 ensure that we have the proper headcount assigned so that we have the job covered. The Level K

23 manager has the best understanding of which day it should be completed and has the authority to

24 make this call. The manager is the one who decides that it will work better to improve the flow

25 of production.

26

DECLARATION OF STEVE SWINEY
(NO. 2:15-CV-01507 RSL) – 4

03002-2602/92071429.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1    I hereby declare that the above statement is true to the best of my knowledge and belief,

2  and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

3

4    Dated this 4th day of October, 2016 in Everett, Washington.

5

6                                              _Steven N Swiney_
                                              STEVE SWINEY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF STEVE SWINEY                          **Perkins Coie LLP**
(NO. 2:15-CV-01507 RSL) – 5                    1201 Third Avenue, Suite 4900
                                                  Seattle, WA  98101-3099
                                                   Phone:  206.359.8000
03002-2602/92071429.1                              Fax:  206.359.9000

SECOND COMPENDIUM OF
DECLARATIONS
(NO. 2:15-cv-01507 RSL) – 172

# Exhibit 24

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

               Plaintiff,

    v.

THE BOEING COMPANY,

               Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF TODD WEIDEMAN

I, Todd Weideman, do hereby state as follows:

1.      I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.      I have worked for Boeing for twenty years. For the first ten years I worked as an IAM-represented sealer (hourly production employee). I was promoted to a first level management position (DAKU-J, which is now a DAKU-K) in approximately 2007. In early 2012 I transferred from the 767 and 747 programs to the 777 program, still as a first level manufacturing manager (DAKU-K). I have been a first level manufacturing manager (DAKU-K) in the 777 program ever since.

3.      Specifically, I am a first level manufacturing manager of a crew of approximately ten IAM mechanics in the MSDC. MSDC stands for "Major Structures Delivery Center" and is the building where mechanics perform a potpourri of functions to four major airplane structures (the wings, horizontal stabilizer, vertical fin, and fuselage) before those structures go to the

DECLARATION OF TODD WEIDEMAN
(NO. 2:15-cv-01507 RSL) – 1
03002-2602/92072059

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 8101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1   Factory to be further assembled and joined. The MSDC is where these structures are sanded,

2   primed, painted, and sealed. It is also where certain types of installations take place, such as

3   window, floor, and certain panel installation.

4        4.     My crew members and I report to 777 Operations, which "owns" and operates the

5   MSDC, but my crew currently works mostly on 787 airplanes because that is where there is the

6   greatest need.  My crew and I work on 777 airplanes on weekends and during other overtime

7   shifts. Approximately one weekend per month I manage the 777 build for the entire MSDC

8   (every crew, including my own crew) for the weekend. I also supervise crews on the 777

9   production line when another Level K manager calls in sick or is on vacation, which happens

10   anywhere from one to two days per month to one week per month.

11        5.     My crew is composed of decorative painters and is in charge of painting the

12   customer's livery (i.e., logo) on the airplane.

13        6.     I am technically assigned to first shift but am closely involved in the management

14   of second shift as well, because second shift needs additional management support.

15        7.     There is a stark difference in the skill level between the crew on first shift and the

16   crew on second shift. I estimate that the crew on second shift has, on average, fewer than two

17   years of experience. As a result they cause more non-conformances (i.e., errors), so I have to be

18   more vigilant when supervising their work and correcting their technique. (When I demonstrate

19   technique, I do so off the airplane. In other words, I have the mechanic come down off the plane,

20   and I pick up a tool and show him/her a mechanic what I want him/her to do with that tool,

21   without touching the airplane or any parts.) I then end up coordinating and supervising more re-

22   work, which is work that needs to be re-done because it was not done correctly the first time, and

23   creating more recovery plans to catch up on behind-schedule work, than I do on first shift.

24   Recovery plans are written plans that a Level K manager creates to outline how he/she will solve

25   a problem or get caught-up on behind-schedule work.

26

DECLARATION OF TODD WEIDEMAN
(NO. 2:15-cv-01507 RSL) – 2
03002-2602/92072059

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

8.      By contrast, the vast majority of crew members on first shift have between fifteen and thirty-five years of experience. Relative to the inexperienced crew on second shift, the highly-experienced crew on first shift creates little re-work and rarely commits errors that cause me to have to draft recovery plans. Also, relative to the crew on second shift, the crew on first shift requires little oversight and little direction, which gives me more time to tend to the business side of my job, such as the staffing and business planning duties described below.

