JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MARVIN MANN, | No. 2:15-cv-01507-RSL |
|---|---|
| Plaintiff, | |
| v. | **STIPULATED MOTION TO STAY CASE SCHEDULE PENDING COURT'S RULING ON SUMMARY JUDGMENT MOTION** |
| THE BOEING COMPANY, a Delaware corporation, | |
| Defendant. | **NOTED FOR HEARING: APRIL 14, 2017** |

The parties, by and through their counsel of record, bring this stipulated motion to stay the current case schedule pending resolution of Defendant's motion for summary judgment, noted for hearing on April 7, 2017.

## GOOD CAUSE

1. Defendant filed its motion for summary judgment on March 13, 2017 (Dkt. 74), noted for hearing on April 7, 2017. Plaintiff filed his opposition to the motion on April 3, 2017 (Dkt. 80), and Defendant filed its reply on April 7, 2017 (Dkt. 84). The motion is currently pending with the Court.

2. Under the current case schedule, the June 5 trial date is upcoming, and various pretrial deadlines are coming due. It is in the interest of judicial economy and the parties'

resources to stay the current case schedule pending resolution of the summary judgment motion in these circumstances. This constitutes good cause.

3. If the Court denies Defendant's Motion for Summary Judgment, the parties shall confer and report to the Court with a proposed amended case schedule, subject to the Court's availability, within fourteen (14) days of the Court's order.

DATED this 14th day of April, 2017.

| | |
|---|---|
| **PERKINS COIE LLP**<br>By: *s/ Charles N. Eberhardt*<br>By: *s/ William B. Stafford*<br>Charles N. Eberhardt, WSBA No. 18019<br>William B. Stafford, WSBA No. 39849<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>Email: CDPetersen@perkinscoie.com<br>CEberhardt@perkinscoie.com<br>JHollingsworth@perkinscoie.com<br>BStafford@perkinscoie.com<br>EBushaw@perkinscoie.com<br><br>Attorneys for Defendant The Boeing Company | **CONNOR & SARGENT PLLC**<br>By: *s/Anne-Marie E. Sargent*<br>By: *s/Stephen P. Connor*<br>Anne-Marie E. Sargent, WSBA No. 27160<br>Stephen P. Connor, WSBA No. 14305<br>Connor & Sargent PLLC<br>999 Third Avenue, Suite 3000<br>Seattle, WA 98104<br>Email: aes@cslawfirm.net<br>Email: steve@cslawfirm.net<br>Telephone: (206) 654-4011<br><br>Attorneys for Plaintiff Mann |

**ORDER**

IT IS SO ORDERED this ___9th___ day of April, 2017.

*/s/ M S Lasnik*

THE HONORABLE ROBERT S. LASNIK
Senior U.S. District Judge

STIPULATED MOTION - 3