9.      In addition to managing a crew, I have duties related to staffing, business planning, design approval, and quality, described below. Although I have these additional duties, managing my crew is my primary responsibility.

10.     As to my staffing duties, I build staffing plans that forecast how many employees the MSDC will need for a particular build cycle. As a build cycle is several years long, this is an extremely complex analysis that requires me to account for changes in headcount (both anticipated and unanticipated), changes in the build process (such as technological or tooling advancements that might change the speed at which we can complete the build), and many other factors.

11.     I also create business plans regarding the MSDC, which build off my staffing plans and also factor in costs, process improvements, and mechanics' learning curve, among other things. I present these business plans to Boeing's vice presidents and directors. My Level L manager does not attend these meetings.

12.     I also analyze customers' requests to change the design of their logo and determine whether we can accommodate the requests. It is my duty to decide whether to say "yes" or "no" to a customer's request for a design change. For example, a customer might present us with a new logo that looks great on the customer's computer screen, however, when we test it out it might not work in our processes. It is my job to decide whether a logo can be used and to inform the customer of my decision—whether good news or bad news.

DECLARATION OF TODD WEIDEMAN
(NO. 2:15-cv-01507 RSL) – 2
03002-2602/92072059

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

13.     I also serve as the "quality champion" for the MSDC. This means that I am the head of the MSDC's "quality council," which is a group of hourly production employees who each serve as a "quality focal." I lead the quality focals in identifying and troubleshooting solutions for the quality issues that recur within the MSDC. For example, an  issue might be if a crew was constantly installing a part incorrectly, this would directly affect the other crews downline from the offending crew. I also run a weekly meeting with the quality focals and run issues "up the chain" to upper management when the quality council cannot solve them independently.

14.     I have also been asked to consult with Boeing's teams in Charleston, South Carolina on several occasions to advise on the HLFC process, which is the process we use to paint the wings of the airplane. (HLFC stands for "hybrid laminar flow control.") I am one of Boeing's "subject matter experts" on the HLFC process, as I helped Boeing develop and implement the process. Since 2012, I have traveled to Charlestown three times. My trips have ranged in length from two days to two weeks.

15.     When I am in Charleston my job is to perform a NAR, or Non-Advocate Review, which is an objective analysis of a process. I draft a report (which is usually presented to the Charleston directors and vice-presidents in the form of a PowerPoint presentation) that says, essentially, "In my opinion here is what you are doing right, here is what you are doing wrong, and here is what you should change." I have also led workshops on the HLFC process here in Everett for the 777X teams. (The 777X is the next airplane that Boeing will release. 777X is part of the 777 program.)

16.     As a first level manager, I make decisions independently (without authorization from my Level L manager, Human Resources (HR) or anyone else) on a daily basis. For example, I analyze and determine which mechanics I need to work which jobs in order to accomplish the build on time. I then move those mechanics around accordingly. I make this

DECLARATION OF TODD WEIDEMAN
(NO. 2:15-cv-01507 RSL) – 2
03002-2602/92072059

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   decision at the beginning of my shift, around 5:00 a.m., before my senior (Level L) manager has

2   even arrived. (She arrives around 6:00 a.m.)

3       17.    I have the authority to authorize the movement of the plane (i.e., give the "OK to

4   move" authorization) from my area to another area.

5       18.    I also build and implement recovery plans. For example, sometimes my crew

6   members finish painting the wing, only to find that the paint they applied has gone bad. It is then

7   my job to decide whether the problem is bad enough that we need to re-do it (i.e., re-sand, re-

8   prime, and re-paint the wing, of which the re-sanding alone takes about six hours), which

9   significantly delays our build. If the work does need to be redone, I figure out how that will be

10  accomplished in a way that minimizes the negative scheduling impact on the second and third

11  shift crews who will take over after my crew goes home for the day. Since I build the recovery

12  plan that the other two shifts follow, the recovery plan has to be realistic and effective or we will

13  fall even further behind.

14      19.    When I work the weekends the decisions I make are often more difficult than the

15  decisions I have to make during the week, because I am the only manager on duty. There are no

16  Level L managers or other support organizations (such as industrial engineering (IE)) on duty on

17  the weekends. It is just me and several crews spread out over the five-acre MSDC building—all

18  of which I am managing simultaneously. It is my job, for example, to determine how re-work

19  will get done without any support organizations present. Additionally, I often face backlash from

20  mechanics because of the work assignments I give them. Often, mechanics who are working the

21  weekend have their mind made up that they are doing one job and one job only. It is my

22  obligation, however, to figure out which mechanics need to do which jobs in order to accomplish

23  the build most efficiently. When I assign mechanics to jobs that they were not anticipating I

24  frequently face backlash, and since I am the only manager on duty, it is then up to me to keep the

25  employee in line while also maintaining morale among the crews.

26

DECLARATION OF TODD WEIDEMAN
(NO. 2:15-cv-01507 RSL) – 2
03002-2602/92072059

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

20.     As a first level manufacturing manager (DAKU-K), I have participated extensively in hiring of other crews and my own crew. In 2014, for example, I personally interviewed approximately 100 mechanics for my own crew in the MSDC, twenty-one of which Boeing hired on the recommendation of me and my fellow interviewers (another Level K manager and an HR representative). Before each hiring event, I review approximately 400-600 applicant resumes and narrow the pool of applicants down to about twenty people who I believe have the credentials to warrant an interview. After each hiring event the applicants are ranked by score, with the highest-scoring applicants given first priority for job offers. However, I have the discretion to reorder the applicants (such that lower-scoring applicants are ranked higher priority than higher-scoring applicants), as long as I provide HR with my reasoning for doing so. I have done this on several occasions.

21.     My Level L manager's personal management style greatly affects how I perform my job and how much "room" I have to exercise discretion. For example, a few years ago I had a more "hands-off" Level L manager who allowed me to decide, on my own and without his authorization, to hold the wing in position (i.e., delay the movement of the wing to another area) when paint went bad. Even though this meant that the wing would fall behind schedule (because we would have to sand off the bad paint and apply new paint), my Level L manager allowed me to make this decision by myself, without his involvement. However, I have also had Level L managers who were more "hands-on" and did not allow me to make decisions like this without his/her authorization.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

Dated this 5th day of October, 2016 in Everett, Washington.

TODD WEIDEMAN

DECLARATION OF TODD WEIDEMAN
(NO. 2:15-cv-01507 RSL) – 2
03002-2602/92072059

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# Exhibit 25

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

              Plaintiff,

    v.

THE BOEING COMPANY,

              Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF TYSON WHEAT

I, Tyson Wheat, do hereby state as follows:

1.    I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.    In October 2011, I was hired by Boeing as a body structures mechanic in the 747 program. Four years later, in October 2015, I was promoted to first level manufacturing manager (DAKU-K) in the 777 program in Wing Majors.

3.    I managed first shift for approximately eleven months before moving to second shift in August 2016. In Wing Majors, there are significant differences between first shift and second shift, in terms of a first level manager's responsibilities. For example, first level managers on first shift have far more opportunities to take on additional leadership responsibilities. When I worked first shift, I took on an additional role related to inventory management (i.e., "second issue parts"). A second issue part is a part that is damaged, either because it came to us damaged or because we damaged it during installation. My job was to

DECLARATION OF TYSON WHEAT
(NO. 2:15-cv-01507 RSL) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92072074.1

1   determine the root cause of the damage, the best solution, and how we would implement the

2   solution. For example, sometimes I determined that mechanics were damaging the parts by using

3   the wrong tools; other times, I determined that rivet guns were damaging the part because the

4   area in which we were installing the rivets was really tight, so I collaborated with our

5   engineering departments to obtain a fastener that was easier to install. Over the eight-month

6   period that I held this role, I presented my analyses to the director of manufacturing, Peter

7   Johnson, several times. My Level L manager gave me this role because I had shown that I am

8   driven and passionate about my job as a first level manager. While performing this role, I was

9   still managing a production crew, and managing my crew remained my number one priority. I

10   spent approximately six to eight hours per week on my inventory management role, which

11   discontinued when I moved to second shift. To my knowledge, this type of opportunity is not

12   available on second shift.

13         4.     One of my jobs as first level manager is to monitor my mechanics' performance

14   and help them if they are struggling. For example, a few months ago, I had a mechanic on my

15   crew who is fairly experienced (he has been a mechanic for approximately ten years), but who, I

16   noticed, was struggling with his statement of work. A job that should have taken this mechanic

17   eight hours to complete was taking him twelve hours to complete, which has budgetary and

18   scheduling ramifications. I asked my team lead to work with the mechanic individually for a few

19   weeks. My team lead did this and reported back to me that the mechanic was not sufficiently

20   familiar with the build process, especially given his experience level. I pulled the mechanic aside

21   individually and asked him what was causing him trouble. After this discussion, I decided to

22   obtain a workplace coach to work with the mechanic and provide him more training. I could

23   have, at this stage, decided to initiate a performance improvement plan, especially given the

24   severity of the mechanic's problems relative to his experience level. I opted to give the mechanic

25   a chance to improve before going the disciplinary route. This was my decision; neither my Level

26   L manager nor human resources (HR) were involved.

DECLARATION OF TYSON WHEAT
(NO. 2:15-cv-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92072074.1

5.      It is also my job, as the first level manager, to revise the bar chart when necessary. The bar chart is essentially the outline of the build. Industrial Engineering (IE) must physically make the change to the bar chart on the computer, because only IE has the software necessary to make those changes, but it is my job to dictate the change. If IE questions a change that I direct, I have the authority to override IE. Whereas IE is a support role, it is my job, as the first level manager, to decide when the bar chart needs to be changed based on circumstances that arise during the build.

6.      I have had the same senior (Level L) manager the entire time that I have been a Level K manager.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

Dated this 6th day of October, 2016 in Everett, Washington.

_____
TYSON WHEAT

DECLARATION OF TYSON WHEAT
(NO. 2:15-cv-01507 RSL) -- 3

03002-2602/92072074.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# Exhibit 26

1   THE HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
8   AT SEATTLE

MARVIN MANN,
9                                          No. 2:15-cv-01507 RSL
                    Plaintiff,
10                                         DECLARATION OF JIM WHITTON

11          v.

THE BOEING COMPANY,
12
                    Defendant.
13

14          I, Jim Whitton, do hereby state as follows:

15          1.      I have personal knowledge regarding the facts stated in this declaration, and I am

16   competent to testify to the matters stated in this declaration.

17          2.      I am a Level L manufacturing manager at Boeing in the 777 program.  I have

18   worked for Boeing since 1988.  In 2008, I became a Level K manager in the 787 program.

19   Around 2011-2012, I was promoted to be a Level L manager in the 777 program.  I have worked

20   in a number of different process centers as a Level L.  In 2012, I managed Forward and Mid-

21   Body Structures process centers.  In December 2015, I moved to a Level L manager position in

22   FAUB ("Fuselage Automated Upright Build").  In all of these areas, I managed Level K

23   managers who are responsible for managing production crews of IAM-represented employees.

24   FAUB is Boeing's manufacturing program that uses robots (instead of people) to build the

25   fuselage of the airplane.

26

DECLARATION OF JIM WHITTON
(NO. 2:15-CV-01507 RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071428.2

1       3.      Level L managers have different management styles and that what is expected of

2  the Level Ks depends in large part on who manages them.  I am a tough senior manager to work

3  for because I want Level K managers to run and manage their areas independently.  My goal is to

4  develop future leaders.  I foster culture for my Level K managers to more ownership over their

5  production area and to act like business owners.  Level K managers should be proactive and

6  competent and be able to sit in for me if needed.  I expect people to go above and beyond.  How

7  much extra responsibility a Level K takes on is up to him or her.  This culture motivates my

8  Level K managers to do more in running their piece of the production system.  Because of this,

9  my pool of leaders is usually the one that other departments or Level L managers want to pick

10  from for their groups.  When I recruited my Level K managers to work with me in FAUB, I told

11  them what we are up against, but that we are going to change the world of manufacturing.

12       4.      The core job of Level K managers is to manage their crew.  In doing so, I expect

13  Level K managers to exercise discretion and make independent decisions on a daily basis,

14  including counseling their crew members, assigning overtime, adjusting the work package, and

15  solving quality, safety, and performance problems.  Level K managers know their crews and

16  what they need so it is their job to make everything work for them.  I trust that my Level K

17  managers are capable of making sound decisions and I allow them to do so without asking me

18  for approval.  For example, if a Level K wants to contract for a new tool, the manager has the

19  authority to do this on his own.  He may ask me for guidance, but he knows the best decision for

20  his team.

21       5.      Each production crew has a Team Leader who is a mechanic that helps the Level

22  K run the team at the ground level.  The Team Leader, unlike the Level K manager, is working

23  on the airplane assembly.  Therefore, Team Leaders are charged with overseeng the crews during

24  the assembly process so that the Level K manager can solve more complex production

25  management issues and do their jobs more efficiently.

26

DECLARATION OF JIM WHITTON
(NO. 2:15-CV-01507 RSL) – 2

03002-2602/92071428.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1      6.     The responsibilities of Level K managers in Body Structures are different than

2   those in FAUB in many important respects.  In my opinion, it is more difficult to be a Level K

3   manager in FAUB because it is a startup program.  With FAUB, we are changing the world of

4   manufacturing for 777 airplanes.  There is more pressure and higher expectations for Level Ks

5   given how much is riding on this program.  Level K managers need to devote more time and

6   effort to the program and perform at a higher level.  FAUB is more hands-on for managers and

7   they need to pay close attention to detail and coordinate with cross functional groups more often.

8   I have noticed that the managers take more ownership and are not afraid to offer creative

9   solutions to new problems that arise.  By contrast, in Forward Bodies, we have been doing the

10   same production process in the same way for many years.  There are fewer surprises, which

11   means that managers do not need to make as many adjustments to the work package or handle

12   new complex problems.

13      7.     Managers in FAUB generally need to assign more overtime and adjust the

14   schedule of their work packages (or "bar charts") more often than managers in Body Structures.

15   Decisions need to be made quickly in FAUB because problems arise often and we do not want to

16   slow down the production process.  Level K managers can—and do—assign overtime and

17   weekend work to their crew.  Level K managers are also responsible for making adjustments to

18   their work packages and the bar chart based on their progress.  It's a very complex puzzle to

19   determine how to assign jobs, particularly in FAUB because the process is still new and we do

20   not have a system set in place.  Right now I have two managers defining the sequence of build on

21   a 41-43 body section in their package. For instance, they need to look at the bar chart, which

22   might say that they have five days of flow.  The Level Ks need to decide what the best way to

23   build the airplane is on each day and more specifically, which jobs need to be done each day to

24   make the process more efficient through the assembly process.  In essence, they have to figure

25   out how to get all 700 jobs done in that time frame we are allotted, which may require them to

26   coordinate with other departments to design the most productive overall sequence.

DECLARATION OF JIM WHITTON
(NO. 2:15-CV-01507 RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071428.2

1        8.     Level K managers own the bar chart for their assembly area and do not need

2  approval from industrial engineering to change the bar chart. Although the IE analyst makes the

3  changes in the computer software and exports the bar chart for us, Level K are responsible for

4  their statement of work, including its sequence and flow, and have the ultimate authority whether

5  they sign off on the plan. Because changing the bar chart affects multiple areas of the plane, my

6  Level K managers typically work together to develop the plan. We actually have a Velcro bar

7  chart where we can physically move the jobs around and make on-the-spot adjustments. IE takes

8  a picture of what we developed, makes any changes, and sends it to the Level K managers for

9  approval—all of them must sign the bar chart for it to be approved. It cannot go out to the floor

10  without a signature from all of the Level Ks.

11        9.     It is important for all Level K managers to understand how to drive down costs of

12  airplane production. They need to know how to build it faster and as efficient as possible while

13  also still building the best airplane. They identify and define quality or safety issues, investigate

14  them, determine the root cause, and then develop a plan and timeline to fix it. Some Level K

15  managers are better at doing this than others, but all of them have the opportunity.

16        10.    I expect my Level K managers to hold their people accountable and strictly

17  enforce the rules. Level K managers give corrective action to their mechanics when appropriate

18  and coach and counsel them to keep their performance or behavior on track. Level Ks also have

19  the authority to suspend or terminate an employee if necessary, particularly if a crew member has

20  a recurring attendance or performance problem. I tell my managers that it is important for them

21  to be honest with people. My managers know that that they need to level set the team if things

22  are out of compliance, which means that the can give a crew-wide warning. When issuing

23  corrective action, the manager will ask Human Resources for a statement form to document that

24  discipline occurred. Level K managers who do not enforce the rules with their crew are subject

25  to discipline by me because they should not be looking the other way.

26

DECLARATION OF JIM WHITTON
(NO. 2:15-CV-01507 RSL) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071428.2

11.     Level K managers are responsible for addressing quality issues that arise during production.  They have the authority to contact a supplier if, for example, they received a part that is not functional or is damaged.  I expect Level K managers to coordinate with quality investigations when an issue arises, lead the investigations team through the process, and create a "four square," which is a problem solving method that helps identify and track the problem and solution for quality issues.  They do not need to come to me before making quality decisions.  I talk to them about quality every morning so I trust that they will make the right call.  My Level Ks generally keep me informed so that I know what is going on at a broader level.

12.     Some of my Level K managers make production systems decisions and recommendations that affect hundreds millions of dollars, such as the decision bring automation to the production process. Supplier decisions can also be costly.  For example, a manager may need to contact a supplier if there are mismatching frames that have been sent to us.  If that happened, I would check in with the Level K manager and ask what they are doing to follow-up on the problem.  In general, I am only involved if I need to elevate an issue to upper management because it is not being fixed.  If needed, I will send a Level K manager to meet with the supplier face-to-face to explain the problem we are having and get to the root of the problem.  It is sometimes necessary for us to see something in person and document what is happening because it is not getting fixed.

13.     Many Level K managers in FAUB travel to where our suppliers are located and have the authority to make decisions to improve the production process.  I have sent them to Detroit, Germany, Kansas, and even Japan for the 777 program.  In FAUB, it is an important part of their job to meet with suppliers because we are dealing with a new assembly process and want to make sure that the parts we receive from suppliers actually work with our build process.  For example, if the supplier has a part that is generating a quality issue during production, the Level K manager can work to resolve this issue directly with the supplier and view the supplier's products in person.  I trust that my Level Ks know the build process better than I do – I just

DECLARATION OF JIM WHITTON
(NO. 2:15-CV-01507 RSL) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071428.2

1  approve their travel and it's their job as leaders to solve it.   Level K managers in FAUB have

2  unique opportunities to travel all over the world to visit suppliers.

3       14.    I assign each Level K manager to an external customer.   When live customers

4  have meetings, the Level K manager is responsible for being there to represent the organization.

5  The Level K reports out on status and production issues, answer questions about items that are

6  non-conforming, and develops solutions to any concerns that the customer brings up in the

7  meeting.  Because I'm typically not at these meetings, the Level K speaks on my behalf to the

8  customer and has the authority to do so.  If the customer has a specific request, the Level K

9  manager needs to assess the request and work with the quality representatives to develop a plan

10  to meet their needs.

11       15.    Many of my Level K managers have special responsibilities that I expect them to

12  do while managing their crews at the same time.  For example, one Level K has extra staffing

13  responsibilities and ensures that there are new hires in the pipeline and understands and analyzes

14  known attrition in the organization (i.e. who is retiring or under discipline) to balance our

15  resources. He also needs to know the different skill codes of jobs and who we need to hire and

16  when.  Another Level K is a quality focal who runs quality counsel meetings and works on

17  quality initiatives to help teach and develop the mechanics.  He also does root cause analyses for

18  any widespread quality issues.  This particular Level K has a lot of experience and can handle

19  extra responsibilities, such as meeting with customers and answering their questions about

20  quality concerns.  He may design and present a four-square to the client to explain how we are

21  addressing the problem.  His main role is to run his crew, but this takes up extra time for him

22  during the week.

23       16.    I often ask Level K managers to go to meetings on my behalf.  For instance, one

24  Level K manager sits in on my 9:45 a.m. meeting and reports out to the leadership team for our

25  department regarding status, answers any questions, and develops plans to address any concerns

26  that are raised.  Another Level K manager who has significant experience with FAUB makes all

DECLARATION OF JIM WHITTON
(NO. 2:15-CV-01507 RSL) – 6

03002-2602/92071428.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1    kinds of production line decisions on my behalf because he is more familiar with the process and

2    what is happening on the ground.  For instance, he can determine which sets of robots to bring

3    online depending on their capability and how they are performance and whether we need to swap

4    any out.  I generally delegate responsibility based on the Level K's amount of knowledge.

5         17.    I assign a Level K manager to fill in for me when I go on vacation and they have

6    full signature authority for me.  If I am scheduled for an interview, they can sit in my place and

7    make a hiring decision.  They can also sign for parts, change headcount, sign for a requisitions,

8    and basically anything I can do.   I typically choose a seasoned and experienced Level K who I

9    trust to sit in for me.

10        I hereby declare that the above statement is true to the best of my knowledge and belief,

11   and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

12

13   Dated this __4__ day of __OCT_____, 2016 in __EVERETT__, Washington.

14

15                                              _____
                                                    JIM WHITTON

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JIM WHITTON
(NO. 2:15-CV-01507 RSL) – 7

03002-2602/92071428.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# Exhibit 27

THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN MANN,

            Plaintiff,

     v.

THE BOEING COMPANY,

            Defendant.

No. 2:15-cv-01507 RSL

DECLARATION OF MELANIE WILLIS

I, Melanie Willis, do hereby state as follows:

1.     I have personal knowledge regarding the facts stated in this declaration, and I am competent to testify to the matters stated in this declaration.

2.     I have a Master's degree in business administration (MBA), with an emphasis in aviation management, from Embry-Riddle Aeronautical University.

3.     I have worked for Boeing for approximately nine years. For the first several years, I worked in Boeing's Human Resources (HR) department. In 2013, I was promoted to Chief of Staff of the Final Assembly Manufacturing Business Unit (MBU) in the 777 program. In May 2014, I became a first-level manufacturing manager (DAKU-K).

4.     From May 2014 to November 2015, I managed an Interiors crew in the Final Assembly MBU of the 777 program. From November 2015 to February 2016, I managed a crew in FAUB (also in the 777 program). In February 2016, I went back to managing a crew in Interiors, and I have been in that role ever since.

DECLARATION OF MELANIE WILLIS
(NO. 2:15-cv-01507 RSL) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 8101-3099
Phone: 206.359.8000
Fax: 206.359.9000

03002-2602/92071898.2

1    5.    One of the most difficult things about managing a crew in FAUB, versus

2 managing a crew in Interiors, is that FAUB's statement of work is so novel and the pace of work

3 is so fast. In comparison to managing a statement of work in Interiors, managing a statement of

4 work in FAUB is like a game of Tetris. FAUB crews are expected to accomplish much more

5 each day, because the statement of work is so much larger.

6    6.    Another difference is that, while I was a first level manager in FAUB, I did not

7 have any shift counterparts. In other words, there was only one shift (first shift), and I had no

8 fellow Level K managers on second or third shift with whom I could collaborate and problem-

9 solve. It felt like I was an island unto myself; when problems arose (and they frequently did), it

10 was all up to me to figure them out. In standard manufacturing areas (*i.e.*, non-FAUB areas) such

11 as Interiors, it is common for there to be at least two shifts, if not three.

12    7.    Overall, FAUB was a much more difficult and stressful assignment, despite the

13 fact that though I had a smaller crew in FAUB (three IAM mechanics) than I have ever had in

14 Interiors (between thirteen and thirty IAM mechanics).

15    8.    Although Interiors is technically an area within the Factory, I have worked both in

16 the Factory and in the Field (the flightline). Interiors is at the very end of the production line, and

17 while our statement of work is supposed to be done in the Factory, production is usually so far

18 beyond schedule that my crew has to complete its statement of work after the airplane has

19 already moved (or "traveled") to the Field. Since my crew is performing the work that is behind-

20 schedule, I do not have the option of "traveling" work myself. ("Traveling" work means to send

21 behind-schedule down the line to be completed at a later time.) If my crew does not complete its

22 statement of work, the airplane does not fly. As a practical matter, this means that I have to

23 assign my crew to work the weekend nearly every single week.

24    9.    In Interiors, I have worked both first shift and second shift at various times. In my

25 experience, the job is significantly more demanding on first shift. First shift sets the pace of

26 work, whereas second shift is a good place to learn, because first line managers on second shift

DECLARATION OF MELANIE WILLIS
(NO. 2:15-cv-01507 RSL) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071898.2

1    can concentrate on the build and not worry as much about certain responsibilities, like customer

2    meetings. On first shift, I meet with customer representatives on a regular basis. If my crew is

3    behind schedule, and the plane will not be flying on time, I am the person who has to go to the

4    customer and say, "We didn't make the deadline. The plane is not ready to fly. I'm sorry."

5        10.    On the other hand, I had more personal responsibility with regard to recovery

6    plans when I was managing second shift, because I didn't have any support. A recovery plan is

7    an hour-by-hour blueprint as to how a first line manager will rectify something that has gone

8    wrong. I institute recovery plans about once or twice per month, but they can take weeks to

9    implement, so recovery plans are a significant part of my job.

10        11.    On both first and second shift, it was my job to formulate the recovery plan (*i.e.*,

11   come up with all the data inputs). However, on first shift, I could hand off that data to the

12   industrial engineering (IE) department, and IE would create the physical plan and bring it up to

13   presentation-level quality. On second shift, IE was usually unavailable (though sometimes we

14   could borrow an engineer from the Field), so it was my job to not only create the substantive

15   plan but to actually draft the physical plan without the benefit of IE's special software. This was

16   so difficult that I took to calling it—and the other challenges that second shift posed—"the

17   Amazing Race."

18        12.    It was also my responsibility as a first level manager (on any shift) to create re-

19   work plans. Re-work is work that needs to be re-done because it was not performed correctly the

20   first time. For instance, one time, when I was managing Interiors, my crew was missing some

21   hardware that it needed in order to attach a rod in the closet of the airplane. This was a safety

22   issue, because we cannot have any loose pieces in the airplane when it flies. As the first level

23   manager, it was my job to decide whether to (A) continue to wait for the hardware to arrive,

24   thereby creating a risk that the hardware might not arrive on time and I might not have time left

25   to pull the closet out without impacting the flight time; or (B) pull the closet out preemptively so

26   that the hardware issue would not impact flight. I made the decision to pull the entire closet out,

DECLARATION OF MELANIE WILLIS
(NO. 2:15-cv-01507 RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071898.2

1    so that the plane could fly safely and the flight time would not be impacted. I consulted with

2    Boeing's support groups before making this decision, but it was ultimately my decision. It is a

3    big deal to pull an entire closet out of an airplane, but it ended up being the right decision,

4    because I avoided impacting the flight time.

5         13.    It was also my job to decide when a customer could come on board the airplane

6    and if he or she would require an escort. When the airplane is in Interiors, there are two points in

7    the process where the customer has pre-scheduled walk-throughs of the plane. However,

8    sometimes customers spontaneously request extra walk-throughs, outside of the two that are

9    scheduled. It was my call as to whether it was an appropriate time for the customer to walk

10   through the airplane. If the airplane was not in a safe condition or if my crew was performing

11   functional tests, I would deny the customer's request.

12        14.    From August 2015 to November 2015, in addition to managing my production

13   crew in Interiors, I also took on an additional BPS role. BPS stands for "Boeing Production

14   System" and is Boeing's lean manufacturing methodology.

15        15.    I also took on extra staffing responsibilities from February 2016 to August 2016,

16   while still managing my Interiors crew. I spent one or two hours per day on this role and spent

17   the rest of the time managing my crew. In this staffing role, I collaborated with staff analysts

18   from the 777 program and the 767 program to determine whether and when to move particular

19   mechanics from one shift to another or one program to another and to plan for Boeing's

20   upcoming rate changes. In the next several months, both the 777 and the 767 programs will

21   undergo a rate change: the 777 program will start building airplanes more slowly, and the 767

22   program will start building airplanes more quickly. In anticipation of this change, which is

23   extremely complex to implement both in terms of production and in terms of staffing, and in an

24   effort to avoid layoffs, Boeing strategically moves mechanics between programs. In my staffing

25   role, it was my job to make the first round decision as to which mechanics from Interiors will be

26

DECLARATION OF MELANIE WILLIS
(NO. 2:15-cv-01507 RSL) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071898.2

1    permitted to stay on the 777 program instead of being moved to the 767 program. (This process

2    is still ongoing, so someone has taken over for me.)

3       *I hereby declare that the above statement is true to the best of my knowledge and belief,*

4    *and that I understand it is made for use as evidence in court and is subject to penalty for perjury.*

5    Dated this ____ day of ____, 2016 in _____, Washington.

6

7                       MELANIE WILLIS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF MELANIE WILLIS
(NO. 2:15-cv-01507 RSL) – 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  8101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-2602/92071898.2